Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

March 13, 2015

RECEIVED
MAR 23 2015
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

William T. Walsh
Clerk of the United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, New Jersey 07101

Re: **Marvin Mathis v. Stephen D'illo, et al.**

Dear Mr. Walsh:

    Enclosed please find an original and two copies of my petition for Writ of Habeas Corpus and a $5.00 institutional check to cover filing fees.

    Also enclosed please find a self addressed stamped envelope and an extra copy of this cover-letter for your marking **"FILED"** and return to me as proof of filing for my record.

    Thank you for your time and assistance.

Very truly yours,

Marvin Mathis
Petitioner, pro se