Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

William T. Walsh
Clerk of the United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, New Jersey 07101

RECEIVED
MAR 23 2015
AT 8:30
WILLIAM T. WALSH, CLERK

