```
Court Name: USDC, District of New Jersey
Division: 2
Receipt Number: NEW023597
Cashier ID: lgambard
Transaction Date: 03/24/2015
Payer Name: NEW JERSEY STAT PRISON 7040
--------------------------------
WRIT OF HABEAS CORPUS
 For: NEW JERSEY STAT PRISON 7040
 Amount:         $5.00
--------------------------------
Paper Check Conversion
 Check/Money Order Num: 256138
 Amt Tendered: $5.00
--------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:      $0.00

MARVIN MATHIS V STEPHEN D'ILLO ET
AL

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```