Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CIVIL NO. _____

---

MARVIN MATHIS,                          :

     Petitioner,                       :

                             :          CIVIL ACTION

        V.                              :      PROOF OF SERVICE

                             :

STEPHEN D'ILLO, et al.                  :

     Respondent(s).                    :

---

    1. I, Marvin Mathis, hereby certify that on the date entered below, I gave to authorities at New Jersey State Prison an manila envelope addressed for mailing to:

        **John Hoffman, Acting Attorney General**
        **Office of the Attorney General**
        **R.J. Hughes Justice**
        **P.O. Box 112**
        **Trenton, New Jersey 08625-0112**

that manila envelope contained one copy of petitioner's Petition Writ of Habeas Corpus and Proof of Service.

    2. On the same date entered below, I also gave to authorities at New Jersey State Prison an manila envelope addressed for mailing to:

        **William T. Walsh**
        **Clerk of the United States District Court**
        **Martin Luther King Blgd. & U,S. Courthouse**
        **50 Walnut Street, Rm. 4015**
        **Newark, New Jersey 07101**

that manila envelope contained original and two copies of

petitioner's Petitin Writ of Habeas Corpus; $5.00 institutional

check to cover filing fees and Proof of Service.

3. On the same date entered below, I also gave to

authorities at New Jersey State Prison an manila envelope

addressed for mailing to:

> Meredith L. Balo
> Assistant Prosecutor
> Union County Prosecutor's Office
> 32 Rahway Avenue
> Elizabeth, New Jersey 07202-2155

that manila envelope contained one copy of petitioner's Petition

Writ of Habeas Corpus and Proof of Service.


I certify that the foregoing statements made by me are true. I am aware
that if any of the foregoing statements made by me are are willfully false,
I am subject to punishment.




Dated: _March 13, 2015_                        _Marvin Mathis_
                                               Marvin Mathis
                                               Petitioner, pro se

Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

March 16, 2015

William T. Walsh
Clerk of the Untied States District Court
Martin Luther King Blgd. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, New Jersey 07101

      Re: **Marvin Mathis v. Stephen D'illo, et al.**

Dear Mr. Walsh:

    Enclosed please find an original and two copies of my proof of service for Writ of Habeas Corpus.

    I forgot to enclose my "proof of service" in the manila envelope, which I gave to authorities at New Jersey State Prison by using the ordinary mail with first class United States postage pre-paid, through the New Jersey State Prison's CO-30A Postage Remit dated March 13, 2015.

    All the opposing parties has been served.

    Thank you for your time and consideration in this matter.

               Very truly yours,

               Marvin Mathis

C: John Hoffman, Acting Atty. Gen.

   Meredith L. Balo, Assist. Pros
   Union County

Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861



William T. Walsh
Clerk of the United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, New Jersey 07101

07102$3595 C014