UNION COUNTY PROSECUTOR'S OFFICE
32 RAHWAY AVENUE
ELIZABETH, NEW JERSEY 07202-2155
(908) 527-4500
FAX: (908) 289-1267

GRACE H. PARK
Acting Prosecutor of Union County

THOMAS K. ISENHOUR
First Assistant Prosecutor

ANN M. LUVERA*
Deputy First Assistant Prosecutor

* CERTIFIED CRIMINAL ATTORNEY

August 7, 2015

Hon. Jose L. Linares, U.S.D.J.
United States District Judge
Martin Luther King, Jr. Federal
Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Marvin Mathis v. Attorney General of New Jersey, et al.
      Civil Action No. 15-2092 (JLL)

Your Honor:

The respondents' answer to petitioner's habeas petition was electronically filed on August 7, 2015. The following exhibits were also electronically filed as attachments to the answer, and I hereby certify that any copies are accurate copies of the original documents.

1. Petitioner's brief on direct appeal, Docket No. A-3316-98T4, dated September 30, 1999. (Ra1).

2. State's brief on direct appeal, Docket No. A-3316-98T4, dated December 1, 1999. (Ra2).

3. Opinion of the Superior Court of New Jersey, Appellate Division, Docket No. A-3316-98T4, decided June 2, 2000. (Ra3).

4. Petitioner's Petition for Certification, filed in New Jersey Supreme Court, dated June 13, 2000. (Ra4).

5. State's response to Petition for Certification, dated June 20, 2000. (Ra5).

Hon. Jose L. Linares, U.S.D.J.
Page 2
August 7, 2015

6. Order denying Petition for Certification, Docket No. 49,922, decided October 10, 2000.  (Ra6).

7. Petitioner's Verified Petition for Post-Conviction Relief, dated April 26, 2001.  (Ra7).

8. Petitioner's Amended Verified Petition for Post-Conviction Relief, dated September 17, 2003.  (Ra8).

9. Petitioner's Memorandum of Law and Appendix in Support of Petition for Post-Conviction Relief, dated February 24, 2005.  (Ra9).

10. Motion for Reconsideration of Order Denying Motion for Post-Conviction Relief, dated March 10, 2008.  (Ra10).

11. Petitioner's <u>pro se</u> Supplemental Brief and Appendix, on appeal from denial of post-conviction relief, Docket No. A-3695-07T4, dated December 14, 2009 (Part 1, pages 1 to Da13).  (Ra11).

12. Petitioner's <u>pro se</u> Supplemental Brief and Appendix, on appeal from denial of post-conviction relief, Docket No. A-3695-07T4, dated December 14, 2009 (Part 2, pages Da14 to Da103).  (Ra12).

13. Petitioner's brief on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1, dated February 25, 2013.  (Ra13).

14. Petitioner's appendix on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1 (Part 1, pages Da1 to Da57).  (Ra14).

15. Petitioner's appendix on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1 (Part 2, pages Da58 to Da150).  (Ra15).

16. Petitioner's appendix on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1 (Part 3, pages Da151 to Da246).  (Ra16).

17. Petitioner's <u>pro se</u> supplemental brief on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1, dated March 13, 2013.  (Ra17).

Hon. Jose L. Linares, U.S.D.J.
Page 3
August 7, 2015

18. Petitioner's pro se appendix on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1 (Part 1, pages Da1 to Da58).  (Ra18).

19. Petitioner's pro se appendix on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1 (Part 2, pages Da59 to Da128).  (Ra19).

20. Petitioner's pro se appendix on appeal of denial of post-conviction relief after remand, Docket No. A-3222-11T1 (Part 3, pages Da129 to Da205).  (Ra20).

21. State's answer brief to Appellate Division, Docket No. A-3222-11T1, dated June 6, 2013.  (Ra21).

22. Petitioner's pro se reply brief to Appellate Division, Docket No. A-3222-11T1, dated June 24, 2013.  (Ra22).

23. Appellate counsel's revised brief to Appellate Division, Docket No. A-3222-11T1, dated January 14, 2014.  (Ra23).

24. Opinion of the Superior Court of New Jersey, Appellate Division, Docket No. A-3222-11T1, decided August 1, 2014.  (Ra24).

25. Transcript of Waiver Hearing, Volume 1 of 2, dated October 10, 1996.  (1T).

26. Transcript of Waiver Hearing, Volume 2 of 2, dated November 11, 1996.  (2T).

27. Transcript of Miranda Motion, dated June 9, 1998.  (3T).

28. Transcript of Miranda Motion, dated June 10, 1998.  (4T).

29. Trial transcript, dated June 11, 1998 (morning session) (Part 1, pages 1 to 70).  (5T).

30. Trial transcript, dated June 11, 1998 (morning session) (Part 2, pages 71 to 135).  (6T).

Hon. Jose L. Linares, U.S.D.J.
Page 4
August 7, 2015

    31.   Trial transcript, dated June 11, 1998 (afternoon session).  (7T).

    32.   Trial transcript, dated June 16, 1998 (Part 1, pages 1-93).  (8T).

    33.   Trial transcript, dated June 16, 1998 (Part 2, pages 94-170).  (9T).

    34.   Trial transcript, dated June 17, 1998 (morning session) (Part 1, pages 1 to 77).  (10T).

    35.   Trial transcript, dated June 17, 1998 (morning session) (Part 2, pages 78 to 136).  (11T).

    36.   Trial transcript, dated June 17, 1998 (afternoon session).  (12T).

    37.   Trial transcript, dated June 18, 1998.  (13T).

    38.   Transcript of sentencing, dated August 14, 1998.  (14T).

    39.   Transcript of PCR Motion, dated February 29, 2008.  (15T).

    40.   Transcript of PCR Hearing, dated January 27, 2012.  (16T).

Very truly yours,

GRACE H. PARK
Acting Prosecutor of Union County

s/ Meredith L. Baló

By:  MEREDITH L. BALO
     Special Deputy Attorney General/
     Acting Assistant Prosecutor
     Attorney ID No. 019002007

c  DAG Daniel I. Bornstein, Chief, Appellate Bureau
    (cover letter only)
   Marvin Mathis, pro se #304144/244859C
    (cover letter and answer)