

# State of New Jersey
OFFICE OF THE PUBLIC DEFENDER
APPELLATE SECTION
31 CLINTON STREET, 9TH FLOOR
P.O. BOX 46003
NEWARK NJ 07101

CHRISTINE TODD WHITMAN
*Governor*

IVELISSE TORRES
*Public Defender*

June 13, 2000

TEL: (973) 877-1200
FAX: (973) 877-1239

PAUL M. KLEIN
Deputy Public Defender II

Of Counsel and
On the Letter Brief

The Chief Justice and
Associate Justices of the
Supreme Court of New Jersey
CN 970
Trenton, New Jersey 08625

LETTER IN LIEU OF FORMAL PETITION FOR CERTIFICATION

RE: State v. Marvin Mathis
Docket No.
App. Div. Docket No. A-3316-98T4

Your Honors:

This letter is being submitted in lieu of a formal petition for certification on behalf of defendant-petitioner in the above-captioned matter. Defendant disagrees with the decision of the Appellate Division, which affirmed the family court's decision to waive juvenile jurisdiction over him and affirmed the trial court's decision to admit improper and highly prejudicial hearsay evidence implicating defendant in murder. Defendant also disagrees with the Appellate Division's rejection of his arguments that prosecutorial misconduct warrants reversal of his convictions, and that his sentence was excessive.

Defendant relies on the arguments set forth his Appellate Division brief in support of this petition. Counsel respectfully reserves the right to supplement his argument, by appropriate motion, if certification is granted.

Respectfully submitted,

IVELISSE TORRES
Public Defender
Attorney for Defendant-Petitioner

BY: *Paul M. Klein*
PAUL M. KLEIN
Deputy Public Defender II

## CERTIFICATION

I hereby certify that the above case represents substantial questions which should be considered by this Court and is not filed

for delay.

*Paul M. Klein*
PAUL M. KLEIN