

**State of New Jersey**
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF CRIMINAL JUSTICE
PO Box 086
TRENTON, NJ 08625-0086
TELEPHONE (609) 984-6500

JOHN J. FARMER, JR.
*Attorney General*

KATHRYN FLICKER
*Director*

June 20, 2000

Honorable Chief Justice and
    Associate Justices
Supreme Court of New Jersey
Richard J. Hughes Justice Complex
Trenton, New Jersey  08625

     Re:  <u>State v. Marvin Mathis</u>
         Docket No. 49,922

Your Honors:

    This office is in receipt of defendant's Petition for Certification in the above-captioned matter.

    The State opposes the Petition and relies upon its brief below and the opinion of the Appellate Division.  Please find enclosed herewith nine copies of the State's Appellate Division brief in the above-captioned matter.  We urge that the Petition be denied since no substantial question is raised.

                           Respectfully submitted,

                           JOHN J. FARMER, JR.
                           ATTORNEY GENERAL OF NEW JERSEY
                           ATTORNEY FOR PLAINTIFF-RESPONDENT

BY: _____
        Teresa A. Blair
        Deputy Attorney General



*New Jersey Is An Equal Opportunity Employer*