## State of New Jersey
### DEPARTMENT OF LAW AND PUBLIC SAFETY
### DIVISION OF CRIMINAL JUSTICE

JOHN J. FARMER, JR.
*Attorney General*

PO Box 086
TRENTON, NJ 08625-0086
TELEPHONE (609) 984-6500

KATHRYN FLICKER
*Director*

October 12, 2000

Honorable Thomas V. Manahan
Union County Prosecutor
32 Rahway Avenue
Elizabeth, New Jersey   07202-2115

      Re:  State v. Marvin Mathis
           Docket No. A-3316-98

         Order Denying Petition for Certification

Dear Prosecutor Manahan:

    Enclosed please find the order of the Supreme Court denying the petition for certification in the within matter.

    If the defendant is free on bail pending certification, or if any form of a stay has been entered, please take the appropriate steps to execute sentence.  Thank you.

Very truly yours,

Anne C. Paskow
Assistant Attorney General
Chief, Appellate Bureau

sh

Enclosure



*New Jersey Is An Equal Opportunity Employer*

SUPREME COURT OF NEW JERSEY
C-171 September Term 2000
49,922

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

    v.

MARVIN MATHIS,

    Defendant-Petitioner.

ON PETITION FOR CERTIFICATION

FILED
OCT 11 2000
CLERK

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-3316-98 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

WITNESS, the Honorable Deborah T. Poritz, Chief Justice, at Trenton, this 10th day of October, 2000.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY

CLERK OF THE SUPREME COURT

RECEIVED
OCT 1 2 2000
DIV. OF CRIMINAL JUSTICE
APPELLATE BUREAU