Marvin Mathis, 304144/0244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

April 26, 2001

Ms. Elaine Mai,
Criminal Motions Clerk
Union County Courthouse Annex
Elizabethtown Plaza
Elizabetyh, New Jersey 07202

Re:   **State v. Marvin Mathis**
      **Ind. No. 97-01-00123**
      **Petition for Post Conviction Relief**

Dear Clerk,

        Enclosed in the amount of one original and three copies,
please find my Petition for Post Conviction Relief with attached
supporting documents for filing with the court.  Consistent
with my attached proof of service, I have also served copies
of these documents on the Union County Prosecutor and the Office
of the Public Defender, Appellate Section.  A brief in support
of this petion is currently being prepared and at the time of
this filing incomplete.

        Also find a S.A.S.E. and a extra copy of this cover letter
for your marking "filed" and return to me for my files.

        I thank you in advance for your anticipated assistance
in this matter and if I can be of any further assistance please
contact me at your earliest convenience.

Very truly yours,

Marvin Mathis

MM/eld
cc. Union County Prosecutor
    Office of the Public Defender
    file

Marvin Mathis, 304144/0244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625
**Presently Confined**

|  |  |
|---|---|
| STATE OF NEW JERSEY | SUPERIOR COURT OF NEW JERSEY<br>Law Division - Union County<br><u>Ind. No.</u> 97-01-00123 |
| Plaintiff | |
| vs. | **CRIMINAL ACTION** |
| MARVIN MATHIS | NOTICE OF MOTION AND PETITION |
| Defendant | |

TO:   Thomas V. Manahan
      Union County Prosecutor
      Union County Superior Court Building
      Elizabeth, New Jersey 07202

**PLEASE TAKE NOTICE** that the undersigned petitioner, Marvin Mathis, shall move on the_____ day of _____ 2001, or as soon thereafter as he can be heard, before the Honorable Judge John F. Malone, J.S.C., at the Union County Superior Court Building located in Elizabeth, New Jersey seeking an order granting the following relief:

1.  An Order Granting Indigency Status and for the Assignment of Counsel;

2.  An Order Granting an Evidentiary Hearing;

3.  An Order Seeking Petitioner's Presence at the Hearing;

4.  An Order granting Petitioner Permission to Present Witnesses at the Hearing.

ALSO TAKE NOTICE that upon disposal of the above referenced motions, petitioner shall move before the Court for Post

Conviction Relief vacating his convictions as being obtained

in violation of the United States Constitution for the reasons

provided in his pro se memorandum and in any subsequently filed

by assigned counsel.


Dated:   April 26, 2001

Marvin Mathis, pro se

Marvin Mathis, 304144/0244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625
**Presently Confined**

---

|  |  |
|---|---|
| STATE OF NEW JERSEY | SUPERIOR COURT OF NEW JERSEY |
| | Law Division - Union County |
| Plaintiff | Ind. No. 97-01-00123 |
| vs. | |
| | **CRIMINAL ACTION** |
| MARVIN MATHIS | CERTIFICATION OF CONTINUED |
| Defendant | INDIGENCY. |

---

I, Marvin Mathis hereby certify the following:

1.   I am the defendant in the above captioned action.

2.   During all previous proceedings, I have been represented by the Office of the Public Defender and prior to this assignment I was declared indigent by the Union County Administrative Office of the Court.

3.   My status as an indigent has not changed.

4.   I own no monies, property or anything of value that would enable me to pay the cost of filing fees.

     I certify that the foregoing statements made by me are true and understand that if they are found to be willfully false, I am subject to punishment.

Dated: April 26, 2001
_____
Marvin Mathis, pro se

Marvin Mathis, 304144/0244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625
**Presently Confined**

| | |
|---|---|
| | SUPERIOR COURT OF NEW JERSEY |
| | Law Division - Union County |
| STATE OF NEW JERSEY | Ind. No. 97-01-00123 |
| Plaintiff | |
| | **CRIMINAL** **ACTION** |
| vs. | |
| MARVIN MATHIS | PROPOSED ORDER |
| Defendant | |

This matter having been presented to the Court on petitioner's application for relief, and with this court having considered the moving papers and finding that good cause exist;

It is on this_____ day of _____ 2001, ordered that petitioner's Motion for the assignment of counsel; request for a evidentiary hearing; request to be present at the hearing; and request to present witnesses at the hearing is hereby:

