3T

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION : UNION COUNTY
CRIMINAL    -   97-02-00123
                            :
STATE OF NEW JERSEY,        :   Stenographic Transcript
                            :            of
            vs.             :      Trial Proceedings
                            :
MARVIN MATHIS,              :
                            :
            Defendant,      :
_____:

            Place:   Union County Courthouse
                     2 Broad Street,
                     Elizabeth, New Jersey,

            Date:   JUNE 11, 1998 - AFTERNOON SESSION


B E F O R E:
            HON. JOHN F. MALONE, J.S.C., & JURY

TRANSCRIPT ORDERED BY:
            OFFICE OF THE PUBLIC DEFENDER
                     Appellate Section

A P P E A R A N C E S:

            WILLIAM KOLANO, ESQ.
            Assistant Prosecutor, Union County,
            For the State,

            WALTER E. FLORCZAK, ESQ.
            (Florczak & Florczak)
            Attorney for the Defendant,



                     B. PETER SLUSAREK, C.S.R., XIOO291
                     Official Court Reporter
                     Union County Courthouse
                     Elizabeth, New Jersey, 07207

XX
137

WITNESSES INDEX
(MORNING SESSION)

PAGE

THOMAS KOCZUR
        Direct By Mr. Kolano                03
        Cross By Mr. Florczak               87
        Redirect By Mr. Kolano              103
        Recross By Mr. Florczak             119


(AFTERNOON SESSION)

MIGDALIA HERNANDEZ
        Direct By Mr Kolano                 139
        Cross By Mr. Florczak               145

JOHN FURDA
        Direct By Kolano                    158
        Cross By Mr. Florcak                163

MIGDALIA HERNANDEZ
        Direct By Mr. Kolano                166
        Cross By Mr. Florczak               171

APRIL DIGGS
        Direct By Mr. Kolano                175
        Cross By Mr. Florczak               197

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- COLLOQUY -                                    138

1   AFTERNOON SESSION - JUNE 11, 1998.

2          THE COURT:  Before we bring the jury out, Mr. Kolano,

3   what is the proposed sequencing of witnesses for this

4   afternoon?

5          MR. KOLANO:  Proposed sequencing of witnesses is a

6   hearing outside of the presence of the jury for Migdalia

7   Hernandez.  This relates to adoptive admission.

8          Mr. Florczak wants on the record what we are seeking

9   to introduce and do some further inquiry.  I have no objection

10  to that.  I think it's somewhat mandated by the rule, if

11  counsel is requesting a hearing.

12         Then I was going to put Detective Furda, on who I will

13  anticipate will be a ten minute witness, since there is kind of

14  a stipulation that he will be permitted to testify as to some

15  hearsay stuff, since we both agree on it.

16         And then I will put Migdalia Hernandez on in front of

17  the jury.

18         THE COURT:  Okay.

19         MR. KOLANO:  One last matter.  I have been requested

20  by sheriff's officer to put on the record when we get to April

21  Diggs afterwards I may have her step down and show the streets

22  that she went through.  Therefore that she not be cuffed while

23  she is in the seat.

24         THE COURT:  All right.  Before we bring the jury out,

25  let's have the witness on the 104 hearing regarding the

- COLLOQUY -                                        139

1    adoptive admission.

2         MR. KOLANO:  Migdalia Hernandez.

3         MR. KOLANO:  Since I think reference to the statement

4    will be made, I am going to ask that it be marked next

5    sequential number, which is 47.

6    M I G D A L I A       H E R N A N D E Z

7    Sworn as a witness and testified as follows:

8    DIRECT EXAMINATION BY MR. KOLANO:

9         Q.   Do you live at 224 Third Street, apartment six, in

10   Elizabeth?

11   A.   Yes.

12        Q.   Did you live there on January 22nd of 1996?

13   A.   Yes.

14        Q.   Did you live -- Or did you let out a room to a Stephen

15   Owens?

16   A.   Yes.

17        Q.   Did you live there with anybody else?

18   A.   My two kids.

19        Q.   How old were your kids back then, approximately?

20        How old are your kids now?

21   A.   My son is nine, my daughter six years old.

22        Q.   Do you recognize Marvin Mathis in the courtroom?

23   A.   Yes.

24        Q.   Would you please just indicate where he is sitting and

25   what he is wearing?

HERNANDEZ -   DIRECT BY KOLANO                    140

1    A.   Sitting over on my left side (indicating).

2            THE COURT:   Indicating the defendant.

3        Q.   Did you know him back in January of 1996?

4    A.   Yes.

5        Q.   Did he ever come to your house?

6    A.   Yes.

7        Q.   Did you know Antwan Harvey?

8    A.   Yes.

9        Q.   Did he ever come to your house back in January of

10   1996?

11   A.   Yes.

12       Q.   Did you know April Diggs?

13   A.   Yes.

14       Q.   Did she ever come to your house back in January of

15   1996?

16   A.   Yes.

17       Q.   Did you know Renee Diggs?

18   A.   Yes.

19       Q.   Did she ever come to your house in December of 1996?

20   A.   Yes.

21       Q.   I am sorry.  January of 1996?

22   A.   Yes.

23       Q.   Do you recall giving a statement to the police as it

24   related to homicide investigation that they were conducting?

25   A.   Yes.

HERNANDEZ -   DIRECT BY KOLANO                          141

1      Q.   And on the evening of January 22nd, 1996, did you see

2  Renee, April, Marvin, and Antwan at your house?

3  A.   Yes.

4      Q.   Did there come a point in time where they left your

5  house?

6  A.   Yes.

7      Q.   And did there come a point in time where they returned

8  back to your house?

9  A.   Yes.

10     Q.   I am going to show you what has been marked S-47 for

11  identification, for the purposes of this hearing.  If you would

12  turn to page four.  Am I reading accurately, on the bottom:

13          "Question:  Did Stephen Owens lend his gun to Antwan

14  Harvey or Marvin Mathis January 22nd 1996?

15          "Answer:  I know that they had a gun, but I don't

16  know who owned it.

17          "Question:  How do you know that they had a gun?

18          "Answer:  They were talking about a gun in my kids'

19  room."

20     Q.   When you say they, who was in the room?

21  A.   It was Antwan Harvey, Marvin Mathis, and Stephen Owens,

22  Renee and April.

23     Q.   Did Stephen Owens ever leave with the four of them on

24  that evening?

25  A.   No.

HERNANDEZ -   DIRECT BY KOLANO                               142

1      Q.   Do you know which person said that they had a gun?

2    A.   No.

3      Q.   Do you know if it was a male or female voice?

4    A.   No.

5      Q.   Could you, did you witness them saying it or did you

6    hear it through the door?

7    A.  As they was walking one of them say they had a gun, but I

8    don't know which one said it.

9      Q.   As they were walking out?

10   A.   Yes.

11     Q.   As they were walking out of where?

12   A.   My apartment.

13     Q.   To go out to the outside?

14   A.   Yes.

15     Q.   Hallway.  And Stephen Owens never walked out?

16   A.   No.

17     Q.   Had to be one of the four of them?

18        MR. FLORCZAK:  I object.

19        THE COURT:  I sustain the objection.

20     Q.   Which four were walking out when you heard them say

21   they had a gun?

22   A.  Marvin, Antwan Harvey, Renee and April.

23     Q.   Now, did there come a point in time where they

24   returned back about an hour later?

25   A.   Yes.

HERNANDEZ -   DIRECT BY KOLANO                    143

1       Q.   Did you see if they had a gun when they returned back?

2    A.   No.

3       Q.   Did they say anything about the gun when they came

4    back?

5    A.   No.

6       Q.   Now, do you remember being questioned, on page six:

7    "When the four of them returned to the apartment can you

8    describe how they were acting?.

9            "Answer:   They were excited.   One of the men said,

10   quote, We shot somebody, close quote, when they first came in

11   the door.   One of the girls said they didn't get anything out

12   of him.

13           "Question:   When you say they said We didn't get

14   anything out of him, who were they talking about?

15           "Answer:   The guy they shot."

16      Did you give those words to the police?

17   A.   Yes.

18      Q.   Are those accurate words as you sit here today?

19   A.   Yes.

20      Q.   Do you remember which one of the men said We shot

21   somebody when they came back?

22   A.   No.

23      Q.   When they came back and they made this comment, this

24   was about, was this about an hour after they had left and said

25   We have a gun?

HERNANDEZ - DIRECT BY KOLANO                                144

1        MR. FLORCZAK:  I would object.  It's leading.

2        MR. KOLANO:  This is pretrial hearing.  We are just

3   trying to establish what is going to be said.

4        THE COURT:  There has already been testimony that they

5   returned an hour later.  So on this particular --

6        MR. FLORCZAK:  I missed that.

7        THE COURT:  There was, the questions were asked about

8   that.

9        MR. FLORCZAK:  I am sorry.

10       THE COURT:  Did they leave, and they later returned;

11  and there were couple of questions later indicated that it was

12  an hour later.

13       MR. FLORCZAK:  You are correct, judge.

14   Q.   This is when they came back after they had left the

15  first time?

16  A.   Um-hum.  Yes.

17   Q.   Just so we are clear, so the judge has an idea of what

18  we are talking about:  They walked out, and one of them said We

19  have a gun, one of the four of them, you don't know which one?

20  A.   Yes, I don't know which one said it.

21   Q.   An hour later they came back?

22  A.   Yes.

23   Q.   When they came back they went into a room?

24  A.   Yes.

25   Q.   And you heard one of the men say We shot somebody?

HERNANDEZ -   DIRECT BY KOLANO                                    145

1    A.  Yes.

2         Q.   And you heard one of the girls say that they didn't

3    get anything?

4    A.  Yes.

5         Q.   And you don't know which girl or which man?

6    A.  No.

7         Q.   And the only people in the room were Renee and April

8    were the only girls?

9    A.  Yes.

10        Q.   And the only men were Antwan, Marvin, and Stephen

11   Owens?

12   A.  Yes.

13        Q.   But Stephen Owens never left the apartment that night

14   with the others?

15   A.  No.   No.

16        MR. KOLANO:   Your Honor, state will be eliciting more

17   at trial, but not as it impacts on the co-conspirator or

18   adoptive admission.

19        No further questions.

20        THE COURT:   Mr. Florczak.

21   CROSS EXAMINATION BY MR. FLORCZAK:

22        Q.   What time were they leaving?

23   A.  I don't know.

24        Q.   Where were they when you heard this?

25   A.  When they were leaving?

HERNANDEZ - CROSS BY FLORCZAK                    146

1      Q.   When you heard someone say I have a gun, or whatever,

2   where were they?

3   A.   They was leaving walking out the door, and I was in the

4   living room with my two kids.

5      Q.   How far away were you?

6   A.   Not close.

7      Q.   How close is the living room to the door they were

8   leaving?

9   A.   Not too far.

10     Q.   Are there any rooms in between?

11  A.   No.

12     Q.   Is the door in the living room?

13  A.   Yes.

14     Q.   So you are across one side of the living room?

15  A.   Yes.

16     Q.   Was Mr. Owens at the door when they were leaving?

17  A.   No.

18     Q.   Where was he?

19  A.   In the room.

20     Q.   So that you didn't hear them talking about a gun in

21  the kids' room?

22  A.   They was talking about a gun in my kids' room.  When they

23  walking out the door they said they had a gun.  I don't know

24  which one said it.

25     Q.   Did you hear them talking in the kids' room?

HERNANDEZ - CROSS BY FLORCZAK                    147

1    A.   Yes.

2        Q.   Okay.   Now, you could see all of them when you heard

3    this.   Right?

4    A.   Excuse me?

5        Q.   Was anyone out the door when you heard this?

6    A.   No.

7        Q.   You couldn't tell whether it was a male voice or

8    female voice?