DENIED_____

GRANTED_____

_____
Superior Court Judge

Marvin Mathis, 304144/0244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625
**Presently Confined**

|  |  |
|---|---|
| STATE OF NEW JERSEY | SUPERIOR COURT OF NEW JERSEY<br>Law Division - Union County<br><u>Ind.</u> <u>No.</u> 97-01-00123 |
| Plaintiff | |
| vs. | **CRIMINAL** **ACTION** |
| MARVIN MATHIS | VERIFIED PETITION FOR POST<br>CONVICTION RELIEF. |
| Defendant | |

In Indictment No. 97-01-00123, the Union County Grand Jury charged petitioner, Marvin Mathis, with Murder, contrary to <u>N.J.S.A.</u> 2C:11-3a(1) and/or (2)(count one); first degree robbery, contrary <u>N.J.S.A.</u> 2C:15-1 (count two); first degree felony murder, contrary to N.J.S.A. 2C:11-3a(3); possession of a weapon for an unlawful purpose, contrary to <u>N.J.S.A.</u> 2C:39-4d (count four); and unlawful possession of a weapon contrary to <u>N.J.S.A.</u> 2C:39-5d (count five).

Following an unsussessful Miranda motion before the Honorable John F. Malone, J.S.C. on June 9 and 10, 1998, Petitioner was tried before Judge Malone and a jury on June 10, 11, 16, 17, and 18th 1998. Petitioner was found guilty of all charges.

On August 14, 1998, the court sentenced Mathis to an aggregate term of 50 years in prison, with a parole bar of 30 years. The appropriate statutory penalties were imposed, and Mathis was given credit of 934 days for time spent in custody.

By order of March 15, 1999, the appellate court granted

petitioners motion to file his Notice of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u>.

A Notice of Appeal was subsequently filed and docketed

A-3316-98T4.

A brief was subsequently prepared on petitioner's behalf

raising the following points of contention:

> THE DECISION OF THE FAMILY PART JUDGE TO
> WAIVEJUVENILE JURISDICTION OVER MARVIN MATHIS
> CONSTITUTED A CLEAR ERROR OF JUDGEMENT AND
> SHOULDBE REVERSED.
>
> DEFENDANT'S CONVICTION MUST BE REVERSED DUE TO
> THE IMPROPER ADMISSION OF HEARSAY EVIDENCE THAT
> HIS GIRLFRIEND WAS ACCOSTED ON THE STREET BY
> A MAN WHO TOLD HER THAT DEFENDANT HAD KILLED
> SOMEONE.  SUCH EVIDENCE VIOLATED DEFENDANTS
> FEDERAL AND STATE CONSTITUTIONAL RIGHTS TO CON-
> FRONTATION.  U.S. Const.,
>
> DEFENDANTS CONVICTION MUST BE REVERSED DUE TO
> ACTS OF PROSECUTORIAL MISCONDUCT, WHICH INCLUDED
> REFERRING TO DEFENDANT AS A THUG AND COMMENTING
> ON FACTORS OUTSIDE OF THE RECORD.
>
> THE BASE TERM OF FIFTY YEARS IMPRISONMENT IS EXCESSIVE
> AND SHOULD BE MODIFIED BY THIS COURT

On June 2, 2000, the Appellate Division affirmed

petitioner's conviction.  A Petition for Certification was

subsequently filed with the State Supreme Court and denied on

October 11, 2000.


I certify that the foregoing statements made by me are
true and understand that if they are found to be willfully false,
I am subject to punishment.

Dated:   April 26, 2001

_____
Marvin Mathis, pro se

Marvin Mathis, 304144/0244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625
**Presently Confined**

---

|                        |                                                                 |
| ---------------------- | --------------------------------------------------------------- |
| STATE OF NEW JERSEY    | SUPERIOR COURT OF NEW JERSEY<br>Law Division - Union County<br>**Ind. No.** 97-01-00123 |
| Plaintiff              |                                                                 |
| vs.                    | **CRIMINAL ACTION**                                             |
| MARVIN MATHIS          | PROOF OF SERVICE                                                |
| Defendant              |                                                                 |

---

I, Marvin Mathis hereby certify that on the below listed
dated I mailed via regular institutional mail, two copies of
my Petition for Post Conviction Relief, Verified Petition and
attached documents to: Thomas V. Manahan,  Union County
Prosecutor,  Union County Superior Court Building, Elizabeth,
New Jersey 07202.

I also affirm that I mailed one copy of these documents
to the Essex County Public Defender's Office, Appellate Section
31 Clinton Street, Newark, New Jersey 07102.


I certify that the foregoing statement made by me are true
and understand that if they are found to be willfully false,
I am subject to punishment.

Dated:   April 26, 2001

Marvin Mathis, pro se