9    A.   No.

10       Q.   Do you remember exactly what they said?

11   A.   No.

12       Q.   Well, you heard the word gun, I assume?

13   A.   Yes.

14       Q.   Well, did you hear I have a gun, or I am going to get

15   a gun, or anything else like that?   Could you tell which?

16   A.   I heard they said they had a gun.   I don't know which one

17   said it.

18       Q.   That's what I am asking you.   What did you hear said

19   exactly?

20   A.   I heard one of them say they had a gun.   I don't know who

21   said it.

22       Q.   Now, they returned an hour later?

23   A.   Yes.

24       Q.   Do you know what time that was?

25   A.   No.

HERNANDEZ - CROSS BY FLORCZAK                                   148

1        Q.   All four of them returned at the same time?

2    A.   Yes.

3        Q.   Who opened the door for them?

4    A.   I don't remember.

5        Q.   Do you know where you were when they came in?

6    A.   No.

7        Q.   Do you know where you were when you heard someone say

8    We shot somebody?

9    A.   In the living room.

10       Q.   Where were they when you heard it?

11   A.   When they was walking in.

12       Q.   And you didn't, you don't know who said it?

13   A.   No.

14            MR. FLORCZAK:  That's all I have.

15            MR. KOLANO:  No redirect, your Honor.

16            THE COURT:  All right.

17            THE COURT:  Miss Hernandez, you you may step down.

18   Watch your step as you step off.  You are not excused, however.

19   I would ask that you continue to wait outside in the hallway.

20            (Witness left the courtroom).

21            MR. FLORCZAK:  Judge, I assume -- I will deal with the

22   second statement afterward.  I assume that the prosecutor is

23   seeking to have that admitted as a statement during the

24   co-conspirators statement.

25            MR. KOLANO:  First statement as they are walking out

- COLLOQUY -                                              149

1    the door and they say We have a gun?

2           MR. FLORCZAK:  No.  Second statement.

3           MR. KOLANO:  Second statement as co-conspirator and

4    adoptive admission.

5           MR. FLORCZAK:  Well, judge, I would argue, first, even

6    statements made during the, during the conspiracy may not be

7    admissible, however, if not made in furtherance of the ends of

8    the conspiracy.  I don't understand how someone saying we

9    didn't get anything, and we shot someone, is in furtherance of

10   a conspiracy.

11          First I argue conspiracy was over, act was over.  I

12   agree that had they been talking about concealing the gun,

13   getting rid of the weapon, that would be in furtherance of a

14   conspiracy, and that could be admissible.  But these statements

15   are not made in furtherance of the ends of the conspiracy.

16          And there are several cases cited hear I can give to

17   the court.

18          For those reasons, I suggest to the court that the

19   statements made when they returned are not admissible.

20          I don't know if you want to do these individually.

21          THE COURT:  Let's stick with that.  We are talking

22   about the two statements that the witness indicated that she

23   heard upon the return of the four persons, the one about having

24   shot somebody and the second statement about not having

25   obtained anything.



- COLLOQUY -                                          150

1        MR. FLORCZAK:  And as to adoptive admission, judge,

2   silence, judge, is not an adoptive admission if the statement

3   is not a direct accusation at the person.  And I am suggesting

4   We shot someone is not a direct accusation of my client.  And

5   therefore it's not an adoptive admission.

6        I am citing from Burbridge versus Pascall, which talks

7   where a statement does not directly accuse the listener of

8   wrongdoing he is regarded as having no duty to respond.  So his

9   failure to deny the substance of the statement cannot be

10  regarded as an admission.

11       THE COURT:  Mr. Kolano.

12       MR. KOLANO:  Your Honor, on this last point, we are

13  offering it, one, as adoptive admission; two, as a statement in

14  furtherance of a conspiracy.

15       Clearly, there need not be charged in the indictment a

16  conspiracy, if the court finds the existence of a conspiracy

17  based on the statements already in evidence.  Clearly, this

18  court can find existence of a conspiracy based on the

19  admissions made by the defendant in his statement and already

20  testified to.

21       State versus Harris, death penalty case, says a

22  conspiracy to commit murder was said to have continued even

23  after the murder was committed to include a conversation

24  between two of the conspirators concerning how the hit man was

25  to be paid.

- COLLOQUY -                                                    151

1        Here we have a robbery.  The idea of doing a robbery

2   is to get money.  The idea of having four people involved in

3   the robbery, common sense that the monies are going to be

4   shared, that there is going to be some benefit in participating

5   in this robbery.  Here when they are talking about We didn't

6   get anything -- because we know they came back two different

7   routes -- that now it's time to divvy up the money.  So the

8   statement We didn't get anything is a statement in furtherance

9   of the the conspiracy, of the robbery, Hey, in effect there are

10  no proceeds to divide up because we didn't get anything.

11       The fact that they shot someone is also a statement in

12  furtherance of the conspiracy because that relates to where the

13  gun now has to go in terms of any concealment.  Because this

14  gun now is not just a display, this gun was involved in a

15  shooting and killing.  So now this gun becomes a, a hot item,

16  so to speak.

17       THE COURT:  But they are not talking about getting rid

18  of the gun; they are simply talking about the gun was used.

19       MR. KOLANO:  Yes.

20       THE COURT:  No one says We shot somebody.  What are we

21  going to do with the gun?  Or, We shot somebody.  Who is going

22  to get rid of this gun.  It is just a statement of fact, We

23  shot somebody.

24       MR. KOLANO:  Agreed.

25       THE COURT:  Reporting the results of the conspiracy:

1    We shot somebody.  We didn't get any money.

2          MR. KOLANO:  I agree, your Honor.

3          But I would suggest that is a foundation statement

4    that would go part and parcel as to the steps to conceal the

5    gun.  Obviously, there are no more further statements as to the

6    concealment that are being offered.  Because there were no

7    factual, nothing factual brought out.

8          As to the adoptive admission, We shot somebody, if

9    two, three, or four people are together and say We shot

10   somebody, that is a direct accusation.

11         I know if Detective Diaz says, The two of us, we shot

12   somebody, and I didn't do it, I would say No, I didn't.  I

13   think the law says reasonable person would say, No, I didn't.

14         So it is, to use Mr. Florczak's reading of the law, a

15   direct accusation, We shot somebody.  And yet the defendant,

16   Marvin Mathis, who was there, was one of the four people who

17   came back, did not deny it.  And this comes on the heels of

18   them walking outside saying We have a gun, coming back and

19   saying We shot somebody.

20         So I would argue it is admissible for those two

21   reasons.

22         THE COURT:  Mr. Florczak, you want to be heard?

23         MR. FLORCZAK:  No, judge.  I suggest that when they

24   say it's a direct accusation it has to be specifically directed

25   at the person they want to use the statement against.  And

1 there is nothing to indicate this was specifically directed at

2 my client.

3          THE COURT:  As long as you are up, there is other

4 testimony about prior to leaving, reference to the gun.

5          MR. FLORCZAK:  There I have a problem, judge, as to it

6 very well may be considered in furtherance of the conspiracy.

7 My only concern, judge, is that she can't even testify whether

8 it was a male voice, female voice that said it.  It's very

9 vague testimony.

10          That would be the basis of my objection.

11          THE COURT:  Mr. Kolano.

12          MR. KOLANO:  Basic logic.  There are only four walking

13 out.  One of them says We have a gun.  Therefore, it is a

14 statement in furtherance of the conspiracy, four identified,

15 four were ultimately charged.

16          And I would indicate, and this goes beyond factually

17 what we did, she is also going to testify two men were walking

18 out with ski masks, but that she saw with her own eyes.  So in

19 that context clearly this is a statement, furtherance of

20 conspiracy statement of intention, plan, possession of this

21 gun.  And it's highly significant as to what they were about to

22 do and what they in fact later did.

23          THE COURT:  Getting to the second part first, I do

24 think that that statement made by one of the four -- and under

25 the testimony that was presented it could have only been one of




1    the four who made the statement.  Although the witness could

2    not identify even male or female.  But, nevertheless, it was a

3    statement made by one of the conspirators about being in

4    possession of a gun.

5            To me that is within the context of furtherance of the

6    conspiracy, and that statement is admitted.

7            I have difficulty with the other two statements.  I

8    don't see how a statement made after the event is over simply

9    pointing out, as I said, the results of the, of the conspiracy,

10   We shot somebody, We didn't get any money, are related to an

11   ongoing furtherance of the conspiracy.  As I said, there is

12   nothing that says We have money to divide up, We have a gun to

13   get rid of.  To me that would, those are the kinds of

14   statements that would be in furtherance of a conspiracy.  But

15   simply pointing out We shot somebody and We didn't get any

16   money is, almost on its face indicates the event is over, we

17   are now talking about what happened.  We are rehashing it.

18           It is not a furtherance of the conspiracy.

19           And as to an adoptive admission, I agree with the

20   defense contention with respect to this.

21           Again, simply reporting what took place is not an

22   accusation directed at the defendant that would logically

23   expect the defendant to respond to, if it was appropriate for

24   him to do so, with a denial.

25           I don't see that it is an adoptive admission.  And,



---

- COLLOQUY -                                          156

1          OFFICER:  You are still under oath.

2          THE COURT:  Miss Hernandez, you are still under oath.

3          And Mr. Kolano has some additional question or

4    questions for you for purposes of this hearing.

5    BY MR. KOLANO:

6          Q.   Miss Hernandez, you are not, you weren't charged or

7    convicted of any crimes, were you?

8    A.   No.

9          Q.   And you weren't facing any charges at the time you

10   gave this statement, were you?

11   A.   No.

12         Q.   Did you ever have any involvement by DYFS?

13   A.   Yes.

14         Q.   You did?  Was that pending at the time you gave this

15   statement?

16   A.   No.

17         Q.   When did that come up?

18   A.   Long time ago.

19         Q.   Was that completely done and over with before the

20   police saw you in 1996?

21   A.   Yes.

22         Q.   As a result thereafter did DYFS do anything to you?

23   A.   No.

24         MR. KOLANO:  I have nothing further.

25         THE COURT:  Mr. Florczak

- COLLOQUY -                                                        157

1   BY MR. FLORCZAK:

2       Q.   You are aware that there was a video tape that was

3   taken by the police?

4   A.   Yes.

5       Q.   As a result of that video tape, DYFS did not come,

6   become involved with you and your child?

7   A.   No.

8           MR. FLORCZAK:   Thank you.

9           THE COURT:   Miss Hernandez, once again I am going to

10  excuse you for now.   You can step down.   Be careful, watch your

11  step.   But you are not excused.   You have to wait in the

12  corridor.   We will get you back in at a later point.

13          THE WITNESS:   Can I call somebody pick up my daughter

14  from school?

15          THE COURT:   You certainly can.   There are some phones

16  outside on this floor.

17          Anything else before we bring the jury?

18          MR. KOLANO:   No.   Since Miss Hernandez has to make

19  that phone call I will use the detective first.   It will be a

20  brief witness.

21          THE COURT:   Please bring out the jury.

22          (Jury seated in the jury box in the courtroom.)

23          THE COURT:   Good afternoon, ladies and gentlemen.

24          Mr. Kolano, your next witness.

25          MR. KOLANO:   John Furda.

FURDA - DIRECT BY KOLANO                           158

1   J O H N       F U R D A

2   Sworn as a witness and testified as follows:

3   DIRECT EXAMINATION BY MR. KOLANO:

4        Q.    By whom are you employed?

5   A.   Union County Prosecutor's Office.

6        Q.    In what capacity?

7   A.   Detective.

8        Q.    How long have you been a detective with the

9   prosecutor's office?

10  A.   October '89.

11       Q.    And prior to joining the prosecutor's office do you

12  have prior law enforcement experience?

13  A.   I was with Plaintifield Police Division since March of '86.

14       Q.    And, sir, did you become case detective involved in

15  the investigation of the homicide shooting death of Antonio

16  Saraiva on January 22nd, 1996?

17  A.   That's correct.

18       Q.    And did you participate in the execution of a consent

19  to search on Magnoila Avenue on January 24th, 1996?

20  A.   That's correct.

21       Q.    Who did you go there with?

22  A.   Mrs. Mathis, the defendant's mother.

23       Q.    And did the defendant and his mother execute a consent

24  to search and go there?

25       Did Miss Mathis go there voluntarily with you?

FURDA -  DIRECT BY KOLANO                          159

1    A.  Yes, sir.

2         Q.   And you said Mr. Mathis.  Do you see him in the

3    courtroom today?

4    A.  Yes, sir.

5         Q.   Would you please identify him by indicating where he

6    is sitting and what he is wearing?

7    A.  Seated to the left, wearing dress shirt, tie, and tan

8    slacks.

9              THE COURT:  Indicating the defendant.

10        Q.   When you went to the defendant's house at 658 Magnolia

11   Avenue in Elizabeth, did you obtain an item of clothing?

12   A.  I am sorry.  538 Mag --?

13        Q.   Yes.  538 Magnolia Avenue.

14   A.  Yes, sir.

15        Q.   What type of clothing did you obtain?

16   A.  They were black BDU, basic duty uniform military type

17   pants.

18        Q.   Showing you what has been marked S-31 for

19   identification, I ask you to look at it and indicate whether or

20   not you recognize this item?

21   A.  Yes, sir.

22        Q.   And after you received this item did you turn it over

23   to another detective in the case?

24   A.  Yes, sir.  Detective Koczur of the Elizabeth Police

25   Department.

FURDA - DIRECT BY KOLANO                            160

1      Q.   Sir, did there come a point in time on January 25th,

2   1996, that you went to the City of Carteret?

3   A.   Yes, sir.

4      Q.   Specifically, did there come a point in time when you

5   went to G5 Bergen Street in Carteret?

6   A.   Yes, sir.

7      Q.   Did you come to meet or identify a person as Antwan

8   Harvey at that time?

9   A.   Yes, sir.

10      Q.   And did you have an arrest warrant prior to going to

11   that location?

12   A.   Yes, sir, I did.

13      Q.   Was Mr. Harvey placed under arrest by you and members

14   of the Carteret Police Department?

15   A.   He was.

16      Q.   And that was on charges stemming out of this shooting?

17   A.   That's correct.

18      Q.   In Union County?

19   A.   Yes, sir.

20      Q.   And was there obtained a firearm in the location where

21   Mr. Harvey was located?

22   A.   Yes, sir.

23      Q.   And who actually obtained that firearm?

24   A.   It was then Detective McFadden I believe, Detect Sergeant

25   McFadden of the Carteret Police Department.

FURDA -   DIRECT BY KOLANO                              161

1      Q.   Did he immediately turn that over to you?

2  A.   Yes, sir.

3      Q.   And did he indicate to you where that gun was located?

4  A.   Yes, sir.

5      Q.   And where was that?

6  A.   It was a crawl space at the top of the stairs leading to

7  the second floor.

8      Q.   And the gun was turned over to you, and -- strike

9  that.

10     MR. KOLANO:   Your Honor, for the record, this weapon

11  has been checked.

12     THE COURT:   Thank you.

13     Q.   Showing you what's marked S-22 on the box.   I ask you

14  to look at this weapon and indicate whether or not you

15  recognize it?

16  A.   Yes, sir.

17     Q.   And how is it that you are able to recognize that

18  weapon?

19  A.   It's the Regent brand .32 caliber revolver I seized that

20  day.

21     Q.   And that weapon did it have any bullets or ammunition

22  in it at the time of its seizure?

23  A.   No, sir.

24     Q.   Now, approximately how many homicide cases have you

25  been involved in?

FURDA -   DIRECT BY KOLANO                                   162

1   A.   Over a hundred.

2        Q.   And, sir, is there a way to your knowledge to be able

3   to determine if this weapon caused someone's death in the

4   absence of finding a bullet or a casing?

5   A.   No, sir.

6        Q.   Ballistically speaking?

7   A.   No, sir.

8        Q.   Did you also obtain an item of clothing.  You obtained

9   numerous items of clothing at that scene?

10  A.   Yes, sir.

11       Q.   That was pursuant to consent and a search warrant?

12  A.   That's correct, sir.

13       Q.   Specifically referring to one item, what's marked S-26

14  for identification, I ask you to look at it.  Do you recognize

15  that?

16  A.   Yes, sir.

17       Q.   And what is this?

18  A.   This is a coat I seized when I arrested Antwan Harvey in

19  Carteret.

20       Q.   And was this to your knowledge Antwan Harvey's

21  property?

22  A.   Yes, sir.

23       Q.   Did he have other clothing and property at that

24  location in Carteret?

25  A.   Yes.

FURDA -   DIRECT BY KOLANO                        163

1       Q.    Did you seize numerous items of that clothing?

2    A.    Yes.

3       Q.    Proved to be of no evidential value?

4    A.    That's correct sir.

5       Q.    When Mr. Harvey was brought back, did you speak to

6    him?

7    A.    After we got back to Elizabeth headquarters, yes, I

8    Mirandized him in Carteret and again in Elizabeth.  Yes, sir.

9            MR. KOLANO:  May I have item marked, please.

10       Q.    Showing you what has been marked S-48 for

11   identification, I ask you to look at it and indicate whether or

12   not you recognize it.

13   A.    Yes, sir.  This is a copy of the statement I took from a

14   Mr. Harvey on that date.

15       Q.    I don't want you to go through any of the details.

16   But how many pages is this statement?

17   A.    Concludes on page ten.

18       Q.    And does Mr. Harvey's signature appear there?

19   A.    Yes, sir.

20       Q.    As well as your signature?

21   A.    Yes, sir.

22            MR. KOLANO:  Nothing further.

23            THE COURT:  Mr. Florczak.

24

25

1  CROSS EXAMINATION BY MR. FLORCZAK:

2      Q.   Can you tell us what date you arrested Mr. Harvey?

3  A.  It was the Thursday after the murder that occurred on the

4  22nd, I believe that would be the 24th, then, of January, '96.

5      Q.   And at the place that you arrested Mr. Harvey you

6  found his jacket and you found this gun, is that correct?

7  A.  That's correct, sir.

8      Q.   And so essentially same time.  You didn't make a

9  second trip to get the gun, did you?

10  A.  No, sir.

11      Q.   And can you describe the gun to us, please?

12  A.  Certainly.  It's a Regent brand .32 caliber revolver with

13  wood grain type grips.  I believe it's a five shot.

14      Q.   Color of the gun?

15  A.  Blue in color, sir.

16      Q.   Would you describe that as a dark color?

17  A.  Yes, sir.  Almost appears black, but it's blueing.

18      Q.   And from your investigation did that gun match the

19  description of the gun that was used in the shooting?

20          MR. KOLANO:  Description provided by whom?

21          THE COURT:  If you would.

22          MR. FLORCZAK:  During your investigation.

23          MR. KOLANO:  By whom?

24          THE COURT:  If you can narrow it down.

25          MR. FLORCZAK:  By -- Let me rephrase the question.

1    Q.    Did you, for instance, read the statements of April

2  Diggs and Renee Diggs?

3  A.  Yes, sir.

4    Q.    Did this gun essentially match their description of

5  the weapon?

6           MR. KOLANO:  Objection, your Honor, unless the whole

7  statement is going into evidence.

8           MR. FLORCZAK:  I withdraw the question, judge.

9           MR. KOLANO:  Are you done?

10          MR. FLORCZAK:  I am done.   Thank you.

11 REDIRECT EXAMINATION BY MR. KOLANO:

12    Q.    You indicated that you arrested Antwan Harvey on

13 Thursday following the homicide?

14 A.  That's correct.

15    Q.    Homicide was on Monday, the 22nd?

16 A.  That's correct.

17    Q.    Tuesday the 23rd, Wednesday the 24th, Thursday 25th?

18 A.  Sorry, sir.

19    Q.    You took a statement the same day you arrested him?

20 A.  Yes, sir.

21    Q.    And the statement was taken on what?

22 A.  25th.

23          MR. KOLANO:  Thank you.  Nothing further.

24          THE COURT:  Mr. Florczak, anything else of this

25 witness?

HERNANDEZ - DIRECT BY KOLANO                    166

1          MR. FLORCZAK:  No, judge.  Thank you.

2          THE COURT:  You may step down.

3          THE WITNESS:  Thank you.

4          MR. KOLANO:  Migdalia Hernandez.

5    M I G D A L I A      H E R N A N D E Z

6    Sworn as a witness and testified as follows:

7    DIRECT EXAMINATION BY MR. KOLANO:

8          Q.  Where do you live?

9    A.  224 Third Street.

10         Q.   In what city?

11   A.  Elizabeth.

12         Q.   And on January 22nd 1996 did you live there?

13   A.  Yes.

14         Q.   And did you know a Stephen Owens at that time?

15   A.  Yes.

16         Q.   Where did he live at that time?

17   A.  In January?

18         Q.   Of 1996?

19   A.  He was staying with me.

20         Q.   And who else was living at that apartment?

21   A.  My two kids.

22         Q.   Which apartment was that?

23   A.  Six.

24         Q.   And back then did you know Marvin Mathis?

25   A.  Yes.

HERNANDEZ -   DIRECT BY KOLANO                    167

1       Q.   Do you see him in the courtroom?

2   A.   Yes.

3       Q.   Would you please identify him?

4   A.   (Indicating).

5            THE COURT:   Indicating the defendant.

6       Q.   How long had you known him up to January 1996?

7   A.   About a month, I don't know.

8       Q.   Had he been in your apartment regularly?

9   A.   Yes.

10      Q.   Did you know Antwan Harvey?

11  A.   Yes.

12      Q.   And up until January 22nd, 1996, had he been in your

13  apartment regularly?

14  A.   Yes.

15      Q.   Did you know April Diggs?

16  A.   Yes.

17      Q.   Prior to and up until January 22nd, 1996, had she been

18  in your apartment regularly?

19  A.   Yes.

20      Q.   Did you know Renee Diggs?

21  A.   Yes.

22      Q.   And prior to and up until January 22nd, 1996, had she

23  been in your apartment regularly?

24  A.   Yes.

25      Q.   On January 22nd, 1996, were Renee Diggs, April Diggs,

HERNANDEZ -  DIRECT BY KOLANO                    168

1  Antwan Harvey, and Marvin Mathis in your apartment?

2  A.  Yes.

3      Q.  Did there come a point in time where they left your

4  apartment.

5  A.  Yes.

6      Q.  And did they all four of them walk out sort of

7  together?

8  A.  Yes.

9      Q.  As they were walking out, did you hear one of them say

10 something?

11 A.  As they were walking out one of them say they had a gun. I

12 don't know which one said it.

13     Q.  But it was in the presence of all four of them?

14 A.  Yes.

15     Q.  Did they, were they gone long?

16 A.  Yes.

17     Q.  How long were they gone?

18 A.  (Pause) I don't know the time.  Can't remember that.  I

19 don't know, it was for long but I don't know.

20     Q.  Could it have been about an hour?

21 A.  Yes.

22         MR. FLORCZAK:  I object to leading.

23         THE COURT:  Sustained.

24     Q.  We will do it the long way.

25 Showing you what has been marked S-47 for identification,

HERNANDEZ -   DIRECT BY KOLANO                    169

1   do you recognize?

2   A.   Yes.

3        Q.   Is this a copy of your statement?

4   A.   Yes.

5        Q.   Did you give the statement to the police?

6   A.   Yes.

7        Q.   When you gave the statement to the police was it true

8   and accurate?

9   A.   Yes.

10        Q.   And you reviewed it.  Did you review it prior to

11   coming here today?

12   A.   Yes.

13        Q.   Does it continue to be true and accurate?

14   A.   Yes.

15        Q.   At any time during when the four people left your

16   apartment did Stephen owns leave?

17   A.   No.

18        Q.   Did the four people come back together?

19   A.   Yes.

20        Q.   Prior to them leaving, did the men have anything in

21   their hands that you recall?

22   A.   They had a mask.

23        Q.   When you say they had a mask.  How many masks did you

24   see?

25   A.   Two.

HERNANDEZ -   DIRECT BY KOLANO                              170

1       Q.   Who had the masks?

2    A.   Marvin and Antwan.

3       Q.   What kind of masks?

4    A.   A black mask, face mask.

5       Q.   I am showing you what has been marked S-28 for

6    identification.   Does that look familiar at all?

7    A.   Yes.

8       Q.   And does this -- How is it familiar to you?

9    A.   I seen it when they had it in their hand.

10       Q.   When they came back, did the men have anything in

11   their hands?

12   A.   The masks.

13       Q.   Did all four, did Marvin Mathis and Antwan Harvey,

14   April Diggs and Renee Diggs return back to your apartment on

15   the evening of the 22nd of January 1996?

16   A.   Yes.

17       Q.   Do you have any reason to dislike Marvin Mathis?

18   A.   No.

19       Q.   What was the nature of your relationship with Marvin

20   Mathis?

21   A.   Friend.

22       Q.   What was the nature of your relationship with Antwan

23   Harvey?

24   A.   Friend.

25       Q.   Do you consider Antwan Harvey to be a friend to this

HERNANDEZ -   DIRECT BY KOLANO                    171

1   day?

2   A.   He was a friend of mine.

3        Q.    And Marvin Mathis did he ever do anything to hurt or

4   harm you in any way?

5   A.   No.

6        Q.    Do you have any reason to lie about him or his

7   actions?

8             MR. FLORCZAK:   Judge, I object.

9             THE COURT:   Overruled.

10        Q.    Do you have any reason to lie about him?

11   A.   No.

12        Q.    Your relationship with April Diggs, were you friends?

13   A.   Yes.

14        Q.    Your relationship with Renee Diggs, were you friends?

15   A.   Yes.

16        Q.    Any reason to lie about Antwan, April, or Renee?

17   A.   No.

18             MR. KOLANO:   Thank you.   Nothing further.

19   CROSS EXAMINATION BY MR. FLORCZAK:

20        Q.    Miss Hernandez, do you know when you gave the

21   statement?   You gave a statement to the police?

22   A.   Yes.

23        Q.    When did you give it to them?

24   A.   I don't remember what date was it.

25        Q.    Do you remember what season it was?

HERNANDEZ - CROSS BY FLORCZAK                           172

1   A.   No.

2        Q.   Do you remember what year it was?

3   A.   No.

4        Q.   If I told you you gave the statement six months after

5   this all happened, would that be -- is that possible?

6   A.   Excuse me?

7        Q.   If I told you you gave this statement on July 23rd,

8   1996, would that refresh your recollection at all?

9   A.   Yes.

10       Q.   So you waited six months to tell the police about

11  this?

12  A.   I didn't know nothing about that murder case.

13       Q.   You didn't know anything about it?

14  A.   No.

15       Q.   You didn't --

16       You knew, you were a friend of Antwan Harvey, is that

17  correct?

18  A.   Yes.

19       Q.   You didn't know in January that he had been arrested?

20  A.   No.

21       Q.   How about Marvin Mathis, he was a friend, did you know

22  he had been arrested in January?

23  A.   No.

24       Q.   April and Renee Diggs?

25  A.   No.

HERNANDEZ - CROSS BY FLORCZAK                    173

1     Q.    They used to come over your house regularly?

2  A.  Yes.

3     Q.    Did you wonder why they stopped coming?

4  A.  They wasn't coming -- They was going to see Stephen Owens.

5     Q.    They are friends of Stephen's, not yours?

6  A.  That was my apartment.

7     Q.    Okay.  So you had no idea if they were arrested and

8  you had no idea why they stopped coming?

9  A.  No.

10     Q.    Did the police come to you in July?

11  A.  Yes.

12     Q.    Now, when this happened back in January Antwan Harvey

13  was over your house virtually every day, isn't that true?

14  A.  Yes.

15     Q.    He was the one that was close to Steve, isn't that

16  true?

17  A.  Yes.

18     Q.    Now, you have come here today and you said you told

19  the police that someone said they had a gun.  Is that true?

20  A.  Yes.

21     Q.    And you were in your living room when you heard

22  someone say that?

23  A.  Yes.  When they were walking out.

24     Q.    They were walking out the door, and you heard someone

25  say they had a gun, is that true?

HERNANDEZ - CROSS BY FLORCZAK                    174

1  A.  Yes.

2      Q.  You didn't see any gun?

3  A.  No.

4      Q.  Can you tell us whether it was male or female that

5  said they had a gun?

6  A.  I don't remember.

7      Q.  Sure it wasn't Steve saying he had a gun?

8  A.  No.

9      Q.  When you heard it were any of them totally out the

10 door or were they all still in the room?

11 A.  When I heard they say they had a gun they was walking out

12 the door.

13     Q.  Well, was, when you heard that could you see all four

14 people?

15 A.  Yes.

16     Q.  So nobody was out the door yet?

17 A.  They was opening the door to walk out.

18     Q.  And Steve wasn't with them?

19 A.  No.

20     Q.  Could you see Steve at that time when you heard this

21 said?

22 A.  No.  He was in the room.

23     Q.  Can you give us any idea what time this was?

24 A.  I don't know what time it was.

25     Q.  Do you have any idea what time they returned?

HERNANDEZ - CROSS BY FLORCZAK                    175

1   A.   About an hour.

2        Q.   But you don't know what time it was?

3   A.   No.

4        Q.   Are you sure it was January 22nd?

5   A.   Yes.

6        Q.   Why?

7   A.   Because that's when everything happened.

8        Q.   When what happened?

9   A.   When they start asking me questions what happened January

10  22nd, so I told them what happened.

11       Q.   So you were aware of what happened?

12  A.   When the police came and asked me questions.

13       Q.   Was that in July or was that sooner?

14  A.   That was in July.

15       Q.   They didn't come asking you questions before that?

16  A.   No.

17       Q.   But you lived at the same address in the same

18  apartment as you did in January?

19  A.   Yes.

20            MR. FLORCZAK:   I have nothing further, your Honor.

21            Thank you.

22            THE COURT:   Mr. Kolano.

23            MR. KOLANO:   Nothing further, your Honor.

24            THE COURT:   Miss Hernandez, you may step down.   Thank

25  you.   You are excused.

- COLLOQUY -                                          176

1          THE COURT:  Counsel approach.

2          (Side bar off the record).

3          THE COURT:  I have some matters to attend to with the

4    attorneys that's going to take a couple of minutes.  I want to

5    excuse you to the jury room.  We will try to get this done as

6    quickly as possible and get you back out.  You are excused to

7    the jury room.

8          Remember not to discuss the case.

9          (Jury withdrew from the courtroom.)

10         THE COURT:  Can we arrange to get Miss Diggs, April

11   Diggs now.

12         THE COURT:  Maybe we can bring her in and have her set

13   up in the witness stand.

14   A P R I L      D I G G S

15   Sworn as a witness and testified as follows:

16   DIRECT EXAMINATION BY MR. KOLANO:

17         OFFICER:  If the prosecutor asks you to walk up to a

18   map or exhibit, all right, just do whatever he tells you to do.

19   Okay?

20         THE WITNESS:  Yes.

21         THE COURT:  Let's please have the jurors brought out.

22         (Jury seated in the jury box in the courtroom.)

23         THE COURT:  Ladies and gentlemen, the next witness in

24   the matter is April Diggs who is already seated in the witness

25   stand, she has already been sworn by the clerk and is presently

APRIL DIGGS -   DIRECT BY KOLANO                              177

1    at this time under oath.

2          Mr. Kolano.

3     Q.   Miss Diggs, how old are you?

4    A.   Nineteen.

5     Q.   And on January 22nd, 1996 how old were you?

6    A.   Seventeen.

7     Q.   And do you know Marvin Mathis?

8    A.   Yes.

9     Q.   Do you see him in the courtroom?

10   A.   Yes.

11    Q.   Could you please identify him?

12   A.   Right there (indicating).

13         THE COURT:   Indicating the defendant.

14    Q.   Back in January of 1996, how long had you known

15   Marvin?

16   A.   About good two years.

17    Q.   What was your relationship between you and Marvin

18   Mathis?

19   A.   Just a friend.

20    Q.   Back in 1996, January, did you know Antwan Harvey?

21   A.   Yes.

22    Q.   How long had you known him?

23   A.   Like, I don't know, about a month or two, three months,

24   something like that.

25    Q.   What was your relationship to Antwan Harvey?

APRIL DIGGS -   DIRECT BY KOLANO                    178

1    A.   A friend.

2         Q.   And who was Renee Diggs?

3    A.   My cousin.

4         Q.   Were you and your cousin Renee close?

5    A.   Yes.

6         Q.   Renee older than you or younger?

7    A.   Older than me.

8         Q.   On January 25th, 1996, were you arrested?

9    A.   Yes.

10        Q.   Were you charged with being involved in a robbery and

11   killing of an Antonio Saraiva on January 22nd 1996?

12   A.   Yes.

13        Q.   Did you have -- You were a juvenile at the time?

14   A.   Yes.

15        Q.   And you were handled as adult subsequently?

16   A.   Yes.

17        Q.   Did you enter a plea of guilty to charges?

18   A.   Yes.

19        Q.   And you pled guilty to armed robbery?

20   A.   Yes.

21        Q.   And your recommendation of the sentence you are going

22   to get is fifteen years in state prison?

23   A.   Yes.

24        Q.   And at least five, a five year parole disqualifier?

25   A.   Yes.

APRIL DIGGS -  DIRECT BY KOLANO                           179

1    Q.   And this, part of that plea you made with another

2  assistant prosecutor in my office who represented my office?

3  A.  Yes.

4    Q.   And you agreed to testify truthfully in the trial

5  against Marvin Mathis?

6  A.  Yes.

7    Q.   Did you also agree to testify truthfully in the trial

8  of Antwan Harvey?

9  A.  Yes.

10   Q.   And you are aware as you sit here today that the trial

11  of Antwan Harvey is going to start in approximately two weeks?

12  A.  Yes.

13   Q.   And that you are obligated to come back to court again

14  in two weeks and testify truthfully as it relates to Antwan

15  Harvey's role?

16  A.  Yes.

17   Q.   On January 25th, 22nd, 1996, did you know Migdalia

18  Hernandez?

19  A.  Yes.

20   Q.   Do you know, did you know where she lived?

21  A.  Yes.

22   Q.   Where did she live?

23  A.  On Third Street.  224 I guess.

24   Q.   Did you know Stephen Owens?

25  A.  Yes.

APRIL DIGGS - DIRECT BY KOLANO                              180

1      Q.   And where did he live back then?

2  A.   In Migdalia house.

3      Q.   Did you -- Had you ever been to Migdalia's house?

4  A.   Yes.

5      Q.   Were you there regularly back in January of '96 and

6  before that?

7  A.   Yes, couple of times.

8      Q.   Was Renee there regularly?

9  A.   Yes, with me.

10      Q.   And Antwan?

11  A.   Yes.

12      Q.   And Marvin?

13  A.   Yes.

14      Q.   On the evening of the 22nd of January, 1996, do you

15  recall meeting somebody at Third and Bond?

16  A.   Yes.

17      Q.   Where specifically were you at Third and Bond?

18  A.   Chinese restaurant.

19      Q.   Who were you there with at that time?

20  A.   Me and my cousin Renee.

21      Q.   And who else joined you?

22  A.   Marvin Mathis and Antwan Harvey.

23      Q.   Where did the four of you go from there?

24  A.   We started walking.

25      Q.   And where did you walk?  After you left the Chinese

APRIL DIGGS  -  DIRECT BY KOLANO                          181

1  restaurant where did you start walking to?

2  A.  We started walking towards the Ave.

3      Q.   When you say the Ave, what do you mean?

4  A.  Elizabeth Ave.

5      Q.   And where did you think you were going?

6  A.  To the store.

7      Q.   For what?

8  A.  Liquor.

9      Q.   And did there come a point in time where those plans

10 were changed or announced that there was a change in those

11 plans?

12 A.  Yes.

13     Q.   Please tell me about that.

14 A.  When we got like by I guess it was Seventh Street, over

15 there by the pharmacy, it was like Antwan Harvey was like he

16 wanted to go rob somebody, and he wanted us to be the lookout.

17     Q.   And did you agree to be the lookout?

18 A.  I didn't say nothing.  But I kept walking with him.

19     Q.   And Renee, what was her role at that point?

20 A.  She was the lookout, too.

21     Q.   And Marvin, what was his role?

22 A.  At the time he was, he didn't say nothing.

23     Q.   Did there come a point in time where Marvin did say

24 something?

25 A.  Yes.

APRIL DIGGS - DIRECT BY KOLANO                        182

1        Q.    Please tell us about that.

2    A.  Antwan said, Antwan stated that, he said that something

3    about busting somebody or something, and Marvin said I would do

4    it too, and Antwan gave Marvin the gun.

5        Q.    Where did this take place?

6    A.  Right there by the pharmacy.

7        Q.    Where was the pharmacy in relation to the Portuguese

8    American Liquor Store?

9    A.  Right across the street from, like a few feet away from it.

10       Q.    Did you see Antwan give Marvin the gun at that point?

11   A.  Yes.

12       Q.    Do you remember what color gun it was?

13   A.  It was a black gun.

14       Q.    Do you remember anything more about the gun?

15   A.  It was little.

16       Q.    Since that time, has anybody ever showed you any guns

17   to ask you if it was the gun or not?

18   A.  No.

19       Q.    I am going to show you what has been marked S-22 for

20   identification.

21       Open and clear.

22       Do you know if this was the gun or not?

23   A.  No.  That wasn't the gun.

24       Q.    It wasn't.  This first time you are seeing this?

25   A.  Yes.

APRIL DIGGS - DIRECT BY KOLANO                            183

1       Q.   How do you know this wasn't the gun?

2   A.   Because it had a black handle on it.

3       Q.   And this one has what color handle?

4   A.   Brown.

5       Q.   Do you know if that gun also had a revolver?

6   A.   No.

7       Q.   You don't know or it didn't?

8   A.   I don't know.

9       Q.   When Antwan said that he was going to or was prepared

10  to bust someone what did you know that to mean?

11  A.   That he was going to shoot somebody.

12      Q.   And what did Marvin say when Antwan --?

13  A.   He would do the same.

14      Q.   And that's when Antwan gave Marvin the gun?

15  A.   Yes.

16      Q.   How long did Marvin have the gun before the actual

17  shooting took place?

18  A.   About like two or three minutes.

19      Q.   Tell me what happened after Marvin got the gun after

20  indicating that he, too, would bust someone?

21  A.   A man was coming out of his house with the garbage, and

22  they both just -- Antwan ran first over there towards the man,

23  and Marvin followed.

24      Q.   And what were you doing at that time?

25  A.   I was walking towards the deadend street.

APRIL DIGGS -  DIRECT BY KOLANO                    184

1      Q.   And tell us everything that you saw, heard, and

2   remember from the point where Antwan ran to the guy and then

3   Marvin ran to the guy?

4   A.   Next I just heard gunshots, and I turned around, and Renee

5   was walking towards me, and she said, I asked her did Marvin

6   shoot that man and she --

7            MR. FLORCZAK:  Objection to what she was told.

8            MR. KOLANO:  At this point it could also be a

9   statement in furtherance.

10           THE COURT:  Let's just let's keep it in logical

11  sequence.  I suppose I think the question indicates what she

12  did.  I suppose the next question may very well touch upon what

13  you are saying, but I am not sure.

14     Q.   How many shots did you hear?

15  A.   One or two.

16     Q.   As Antwan and Marvin approached the man taking out the

17  garbage who had the gun?

18  A.   Marvin.

19     Q.   When you heard the shots, where were you standing?

20  A.   On the corner at a dead-end street.

21     Q.   And was that -- did you turn around when you heard the

22  shots?

23  A.   Yes.

24     Q.   When you turned around what did you see?

25  A.   I seen the man fall on the floor.  I seen them ran around

APRIL DIGGS - DIRECT BY KOLANO                    185

1    to the liquor store.

2        Q.    Did Renee say something, did you ask something of

3    Renee?

4    A.  Yes.  She came towards me, and I said, Did Marvin shoot

5    that man?  She said Yeah.  I said Where did he shoot the man?

6    She said In the chest.  I say the way he fell looked like he

7    got shot in the head.

8        Q.    And which direction did Marvin and Antwan run?

9    A.  Around the corner from the Chinese store.

10       Q.    Which direction did you leave?

11   A.  Down at that deadend street.

12       Q.    Was that in the same direction or opposite direction

13   as Antwan and Marvin?

14   A.  Opposite.

15       Q.    What direction did Renee go?

16   A.  The same with me.

17       Q.    Did you see after the shots, when Marvin and Antwan

18   ran, if either one of them had the gun?

19   A.  No, I didn't.

20       Q.    Was there talk of --

21       Did you know the man who was shot and killed?

22   A.  Not at the moment.  But after it was all done with.

23       Q.    But at that time you didn't know the man?

24   A.  No.

25       Q.    Did you have any beef with him then?

APRIL DIGGS -  DIRECT BY KOLANO                    186

1   A.   No.

2        Q.   Did anybody, Marvin or Antwan or Renee, express that

3   they had any beef or any animosity towards the man?

4   A.   No.

5        Q.   Do you know the reason why the man was shot?

6             MR. FLORCZAK:  Objection, your Honor.  Unless it's of

7   her own personal knowledge, we are speculating.

8             MR. KOLANO:  Part and parcel of conspiracy.

9             THE COURT:  Overruled.

10       Q.   If you know, do you know why the man was shot?

11  A.   No, I don't know.

12       Q.   What was the purpose of going to the man?

13  A.   To rob him.

14       Q.   And you were aware that he was going to be robbed?

15  A.   Yes.

16       Q.   But you pled guilty to your involvement in that

17  robbery?

18  A.   Yes.

19       Q.   I don't know if this was answered.

20       Did Renee express that she had any beef with this man?

21  A.   No.

22       Q.   To your knowledge did Renee know the man?

23  A.   Not that I know of.

24       Q.   Did Antwan express any animosity or beef with the man

25  who was shot?

APRIL DIGGS - DIRECT BY KOLANO                    187

1   A.  No.

2       Q.  Did Marvin express any beef or animosity towards the

3   man that was shot?

4   A.  No.

5       Q.  After the two men ran in one direction and you and

6   your cousin went in another direction where did you go?

7   A.  We went to Migdalia house.

8       Q.  And did you and Renee get there?

9   A.  Yes.

10      Q.  Did you see Marvin Mathis there?

11  A.  Yes.

12      Q.  Please tell me where you saw Marvin and what was said

13  between you and him?

14  A.  Marvin was coming down the stairs.  And I said to Marvin

15  Why did you shoot that man?  And Marvin stated because the man

16  grabbed him.

17      Q.  Is this the last conversation you had with Marvin

18  about this event?

19  A.  That day, yes.

20      Q.  Did you have another conversation with Marvin about

21  this event since that day?

22  A.  No.

23      Q.  Did you have any other conversations with Marvin about

24  this event?

25  A.  No.

APRIL DIGGS - DIRECT BY KOLANO                          188

1       Q.   When you were arrested, did you give a statement to

2   the police?

3   A.   Yes.

4       Q.   I am going to show you what has been marked S-46 for

5   identification, and ask you to look at it.

6       Do you recognize that?

7   A.   Yes.

8       Q.   Is this a copy of the statement that you gave to the

9   police?

10  A.   Yes.

11      Q.   And who is Darlene Doshier?

12  A.   My mother.

13      Q.   Was she present when you gave the statement to the

14  police?

15  A.   Yes.

16      Q.   And there are initials on the bottom of each of these

17  pages, AD, whose initials are AD?

18  A.   Mine.

19      Q.   You put them there?

20  A.   Yes.

21      Q.   And signature there that I am pointing to, whose is

22  that.

23  A.   Mine.

24      Q.   And signature below that?

25  A.   My mother's.

APRIL DIGGS - DIRECT BY KOLANO                    189

1      Q.   And this started at about twelve o'clock in the

2   afternoon?

3   A.   Yes.

4      Q.   On January 25th, 1996?

5   A.   Yes.

6      Q.   Did you know that the police were coming to arrest

7   you?

8   A.   No.

9      Q.   At the time of the shooting the police took you

10  immediately upon arrest to police headquarters?

11  A.   Yes.

12     Q.   Did they take you in a separate car from Renee?

13  A.   Yes.

14     Q.   Renee was arrested at the same time?

15  A.   Yes.

16     Q.   Where did Renee live in relationship to you?

17  A.   In the next court.

18     Q.   Pioneer Homes?

19  A.   Yes.

20     Q.   Were you and Renee permitted to be together when you

21  were at headquarters or were you kept separate?

22  A.   We were separate.

23     Q.   At the time of the shooting what kind of sneakers or

24  what kind of footware did you have on?

25  A.   Some pink Reebok.

APRIL DIGGS -  DIRECT BY KOLANO                    190

1      Q.   Did the police take them?

2    A.   Not that I know of.

3      Q.   Let me show you what has been marked S-30 for

4    identification.  Do you recognize these?

5    A.   Yes.

6      Q.   What are they?

7    A.   My pink Reeboks.

8      Q.   These are the ones you were wearing the night of the

9    shooting?

10   A.   Yes.

11     Q.   Do you remember what Renee was wearing?

12   A.   I know she had a Tommy Hilfiger jacket on, black jeans.

13     Q.   Do you remember what color the jacket was?

14   A.   Yes.  It was white red and blue.

15     Q.   Showing you what has been marked S-27 for

16   identification, and ask you to look at it.  Do you recognize

17   that?

18   A.   Yes.

19     Q.   What is that?

20   A.   Renee's jacket.

21     Q.   Was this what she was wearing at the time of the

22   robbery and shooting?

23   A.   Yes.

24     Q.   Did she -- Which way did she have it turned?

25   A.   Inside out.

APRIL DIGGS -   DIRECT BY KOLANO                    191

1      Q.   Do you remember what Antwan was wearing at the time of
2  the shooting?
3  A.   Blue Hilfiger jacket.
4      Q.   How did he have it turned?
5  A.   Inside out.
6      Q.   What color was showing?
7  A.   The yellow.
8      Q.   Showing you what is marked S-26 for identification, I
9  ask you to look at it.  Do you recognize that?
10 A.   Yes.
11     Q.   What is this?
12 A.   Marvin, I mean, excuse me, Antwan's jacket.
13     Q.   So he had it so that the gold was showing?
14 A.   Yes.
15     Q.   Or yellow.  Do you know why he had it so that the
16 yellow was showing?
17 A.   So just -- I don't know.
18     Q.   Do you know when he turned it inside out so that the
19 yellow was showing?
20 A.   No.
21     Q.   Do you remember what Marvin Mathis was wearing, what
22 kind of coat he had?
23 A.   He had First Down on.
24     Q.   What color, white or dark?
25 A.   Dark.

APRIL DIGGS - DIRECT BY KOLANO                    192

1       Q.    Showing you what is marked S-25 for identification.    I

2   ask you to look at it.   Do you recognize that?

3   A.   Yes.

4       Q.    And is this the jacket that Marvin had on that night?

5   A.   Yes.

6       Q.    And at that time it was black on the inside and

7   outside?

8   A.   Yes.

9       Q.    Which way was he wearing it?

10  A.   Regular.

11      Q.    Was there a ski mask involved?

12  A.   I don't remember.

13      Q.    I am going to show you what's marked S-28 for

14  identification.   I ask you to look at it and tell me whether or

15  not you recognize it, if you do?

16      Don't remember?

17  A.   No.

18          MR. KOLANO:   Your Honor, if I may, with the court's

19  indulgence for a moment.

20          THE COURT:   Yes.

21          (Pause).

22      Q.   Miss Diggs, if you would please step down.   Just stand

23  here.

24      Showing you what has been marked --

25      Stand here please.

APRIL DIGGS -  DIRECT BY KOLANO                    193

1      S-6 for identification, do you recognize that?

2  A.   Yes.

3      Q.   And what is that?

4  A.   Liquor store.

5      Q.   The jury has seen this picture.

6      If you would, please point out where you and Renee were

7  before you started to leave the scene.  Step on my side.  Just

8  point out, if you can.

9  A.   Right about here.

10      Q.   Is there an alley down that way?

11  A.   No.

12      Q.   Okay.  Where is the alley?

13  A.   You got to go back some more.

14      Q.   And you went back that way and down the alley?

15  A.   Still straight.  This is not the whole street.

16      Q.   Okay.  I am going to ask you to repeat that over here

17  for people over this end need to see it also.

18      Point out best you can on this picture where you were.

19      And you went over this way and down that way?

20  A.   Straight.

21      Q.   Straight?  Which way?  Show.

22  A.   Straight this way.

23      Q.   Now, would you point out which direction Antwan and

24  Marvin went?

25  A.   That way.

APRIL DIGGS -  DIRECT BY KOLANO                    194

1      Q.   And you are pointing to as the jury is looking at the
2  picture to the jury's right, to my left?
3  A.   Yes.
4      Q.   What store, what establishment is this here?
5  A.   Right next door Chinese store.
6      Q.   They ran towards Chinese store?
7  A.   Yes.
8      Q.   I am going to do this all over again so everyone on
9  this end can see.
10     Where was, which way did Marvin and Antwan go?
11 A.   This way.
12     Q.   Down on this side here?
13 A.   Yes.
14     Q.   And you were on this end?
15 A.   Yes.
16     Q.   You and Renee?
17 A.   Yes.
18     Q.   Where were you standing when the shots were actually
19 fired or the shot?
20 A.   Right at the corner of this house.
21     Q.   Actually on the street, though?
22 A.   Yes.
23     Q.   You hadn't turned down the alley yet?
24 A.   No.
25          MR. FLORCZAK:  What number was that?

APRIL DIGGS - DIRECT BY KOLANO                    195

1        MR. KOLANO:  That's S-6.

2        I am going to ask you to remain there, please.

3    Q.   You haven't seen this before, have you?

4    A.   No.

5    Q.   I am going to ask you to step over here to the side.

6    Take your time.  Take a look at it.  See if you recognize some

7    of the landmarks there or some of the names of the roads.

8    A.   This is East Jersey Street.

9    Q.   Is this, this is where it happened?

10   A.   Yes.

11   Q.   Okay.  As best you can, on this picture, would you

12   just use this pointer and show us where you and Renee went?

13   Use the pointer so the jury can see, please.

14   A.   Went by right here, went up alleyway.

15   Q.   Okay.  And then how did you end up at Third Street and

16   Migdalia's?

17   A.   We zigzag through blocks.  I don't remember.

18   Q.   Okay.  But at some point you ended up here at Third

19   Street at Migdalia's?

20   A.   Yes.

21   Q.   And which way on this diagram did the two men run?

22   A.   They ran this way.  By -- I don't know where the Chinese

23   store is, but around the corner from that Chinese store.

24   Q.   Was the Chinese store also on East Jersey Street?

25   A.   Yes.

APRIL DIGGS -  DIRECT BY KOLANO                        196

1        Q.    And was that intersected by Seventh Street?

2   A.   Yes.

3        Q.    And in fact when you had come up to the store, did you

4   come up Seventh and make the left on to East Jersey?

5   A.   Yes.

6        Q.    You can return to your seat.

7        Was there an establishment on the street as landmark as to

8   where the gun was handed off from Antwan to Marvin?

9   A.   Excuse me?

10       Q.    Was there a pharmacy anywhere in the neighborhood?

11  A.   Yes.

12       Q.    Where was the pharmacy in relationship to where Antwan

13  gave Marvin the gun?

14  A.   In the beginning of the pharmacy, in the back, by the

15  parking lot.

16       Q.    And where was the pharmacy in relationship to the

17  liquor store where the man was shot?

18  A.   Right across the street.

19       Q.    And the statement that you gave to the police when you

20  were arrested on the 25th, who did you say was the person who

21  shot the gun?

22  A.   Marvin Mathis.

23       Q.    When you pled guilty, who did you say it was that shot

24  the gun?

25  A.   Marvin Mathis.

APRIL DIGGS - DIRECT BY KOLANO                    197

1    Q.   Who is it who shot the gun to your knowledge?

2  A.   Marvin Mathis.

3    Q.   And it was Antwan's idea to do the robbery initially.

4    Whose idea was it to do a robbery initially?

5  A.   I don't remember.

6         MR. KOLANO:  Nothing further.

7         THE COURT:  We will take a briefer recess at this

8  point before the cross examination.

9         Ladies and gentlemen, I want to remind you not to

10 engage in any discussions regarding the case.

11        You are free during this recess to leave the

12 courtroom.  When you return in, make it no more than fifteen

13 minutes, assemble inside the jury room.

14        (Jury withdrew from the courtroom.)

15        (Short Recess).

16        THE COURT:  Please bring out the jurors.

17        (Jury seated in the jury box in the courtroom.)

18        THE COURT:  Mr. Florczak, cross examination.

19        MR. FLORCZAK:  Thank you.

20 CROSS EXAMINATION BY MR. FLORCZAK:

21   Q.   Miss Diggs, you pleaded guilty to aiding and abetting

22 a first degree robbery, is that correct?

23 A.   Yes.

24   Q.   And as a result you are to be sentenced in the future?

25 A.   Yes.

APRIL DIGGS - CROSS BY FLORCZAK                    198

1        Q.   You haven't been sentenced yet?

2    A.   No.

3        Q.   Part of the agreement is to wait and see what you say

4    today and at the next trial before they give you your sentence,

5    is that true?

6    A.   It's a plea agreement.

7        Q.   Your plea agreement is that you are not to be

8    sentenced until after you testify in these two cases?

9    A.   Yes.

10       Q.   If your testimony is satisfactory then you will

11   receive a sentence of fifteen years with up to five year parole

12   disqualifier?

13            MR. KOLANO:  Objection, your Honor.

14            It's truthful, not satisfactory.

15            THE COURT:  I will sustain the objection.

16            If you will, rephrase the question.

17       Q.   The sentence you are to receive is fifteen years with

18   a five year parole disqualifier, is that correct?

19   A.   Yes.

20       Q.   Now, when you gave your statement didn't you in effect

21   say you didn't do anything?

22   A.   Yes.

23       Q.   Is that true?

24   A.   I was the lookout.

25       Q.   Didn't you say in your statement that you didn't look

APRIL DIGGS - CROSS BY FLORCZAK                          199

1   out?

2   A.   I don't remember.

3        Q.    Do you have the statement up there?

4   A.   No.

5        Q.    Okay.   You have a copy, right?

6        And I refer you to page five.   First let me ask you if you

7   recognize this document.   Does it contain your signature?

8   A.   Yes.

9        Q.    Do you recognize this?

10  A.   Yes.

11       Q.    Do you remember being asked down here:

12       So when this robbery came down did all four of you

13  voluntarily participate?

14       Remember being asked that?

15  A.   Yes.

16       Q.    And you answered:   I didn't know the man was going to

17  get shot.   I told them I wasn't going to participate.   That's

18  why I was walking ahead of them.

19  A.   Yes.

20       Q.    Did you say that?

21  A.   Yes.

22       Q.    Was that true?

23  A.   Yes.

24       Q.    So you didn't intend to participate?

25  A.   I don't get what you are saying.

APRIL DIGGS - CROSS BY FLORCZAK                    200

1     Q.   Let me ask you another question.

2     Did you actually look out?

3  A.  Not really.

4     Q.   And isn't it true the reason you pled guilty was

5  because they were dismissing a charge of felony murder for

6  which you could get life with up to thirty years without

7  parole?

8  A.  Yes.

9     Q.   That's why you pled guilty?

10 A.  Yes.

11    Q.   Now, you met up with them, with the two young men, at

12 what time?

13 A.  At the Chinese store.

14    Q.   Do you remember what time?

15 A.  About nine or something like that.

16    Q.   Okay.  If your statement said 9:45, would that be

17 close?

18 A.  Yes.

19    Q.   Now, did you go in at that time, when you met up with

20 them, did you go into the apartment of Migdalia Hernandez?

21 A.  Not at that time.  No.

22    Q.   Did your sister, was your sister with you?

23 A.  My cousin, yes, she was.

24    Q.   I am sorry.  Your cousin Renee, was she with you?

25 A.  Yes.

APRIL DIGGS - CROSS BY FLORCZAK                    201

1      Q.   Did she at any time leave you at the apartment at that

2   time?

3   A.   Not that I know of.

4      Q.   Well, you know whether she left you?

5   A.   No.  She walked out to talk to Antwan, probably, or

6   whatever he was doing, for a minute or two.

7      Q.   Where?

8   A.   Outside of the Chinese restaurant.

9      Q.   Okay.  And at the Chinese restaurant it was decided

10   that you guys would walk towards Elizabeth Avenue?

11   A.   We were going, yes.

12      Q.   And did you tell them to wait until you got your -- ?

13   A.   Chicken wings.

14      Q.   Before you left, and did you get your chicken wings?

15   A.   Yes.

16      Q.   As you are walking towards Elizabeth Avenue, is that

17   what you were doing?

18   A.   Yes.

19      Q.   You start to walk towards Elizabeth Avenue?

20   A.   Yes.

21      Q.   Did Antwan or anyone else chase any other people

22   besides what ended up happening here?

23   A.   No, not that I know of.

24      Q.   Two Hispanic men didn't get chased down the street, as

25   far as you remember?

APRIL DIGGS - CROSS BY FLORCZAK                      202

1   A.   No.

2        Q.   Did anybody talk about robbing the deli?

3   A.   No.

4        Q.   So you didn't hear Marvin say Don't do it, Don't rob

5   the deli?

6   A.   No.

7        Q.   Okay.  Now, when you guys were walking down the

8   street, did at any point Antwan pull out the gun and start

9   waving it around acting crazy?

10  A.   Not that I remember.

11       Q.   Well, at any time while you are walking down the

12  street did he pull out the gun at all?

13  A.   Only when he was passing to Marvin.

14       Q.   And where was that?

15  A.   By the pharmacy.

16       Q.   And this was after Antwan said he was going to bust

17  someone?

18  A.   Few minutes.  Yes.  Couple of minutes before that.

19       Q.   This is before Antwan said he was going to bust

20  someone that he gave him the gun or after?

21  A.   He said he would bust somebody, and Marvin said that he

22  will bust somebody too; and that's when he was like Here, and

23  he gave Marvin the gun.

24       Q.   So how old was Antwan, do you recall?

25  A.   I have no idea how old he was.

APRIL DIGGS - CROSS BY FLORCZAK                              203

1        Q.   He was older than Marvin?

2   A.   Yes.

3        Q.   And he just gave up the gun?

4   A.   Yes.

5        Q.   After this all happened did all, did you guys meet

6   back somewhere?

7   A.   Yes.

8        Q.   Then at that time did Antwan tell you to say that

9   Marvin was the guy who shot the gun?

10  A.   No.

11       Q.   Next day he didn't tell you that?

12  A.   No.

13       Q.   Did you see him the next day?

14  A.   No, I didn't.

15       Q.   What about the day after?

16  A.   Maybe the day after I seen him walking through.

17       Q.   And what about Renee, were you with her during those

18  couple of days?

19  A.   Yes.

20       Q.   Before you got arrested?

21  A.   Yes, I was.

22       Q.   Were you aware that Marvin had gotten arrested?

23  A.   Yes, I was.

24       Q.   How did you learn about Marvin being arrested?

25  A.   His girlfriend told me.

APRIL DIGGS - CROSS BY FLORCZAK                                204

1      Q.   What did his girlfriend tell you?

2   A.  That Marvin turn his self in the school.

3      Q.   When did she tell you that?

4   A.  Like at nighttime, it was about, nighttime, dark time.

5      Q.   Now, this, this shooting you were walking away when it

6   occurred, right?

7   A.  Yes, I was.

8      Q.   So you weren't going to help in any way?

9   A.  No.

10     Q.   And as you were walking away you heard a shot or two

11  shots, one or two?

12  A.  Yes.

13     Q.   So at that point you weren't looking where the shots

14  were coming from.  You turned around after you heard the shots?

15  A.  Yes.

16     Q.   You didn't see the shots fired?

17  A.  No.

18     Q.   It was your, Renee ran up to you and said Marvin shot

19  him, isn't that true?

20  A.  Yes.

21     Q.   Now, after the man was down, you saw Marvin and Antwan

22  take off and run?

23  A.  Yes.

24     Q.   You didn't see them going through his pockets, did

25  you?

APRIL DIGGS - CROSS BY FLORCZAK                    205

1   A.   No.

2        Q.   In fact did you see somebody going through his

3   pockets?

4   A.   Yes.

5        Q.   And after they had ran off you saw a man standing over

6   the victim, isn't that true?

7   A.   Yes.

8        Q.   Do you know who that man was?

9   A.   Jamaica.

10       Q.   So you know him from the neighborhood?

11  A.   Yeah.   I seen him a couple of times.

12       Q.   You saw him go through the man's pockets?

13  A.   Yes.

14       Q.   Did you see what he did then?

15  A.   No.   We started walking.

16       Q.   Who?

17  A.   Me and my cousin Renee.

18       Q.   And when you gave the statement to the police on

19  January 5th, 19', January 25th, 1996, you told the police that

20  Jamaica had gone through his pockets after, while he was lying

21  on the ground?

22  A.   Yes.

23       Q.   Now, during this whole, while you guys were walking

24  down the street nobody was wearing any kind of masks, were

25  they?

APRIL DIGGS - CROSS BY FLORCZAK                      206

1   A.   I don't remember.

2        Q.   Did you see any mask?

3   A.   I don't remember.

4        Q.   Do you remember seeing people's faces while you are

5   walking with them?

6   A.   While I was walking with who?

7        Q.   You were walking with Marvin Mathis and Antwan Harvey?

8   A.   Yes.

9        Q.   And Renee?

10  A.   Yes.

11       Q.   Do you remember anybody wearing a mask?

12  A.   No, I don't remember.

13       Q.   Now, after you were arrested you were taken to Union

14  County detention center?

15  A.   Yes.

16       Q.   Did you, at the detention center did you talk to

17  anyone about this incident?

18  A.   Yeah, it was few people asking me questions.

19       Q.   Did you talk to Miss Garcia?

20  A.   The social worker?

21       Q.   Yes.

22  A.   Yes.

23       Q.   Didn't you in fact tell her that Marvin didn't shoot

24  anyone, that it was Antwan?

25  A.   I don't recall saying that.

1    Q.   Well, do you know whether you said that or not?

2  A.   No.

3    Q.   You -- ?

4  A.   I doubt if I said that.

5    Q.   After this incident where did you see Marvin and

6  Antwan again that night?  After you ran in different direction

7  with Renee where did you meet up with them?

8  A.   At Migdalia's house.

9    Q.   Did you go into the house?

10  A.   Yes.

11    Q.   All four of you go in?

12  A.   No.  They was already there.

13    Q.   How much later did you -- well?

14  A.   I don't know.

15    Q.   All right.  I am sorry I asked.

16    They were already seated or in the apartment when you and

17  Renee got there?

18  A.   Antwan was in there, Marvin was coming down the stairs,

19  when me and Renee came.

20    Q.   Antwan was leaving -- I am sorry.  Marvin was leaving,

21  and you were going up?

22  A.   Yes.

23    Q.   So that when you went up to the apartment there was

24  just Antwan there along with perhaps Steve and Migdalia?

25  A.   Yes.

APRIL DIGGS - CROSS BY FLORCZAK                    208

1       Q.   And Marvin had left?

2    A.   He was on the stairs talking, the stairway.

3       Q.   How long were you walking before you got to, from

4    the -- strike that.

5       Where is this Chinese store you met them at, where is it

6    located?

7    A.   Right on Third Street across the street from Migdalia's

8    house.

9       Q.   How long were you walking before you got to Seventh

10   and East Jersey?

11   A.   I don't know.  I didn't have no watch on.

12      Q.   While you were walking, how long was it before you

13   were aware that Antwan had a gun?

14   A.   I don't know.

15      Q.   During this walk did Antwan ever threaten to shoot

16   some cops?

17   A.   No.  Only he said that one time that he was going to bust

18   somebody.

19      Q.   Do you know whether or not that meant rob or whether

20   it meant -- ?

21   A.   He --

22      Q.   -- shoot?

23   A.   He said if there was resistance he would bust them.

24      Q.   If they resisted he would bust them?

25   A.   Yes.

APRIL DIGGS - CROSS BY FLORCZAK                    209

1        Q.    That's what Antwan said?

2    A.   And that's when Marvin said, I would do the same.

3        Q.    And this was at Seventh and East Jersey, is that

4    correct?

5    A.   By the pharmacy.  Yes.

6        Q.    And at that time Antwan ran up toward the man alone?

7    A.   First.

8        Q.    Initially, at first?

9    A.   Yes.

10       Q.    Without any gun?

11   A.   Without no gun.

12       Q.    Before you gave your statement to the police, how long

13   were you at the police station, do you know, do you know what

14   time you were arrested?

15   A.   It was in the morning, early in the morning.

16       Q.    Did they tell you how they came to arrest you?

17   A.   They just said I have a warrant for April Diggs homicide.

18       Q.    Did they tell you where they got the information from?

19   A.   They didn't say none of that.

20       Q.    Now, how long do you say you had known Marvin?

21   A.   About like two years.

22       Q.    How long had you known Antwan?

23   A.   Couple of months.

24       Q.    And where did you meet Antwan?

25   A.   On Third Street.

APRIL DIGGS - CROSS BY FLORCZAK                    210

1    Q.    No.  I mean for the first time, before this happened.

2    You said you knew him for couple of months when this happened.

3    Do you remember where you first met him?

4    A.    No.

5        Q.    Did you see him at Miss Hernandez' apartment a lot?

6    A.    Yeah.

7        Q.    He was there almost every day, wasn't he, as far as

8    you recall, or at least when you went?

9    A.    Yes.

10       Q.    Now, when you first saw this man, the man who was

11   shot, where was he and where were you?

12   A.    Excuse me?

13       Q.    When you first saw the man who owned the liquor store

14   who was shot what were you doing when you first saw him?

15   A.    We was walking.  They ran up to him, towards him.

16       Q.    You were walking?

17   A.    Yes.

18       Q.    And what was the man doing?

19   A.    Bringing out garbage bag, his garbage, I guess.

20       Q.    At that point what happened?

21   A.    Antwan ran up to the man.

22       Q.    Was anything said, anybody say anything?

23   A.    Yes.  Antwan, Antwan was like We are going to get him right

24   there.

25       Q.    And he ran up to him?

APRIL DIGGS - CROSS BY FLORCZAK                    211

1   A.   Yes.

2        Q.   Prior to that, there had been no talk specifically

3   about robbing this particular man?

4   A.   No, not that particular man.

5             MR. FLORCZAK:   One second, your Honor.   (Pause)

6        Q.   In fact, it was Antwan who brought up robbing someone,

7   isn't that true?

8   A.   Excuse me?

9        Q.   Wasn't it Antwan who brought up robbing someone?

10  A.   Yes.

11       Q.   In fact it was Antwan who told you that we are not

12  going to the store, we are going to rob someone; isn't that

13  true?

14  A.   Yes.

15       Q.   That's what you told the police back in January 25th,

16  isn't that true?

17  A.   Yes.

18       Q.   When first Antwan and then Marvin ran over to the man

19  you didn't hear anything said, did you?

20  A.   No.

21       Q.   You just kept on walking away?

22  A.   Yes.

23       Q.   Now, the prosecutor showed you a picture, S-6, now,

24  and he asked you to show where you were when the shot was

25  fired?

1   A.   I was back there.

2        Q.   Were you beyond, were you someplace in the picture or

3   just beyond the picture?

4   A.   Little bit beyond the picture.

5        Q.   So where you were is not shown in the picture?

6   A.   No.

7        Q.   You were a little further away?

8   A.   Yes.

9        Q.   And in fact when it was mentioned that there might be

10  a robbing, a robbery, didn't you tell the police on January

11  25th that they said only maybe twice, do you recall that

12  phrase?

13  A.   Excuse me?  I didn't hear the last part.

14       Q.   You were asked while you were walking up the Avenue

15  how many times did you discuss robbing someone.  They said only

16  maybe twice.  Do you remember saying that?

17  A.   No.

18       Q.   Okay.

19       MR. FLORCZAK:  I have nothing further.  Thank you.

20       THE COURT:  Mr. Kolano.

21  REDIRECT EXAMINATION BY MR. KOLANO:

22       Q.   Mr. Florczak asked you some questions about pleading

23  guilty, do you recall that?

24  A.   Yes.

25       Q.   And you had an attorney, is that correct?

APRIL DIGGS - REDIRECT BY KOLANO                          213

1    A.   Yes.

2         Q.   And your attorney advised you as to the legality of

3    what you had said in your statement?

4    A.   Yes.

5         Q.   And you discussed that with him prior to pleading

6    guilty?

7    A.   Yes.

8         Q.   And you told the judge more than simply I am guilty.

9    Is that correct?

10   A.   Yes.

11        Q.   In fact the judge asked, a different judge asked you a

12   lot of questions; do you recall that?

13   A.   Yes.

14        Q.   And he had to hear the words out of your own mouth

15   before the judge would decide whether or not to accept your

16   plea?

17   A.   Yes.

18        Q.   And from your transcript, page six, the judge, Judge

19   Barisonek asked you:

20        All right.  January 22nd, 1996, in Elizabeth, who were you

21   with and involved in this armed robbery of Antonio Saraiva, who

22   was with you?

23        And you answered:  Myself, Marvin, Antwan, and Renee; is

24   that right?

25   A.   Yes.

APRIL DIGGS - REDIRECT BY KOLANO                    214

1       Q.   You just fill in all the last names.

2   A.   Yes.

3       Q.   And the judge asked you another question:

4   And in fact who approached this individual on the street or

5   in the house?

6            "Answer:  Marvin and Antwan."

7   A.   Yes.

8       Q.   That's what you told the judge?

9   A.   Yes.

10       Q.   And that was true?

11  A.   Yes.

12       Q.   And the judge asked you the question:

13  And all of you shared the purpose that they were going to

14  go up and in fact commit a robbery by using a gun and

15  threatening this person to get his personal properties?

16  And you answered Yes to the judge's question?

17  A.   Yes.

18       Q.   Question, again by the judge:  And all of you knew in

19  fact -- who had the gun actually?

20            "Answer:  Marvin."

21     Is that accurate?

22  A.   Yes.

23       Q.   That's what you told the judge?

24  A.   Yes.

25       Q.   And the judge asked you another question, and have a

APRIL DIGGS - REDIRECT BY KOLANO                    215

1   purpose -- well -- start, higher up on page eight, counsel.

2        And did he in fact do that, go up and threaten the

3   individual with the gun?

4             "Answer:  Yes.

5             "Question:  And have a purpose of getting that

6   individual's money and or jewelry?

7             "Answer:  Yes."

8        Did I read that accurately?

9   A.   Yes.

10       Q.   And those were the questions the judge asked you and

11  the answers that you gave in pleading guilty?

12  A.   Yes.

13       Q.   And then assistant prosecutor Susan Mac Mullan asked

14  you some questions.  The judge invited her to ask questions and

15  she did?

16  A.   Yes.

17       Q.   Does she say:

18            "Question:  Isn't it true that right before Marvin

19  and Antwan approached Tony, Antonio Saraiva, owner of the

20  American Portuguese store on East Jersey Street is it true that

21  before that Antwan Harvey gave Marvin Mathis the gun; isn't

22  that true?

23            "Answer:  Yes."

24  A.   Yes.

25       Q.   "Question:  And isn't it true that Marvin Mathis is

APRIL DIGGS – REDIRECT BY KOLANO                    216

1  the one who shot the vitim Antonio Saraiva during the robbery

2  attempt?

3  "Answer:  Yes."

4  A.  Yes.

5  Q.  And you had your attorney present during that entire

6  proceeding?

7  A.  Yes.

8  Q.  And except for those last two questions that I said

9  were asked by assistant prosecutor Mac Mullan it was the judge

10  who was asking all the questions of you?

11  A.  Yes.

12  Q.  Your attorney told you you had to be truthful in

13  talking to the judge?

14  A.  Yes.

15  Q.  Were you truthful?

16  A.  Yes.

17  Q.  And right from the beginning on the day you were

18  arrested you gave the statement to the police that we talked

19  about?

20  A.  Yes.

21  MR. KOLANO:  Counsel, do you have that statement?

22  A.  Right here.

23  Q.  Please turn to the second page.

24  And I am on page two, counsel.

25  Question that says:  Where did you go from the Chinese

APRIL DIGGS - REDIRECT BY KOLANO                    217

1   restaurant?

2        Then I am going down a few lines, it says:  Antwan said we

3   are not going to the store; I am going to tell you the truth,

4   we are going to rob somebody.  And then he said, You all don't

5   have to do nothing, just watch out for the cops.

6        Did I read that accurately?

7   A.   Yes.

8        Q.   And then down further, says:  Then we was walking

9   home, and then we stopped at this place where Marvin and Antwan

10  be at, and I asked Marvin Why did you shoot him?  And he said

11  he grabbed him.

12       When we was walking Antwan said I am just going bust them

13  if they resist, and Marvin said I will do it, too.  And Antwan

14  said, Do you want me to give you the gun, and he said Yeah.

15  Okay.

16            "Question:  At that time did Antwan give Marvin the

17  gun?

18            "Answer:  Yeah.

19            "Question:  Where were you at when he gave him the

20  gun?

21            "Answer:  Getting ready to turn on Seventh Street by

22  the liquor store."

23       Is that what you told the police?

24  A.   Yes.

25       Q.   Was that true at that time?

APRIL DIGGS - REDIRECT BY KOLANO                    218

1   A.   Yes.

2        Q.   Now, later on, couple of lines down:

3             "Question:  Who wanted to rob the guy putting out

4   the garbage?

5             "Answer:  They both just ran over there."

6        Did I read that accurately?

7   A.   Yes.

8        Q.   And when you say they both just ran over there, which

9   two people are you talking about?

10  A.   Marvin and Antwan.

11       Q.   So you told the police that right from the get-go?

12  A.   Yes.

13       Q.   On the next page, question over here:  What was

14  discussed?

15            "Answer:  Marvin said he tried to grab me.  And

16  Renee said that the man owned the liquor store.

17            "Marvin said he was going to turn himself in, and

18  Antwan said don't mention my name."

19       Is that accurate?

20  A.   Yes.

21       Q.   So it was Marvin who first mentioned at Migdalia's

22  house or on steps of Migdalia's house that he was going to turn

23  himself in?

24  A.   Yes.

25       Q.   On the next page:  While you were walking up the

APRIL DIGGS - REDIRECT BY KOLANO                     219

1    Avenue how many times did you discuss robbing someone?

2              "Answer:  They only said maybe twice.  As long as

3    you don't rob anyone that I know, and I am not participating.

4    And they said, We don't want you to do anything, just watch out

5    for the cops."

6              Did I read that accurately?

7    A.  Yes.

8         Q.   Who was the They that said they don't want you to do

9    anything, just watch out for the cops?

10   A.  Antwan and Marvin.

11        Q.   So twice, at least twice to your knowledge robbery was

12   discussed?

13   A.  Yes.

14        Q.   Now, were you all four together the entire time?  And

15   when I say together, together to the point where you could hear

16   every conversation between everyone?

17   A.  We was walking like couple of feet back of them.

18        Q.   When you say We were walking behind, who are you

19   talking about?

20   A.  Me and Renee my cousin.

21        Q.   Could Antwan and Marvin have had conversations that

22   you didn't hear?

23   A.  Maybe.

24        MR. FLORCZAK:  Objection.  Calls for speculation on

25   the part of the witness.

APRIL DIGGS – REDIRECT BY KOLANO                    220

1       THE COURT:  Yes, sustained.  If she didn't hear it how

2   would she know she wasn't hearing?

3       Q.   During the time that they were together did you hear

4   them talking?

5   A.  Yes.

6       Q.   Did you listen and pay attention to all the details of

7   what they were talking about?

8   A.  Yes.

9       Q.   How far away were you behind them?

10  A.  When they started talking about the robbery we was up like

11  a little bit behind them.

12      Q.   Okay.  And what about before, after you left, after

13  you got your chicken wings and four of you started taking your

14  walk did you stay a constant distance behind them?

15  A.  No.  We was right behind about a couple of feet behind

16  them.

17      Q.   Were you and Renee talking?

18  A.  Yeah.

19      Q.   Were you able to listen in on any conversation that

20  Antwan and Marvin were having while you and Renee were having

21  your conversation?

22  A.  Yes.

23      Q.   Were you at Migdalia's earlier that day, if you

24  remember?

25  A.  I don't think so.

APRIL DIGGS - REDIRECT BY KOLANO                                221

1     Q.    You are not sure?

2   A.   No, I am not sure.

3           MR. KOLANO:   Thank you.   Nothing further.

4           MR. FLORCZAK:   One or two questions, your Honor.

5   RECROSS EXAMINATION BY MR. FLORCZAK:

6     Q.    When you pled guilty the court told you you had to

7   give them factual basis, you had to tell them what you did;

8   isn't that true?

9   A.   Yes.

10    Q.    Now, if you recall what the prosecutor has asked you

11  in explaining what you did, other than giving persons' names

12  and saying Yes, did you say anything when you pled guilty as to

13  what you did?   In other words, other than saying Yes, agreeing

14  to whatever was asked of you, did you tell the judge anything

15  that you did?

16  A.   I told him that I was a lookout.

17    Q.    Where does it say that?

18  Did they ask you if you are a lookout and you said Yes?

19  A.   They was asking questions, I was answering them.

20    Q.    And you would answer in a form of Yes?

21  A.   Yes.   Yes.

22    Q.    Than in fact you said Yes at least a dozen times,

23  isn't that true?

24  A.   Yes.

25          MR. FLORCZAK:   That's all I have.

- APRIL DIGGS -                                    222

1          MR. KOLANO:  Just like Mr. Florczak is asking you

2    questions where he suggests an answer and you simply say Yes or

3    No, yes?

4          THE WITNESS:  Yes.

5    RECROSS EXAMINATION BY MR. FLORCZAK:

6          What you told me is the truth, what you just told me?

7    A.  Pertaining to what?  Pertaining to what?

8    Q.   Let's go over each one of these and see if --

9         Backwards, let's start the last page.  Do you recognize

10   this, this is a transcript of your?

11   A.  -- plea agreement.

12   Q.   Plea.  Okay.  Do you remember being asked:  And isn't

13   it true that Marvin Mathis is the one that shot Tony the victim

14   during the robbery attempt?

15        And the answer:  Yes.

16   A.  Yes.

17   Q.   Now, you remember, Isn't it true, April Diggs, isn't

18   it true that right before Marvin and Antwan approached Tony,

19   Antonio Seravia, the owner of the American Portuguese liquor

20   store on East Jersey Street, isn't it true that before that

21   Antwan Harvey gave Marvin Mathis the gun; isn't that true?

22   A.  Yes.

23   Q.   And you answered yes.  Have you any -- and do you

24   recall being asked:  And did you, did he in fact do that, go up

25   and threaten the individual with the gun?

- APRIL DIGGS -                                    223

1    A.   Yes.

2         Q.   And you answered:  Yes.

3         And have a purpose of getting that individual's money and

4    or jewelry?

5         And the answer was -- ?

6    A.   Yes.

7         Q.   So they, the person asking the question in each and

8    every case stated the facts and you simply said Yes?

9    A.   Yes.

10        Q.   And that's true?

11   A.   Yes.

12             MR. FLORCZAK:  Thank you.

13             MR. KOLANO:  Nothing further.

14             THE COURT:  All right.  Ladies and gentlemen, we have

15   come to the conclusion of the proceedings for today.  As I

16   mentioned to you when we started the trial, there was going to

17   be an interruption in the trial while the court attended to

18   other business, both tomorrow and on Monday of next week.

19             So the trial is recessed, then, for a four day period.

20   That will be tomorrow, Friday, of course, Saturday and Sunday

21   the courthouse will be closed, Monday other business, and the

22   case will resume, this trial will resume at nine o'clock on

23   Tuesday morning.

24             Throughout that period my instruction that you not

25   engage in any discussions regarding the case with other members

224

1    of the jury, with anybody else, still applies.

2          My instruction that you not have any contact with

3    anybody directly connected with the case still applies.

4          And the instruction that you not read anything about

5    the case, if there should happen to be something in the paper,

6    that also still applies.

7          I am going to dismiss you to the jury room.   Collect

8    your personal belongings, and then following our usual

9    procedure let's wait until one of the officers excuses you for

10   the weekend.

11         It is not necessary for you to call anybody and check

12   in either tomorrow or Monday.   Everyone in the jury management

13   and the court knows that you are not expected to be here so you

14   don't have to check in with anyone.

15         And when you do come in just report directly on

16   Tuesday as you did today, report directly to the courtroom and

17   assemble inside the jury room.

18         All right.   You are excused now to the jury room.

19         And wait for the officer.

20         (Jury withdrew from the courtroom.)

21         (PROCEEDINGS TERMINATED FOR THE DAY)

22

23

24

25

225

1

2

3                    C E R T I F I C A T E

4

5

6          I, B. PETER SLUSAREK, C.S.R., License No.  XI00291,

7    an Official Court Reporter of the State of New Jersey, do

8    hereby certify the foregoing to be prepared in full compliance

9    with the current Transcript Format for Judicial Proceedings and

10   is a true and accurate non-compressed transcript to the best of

11   my knowledge and ability.

12

13

14

15   _____         Date: March _13_ 1999.

16   B. PETER SLUSAREK, C.S.R., XI00291

17   Official Court Reporter

18   Union County Courthouse,

19   Elizabeth, New Jersey,

20

21

22

23

24

25