MARVIN MATHIS - CROSS BY KOLANO                    78

1    Q.   "Question:  Do you have that number written down
2    anywhere?
3         "Answer:  Yeah, in my bag at home."
4    Is that true?
5    A.   Yes.
6    Q.   "Question:  Do you have any objection, keeping your
7    constitutional rights in mind, that this detective and members
8    of the Elizabeth Police Department recover the pager number
9    from the plastic bag and recover the pants you were wearing at
10   the time of this homicide?"
11        "Answer:  No objection."
12   Is that accurate?
13   A.   Yes.
14   Q.   And are those the words you told the police?
15   A.   Yes.
16   Q.   Now, you would agree with me in this nine page
17   statement, nowhere in this statement does it mention they want
18   to go to your house to look for a gun?
19   A.   They asked me that.  Doesn't say there, but they asked me.
20   They asked my mother did she ever see me with a gun or
21   anything.  Then the detective asked Do you keep a gun in the
22   house?  She said no, she never seen me with a gun.
23   Q.   Now, at this point in time, by the way, your mother is
24   in, in this interview while you are telling all of these lies,
25   right?

MARVIN MATHIS - CROSS BY KOLANO                    79

1   A.   Yes.

2        Q.   And at this point in time they give you that form, and

3   your mother leaves and goes and gets your pants and look for

4   the beeper number?

5   A.   Phone?

6        Q.   At this point in time is that when your mother leaves

7   to go to your house?

8   A.   Yes.   That's when she went over with detective.

9        Q.   Police left you in a room and had you look through a

10  lot of books to see if you can find picture of Antwan?

11  A.   Yes.

12       Q.   Nobody mistreated you during that time, right?

13  A.   No.

14       Q.   You heard Detective Koczur testify to that, right?

15  A.   Yes.

16       Q.   So on that point you would agree with his testimony

17  that they left you alone to look at some pictures?

18  A.   Yes.

19       Q.   And then there came a point in time where your mother

20  came back, and the police talked to you again, right?

21  A.   Yes, that's when they came back with this bag, you know, my

22  bag and pants I had on.

23       Q.   And again the police gave you your rights, read your

24  rights to you again?

25  A.   Yes.

MARVIN MATHIS - CROSS BY KOLANO                    80

1    Q.   And again you signed each of, you initialed each of

2    them and signed your rights, right?

3    A.   Yes.

4    Q.   And at that point the police said that they think you

5    are lying, right?

6    A.   Yes.

7    Q.   And they told you that if you know anything, please

8    tell them the truth, right?

9    A.   Yes.

10   Q.   And at this point --

11   A.   That's when he asked, you know, want to talk to your son in

12   private -- and he step out the room.  That's when my mother

13   said if you know something please tell them.

14   Q.   So at this point your mother says please tell them the

15   truth if you know it?

16   A.   Yes.

17   Q.   And at this point at your mother's urging you say,

18   okay, now I will tell you the truth, the whole truth, and

19   nothing but the truth?

20   A.   Yes.

21   Q.   And you give the second statement.  And I think what

22   you told in your second statement that is the truth?

23   A.   Yes.

24   Q.   Now, you know April Diggs about two years right, or at

25   that time you knew her two years?

MARVIN MATHIS - CROSS BY KOLANO                    81

1    A.   Yes.

2         Q.   And you knew Renee Diggs couple of months?

3    A.   Yes.

4         Q.   And you knew Antwan about six years?

5    A.   Six or five years.

6         Q.   And April never did anything to hurt you before this

7    day, right?

8    A.   No.

9         Q.   Renee never did anything to hurt you before this day?

10   A.   No.

11        Q.   I am going to give you S-4, which is your second

12   statement.

13        And actually I guess first thing I should do, point out

14   that your initials are on the bottom page here?

15   A.   Yes.

16        Q.   And on the next page your initials on the bottom?

17   A.   Yes.

18        Q.   And on the next page your initials on the bottom?

19   A.   Yes.

20        Q.   And on the next page your initial are on the bottom?

21   A.   Yes.

22        Q.   And on the next page your initials are on the bottom?

23   A.   Yes.

24        Q.   And on the next page your initials are on the bottom?

25   A.   Yes.   But that's --

MARVIN MATHIS - CROSS BY KOLANO                    82

1        Q.    Your initials where I am pointing to?

2   A.   See, that's not my handwriting right there.

3        Q.    You picked that out?

4   A.   Yes, I spot it yesterday.

5        Q.    Next page your initials are on the bottom?

6   A.   Yes.

7        Q.    And next page your initials are on the bottom?

8   A.   Yes.

9        Q.    Last page is your signature, right?

10  A.   My signature and my mother's signature.

11       Q.    Okay.  And this is the statement that you swore is the

12  truth, right?

13  A.   Yes.

14       Q.    And you took an oath that it was the truth just like

15  the oath you took before you got on this witness stand, right?

16  A.   Yes.

17       Q.    I swear that everything in this statement is the

18  truth, the whole truth, and nothing but the truth?

19  A.   Yes.

20       Q.    Now, I am going to turn to page six, because that is

21  the only place that your initials appear twice, right?

22  A.   Yes.

23       Q.    And in fact right above your initials is the word

24  "Yes."  Correct?

25  A.   Yes, but it's not my handwriting.

MARVIN MATHIS - CROSS BY KOLANO                83

1        Q.   You didn't write Yes?  But you did put MM?

2   A.   They told me to put MM.

3        Q.   Am I being accurate here:

4             "Question:  So all four of you committed this

5   robbery?

6             "Answer:  Yes."

7        Did I read that accurately?

8   A.   You read accurately, yes.

9        Q.   And A for Answer is written in hand, not typed, right?

10  A.   Yes.

11       Q.   And the Yes is written in hand.  Right?

12  A.   Yes.

13       Q.   And you initialed that handwritten version, right

14  there.

15  A.   They told me put my initials there.

16       Q.   You knew that was the question:  So all four of you

17  committed this robbery?  Answer:  Yes.  You put your initials

18  there, right?

19  A.   They told me to put it.

20       Q.   Was the answer No?

21  A.   They just told me put it there.

22       Q.   You put it there because that was a written change,

23  and anything that's, that's written as opposed to type has to

24  be initialed, right?

25  A.   I guess.

MARVIN MATHIS - CROSS BY KOLANO                    84

1          MR. FLORCZAK:  Two questions there, judge.

2          THE COURT:  Sustained.  Break that down.

3     Q.   All four, so all four of you committed this robbery.

4     Is that true or false?

5     A.   That's false.

6     Q.   Okay.  Then why did you say Yes to the police in this

7     statement that you said was the truth, the whole truth, and

8     nothing but the truth?

9     A.   I didn't say Yes.

10    Q.   Now, when I just showed you when I was going through

11    these pages you picked up on that right away?

12    A.   Yes.

13    Q.   You had an opportunity to read this statement before

14    you signed it, right?

15    A.   But I didn't, not in discovery.

16    Q.   That day, when you were with the police?

17    A.   I didn't notice it.

18    Q.   Let me go back.  You gave the first statement, right?

19    A.   Yes.

20    Q.   And after the first statement the police gave it to

21    you and they gave it to your mom and said read it, right?

22    A.   Yes.

23    Q.   And you had an opportunity to read it if you wanted

24    to, right?

25    A.   Glance through it.



MARVIN MATHIS - CROSS BY KOLANO                    85

1      Q.    But they said read it.   You chose to glance through

2   it?

3   A.   They was rushing me.

4      Q.    They were rushing you, putting words in your mouth and

5   rushing you?

6   A.   They was rushing, Did you finish that?   I told them No.

7   Hurry up.

8      Q.    And your mother was there during the first statement?

9   A.   Yes.

10     Q.    She also read it, right?

11  A.   Yes, she read it.

12     Q.    Okay.   So you knew.

13  Now you give the second statement.   They go through the

14  same procedure.   After it's done they give it to you, they give

15  it to your mom, and say you have an opportunity to read through

16  the whole thing, right?

17  A.   Yes.

18     Q.    Okay.   And then after you read through the whole

19  thing, which you do, right?

20  A.   Um-hum.

21     Q.    And your mom reads through the whole thing, right?

22  A.   Um-hum.

23  Then they say okay, you have to initial bottom of each page

24  to show that these are your words, right?

25     Q.    Please say Yes or No, Mr. Mathis, so the court

MARVIN MATHIS - CROSS BY KOLANO                                      86

1   reporter --

2   A.   Repeat the question.

3        Q.   After you read through the statement your mom reads

4   the statement?

5   A.   Yes.

6        Q.   And then they give you the statement and say to prove

7   that these are your words we want you to put your initials on

8   the bottom of each page, right?

9   A.   Yes.

10       Q.   And you do that because the words in the statement are

11  now the truth and they are your words?

12  A.   Yes.

13       Q.   And your mom is present for this entire process?

14  A.   Yes.

15       Q.   Now, let's see what words are yours that you gave.

16       Page three:  "Question:   --

17  A.   Hold up.

18       Q.   Right on the top.  Was it your intention, the

19  intention of Antwan and the intention of April Diggs and the

20  other female to rob anyone on Elizabeth Avenue?

21            "Answer:  Yes."

22       Those are your words, aren't they?

23  A.   (Pause).

24            MR. FLORCZAK:  I am sorry.

25            MR. KOLANO:  Top of page three.  Make sure we have the

MARVIN MATHIS - CROSS BY KOLANO                          87

1   same page.  Right here at the top.  I will read it again.

2       Q.   Was it your intention, the intention of Antwan and

3   intention of April Diggs and the other female to rob anyone on

4   Elizabeth Avenue?

5            "Answer:  Yes."

6        Those are your words, right?

7   A.   You read it accurately, I said Yes, but I shook my head, I

8   shook my head No.

9       Q.   You shook your head No?

10  A.   Yes.

11      Q.   And yet you are telling us the police wrote Yes there

12  even though you shook your head No?

13  A.   I guess.  Yes.

14      Q.   So these aren't your words, that's what you are

15  saying?

16  A.   That part where it says Yes.

17      Q.   What you are telling us now these are not your words?

18  A.   The part that says Yes that's not my word.

19      Q.   You agree you did not make a change when you and your

20  mother had an opportunity to read the statement?

21  A.   I didn't notice it.

22      Q.   And your mother didn't pick up on it either?

23  A.   I guess not, no.

24      Q.   Apparently.

25            "Question:  On Elizabeth Avenue was anyone in

MARVIN MATHIS - CROSS BY KOLANO                    88

1   possession of a handgun?

2          "Answer:  Yes."

3      That's true, right?

4   A.  Yes.

5      Q.   "Question:  How do you know Antwan was in possession

6   of a handgun?

7          "Answer:  Because he showed it to me."

8   A.  Yes.

9      Q.   That's true, right?

10  A.  Yes.

11     Q.   "Question:  Did he discuss with you and the other

12  girls about doing a robbery?

13         "Answer:  Yes."

14     Is that true?

15  A.  I guess.

16     Q.   Well, don't guess.  Tell us if it's true or not?

17  A.  Yes.

18     Q.   So the police got that accurate as far as you are

19  concerned, right?

20  A.  As far as I concerned, yes, I guess.

21     Q.   "Question:  What type of gun did he have?

22         "Answer:  A black revolver.  The kind that cocks

23  back."

24     Is that true?

25  A.  No.

MARVIN MATHIS - CROSS BY KOLANO                89

1      Q.   Okay.  What kind of gun did he have?

2   A.  I told him it was black and it was a revolver.  I didn't

3   know, you know, they asked did it cock back, you know, I told

4   them I didn't know.  I said yes, I guess, yes.

5      Q.   Was it a revolver?

6   A.  I don't know that much about guns.  I know it was black.

7      Q.   So you are telling us this is not your answer:  Black

8   revolver.  The kind that cocks back?

9   A.  I said a revolver.  Yes.

10      Q.   Okay.

11   A.  But I don't remember saying cocked, the kind of cock back.

12      Q.   The police made that up?

13   A.  As far as they added to it, I don't know.

14      Q.   Do you know of a reason why the police would add to

15   that, or did they tell you the reason why they would make

16   something up and add to it?

17   A.  No.

18      Q.   And at this point the police did not arrest April

19   Diggs, right, because they only know about April through you?

20   A.  Yes.

21      Q.   They haven't arrested Renee because they don't know

22   about Renee, except for you?

23   A.  Yes.

24      Q.   They don't know about Antwan, or they didn't arrest

25   Antwan, because they are getting the information about Antwan

MARVIN MATHIS - CROSS BY KOLANO                         90

1   from you, right?

2   A.   Yes.

3        Q.   So can you tell me of a reason why the police would

4   put false information in your statement, since you are the

5   first one giving a statement?

6   A.   I don't know.   They asked me was it revolver or automatic.

7   I told them I don't know.   They was like, you know, sit back

8   and think, you know.   They asked me did I see the gun real

9   good?   I told them I didn't see it that good.   They asked me

10  was it a revolver or automatic.   I said I think it was a

11  revolver.   Then he asked me are you sure it was revolver, I

12  said yes, black revolver.

13       I don't know what revolver or automatic, I don't know how

14  they, how they work or whatever.

15       Q.   Now, it goes on to say,:   -

16            "Question:   When you were walking up the Avenue, did

17  there come a point in time when someone suggested who to rob?

18            "Answer:   Antwan."

19       Is that true?

20  A.   Yes.

21       Q.   By the way, when you are giving the second statement

22  are you confused and scared like you were with the first

23  statement?

24  A.   I was scared because my first time being arrested, you

25  know, being questioned like this.

MARVIN MATHIS - CROSS BY KOLANO                91

1    Q.   But you had your mom there, and your mom was saying

2    just tell the truth son and everything will be okay.  Right?

3    A.   Yes.  I was still scared, because it was my first time

4    being arrest.

5    Q.   What did Antwan tell you what you were to do during

6    this robbery?

7         "Answer:  He asked me to be a lookout."

8    Is that true?

9    By the way, this refers to the man with the gold chains.

10   A.   Yes.

11   Q.   Okay.  Didn't you tell us today he didn't ask you to

12   be a lookout as it related to the robbery of the man with gold

13   chains?

14   A.   Yes.  But I didn't look out.

15        Yes.  But I didn't look out, though.

16   Q.   Well, both can't be true.  Today you told us he never

17   asked you to be a lookout.  In your statement you say he did

18   tell you to be a lookout.  Which one is true?

19   A.   I don't know.  Can't say.  Can't say.

20   Q.   Now, it said, going down to the last question on that

21   page, Why?  Because April noticed a small deli on the corner

22   and the man was there alone.

23   On the next page:  Why wasn't this deli robbed?

24        "Answer:  Because I told him I wasn't going to do

25   it."

MARVIN MATHIS - CROSS BY KOLANO                    92

1          That's what you told us today, right?

2    A.   Yes.

3          Q.   So that's true?

4    A.   Yes.

5          Q.   And the police put this in your statement, right?

6    A.   Yes.

7          Q.   And you would agree it makes you look good because you

8    were not going to be part of the robbery, right?  This doesn't

9    hurt you, this statement, by saying that you weren't down with

10   the robbery, right?

11   A.   I don't know how to answer.

12         Q.   Were you down with the robbery of the deli or not?

13   A.   No.

14         Q.   And police got that down accurately, right?

15   A.   That's what I told them.

16         Q.   So they weren't afraid to put into your statement

17   things that made you look good, right?

18   A.   I told them what happened.  Yes.

19         Q.   That's what they typed up, what you told them?

20   A.   Yes.

21         Q.   "Question:  Earlier before this written statement do

22   you recall telling this detective and your mother that you and

23   Antwan were looking to rob someone because you wanted to know

24   how it felt?

25              "Answer:  Yes."

MARVIN MATHIS - CROSS BY KOLANO                    93

1   A.   I never said that.

2        Q.   But in your statement you answered Yes, correct?

3   A.   No.   I shook my head No.

4        Q.   So again you are telling us on this, the part that

5   makes you look bad you shook your head No and the police just

6   had the typist put in Yes?

7   A.   Yes.

8        Q.   Even though they put in all the other stuff that helps

9   you and made you look good, for this they decided to basically

10  lie, right?

11  A.   That's when he was trying to put words in my mouth.

12       Q.   He put the word Yes in your mouth, is that right?

13  A.   Yes.

14       Q.   And when you read over the statement you didn't pick

15  up on that?

16  A.   I told you I was glancing through it.   I told you before I

17  was glancing through it.

18       Q.   Your mother also read through it and she didn't pick

19  up on it either, apparently?

20  A.   No.

21       Q.   "Question:  When you were walking up Elizabeth Avenue

22  were you and Antwan and the girls looking to rob someone?

23            "Answer:  Yes."

24       Now are you telling us that the police also put these

25  words in your mouth?

MARVIN MATHIS - CROSS BY KOLANO                          94

1   A.   Yes.

2        Q.   Did there come a point in time when the four of you

3   decided to rob someone else?

4             "Answer:  Yes."

5        Isn't that in your statement, the one that you say is the

6   truth?

7   A.   Excuse me?

8        Q.   Now, isn't that what you said in your statement, the

9   statement that you said is the truth?

10  A.   That's what it says in the statement.  Yes.

11       Like I told you before, the statement is true.  But I don't

12  remember saying Yes.

13       Q.   Does that mean you could have said Yes and you don't

14  remember, or was this another example of you shaking your head

15  No and police just decided to write Yes?

16  A.   I don't remember.  But I know -- I don't remember saying

17  Yes.

18       Q.   Did there come a point in time when the four of you

19  decided to rob someone else?

20             "Answer:  Yes.

21             "And where was that?

22             "Answer:  Elizabeth Avenue and Sixth Street."

23       Is that true?

24  A.   Yes.

25       Q.   Okay.  "Question:  What happened then?"

MARVIN MATHIS - CROSS BY KOLANO                    95

1          "Answer:  Antwan saw two Spanish boys and Antwan and

2   April started running after them real hard and me and the other

3   girl started to jog after them."

4   A.   Yes.

5        Q.   So here the police put down your words accurately?

6   A.   Yes.

7        Q.   "Question:  Which way did they run on Sixth Street?

8            "Answer:  We all went towards First Avenue.  But

9   they outran us."

10          Is that true?

11  A.   No.

12       Q.   That's a lie?

13  A.   Yes.

14       Q.   Whose lie is it, yours or police's?

15  A.   Detective.

16       Q.   So you, what did you tell them?

17  A.   I told them they outran April and Antwan.  But he didn't

18  put that in.

19       Q.   It's your testimony again police quietly slipped in Us

20  instead of April and Antwan?

21  A.   Yes.

22       Q.   Again you missed that when you glanced at your

23  statement and your mom missed when she read this statement?

24  A.   I guess.  Yes.

25       Q.   Now, it says Was it still your intention at this time

MARVIN MATHIS - CROSS BY KOLANO                    96

1    to continue doing the robbery?

2            "Answer:  No."

3        Did I read that accurately?

4    A.  Yes.

5        Q.   Can you explain to me why, if the police are slipping

6    in all of this language to hurt you, making up lies about you,

7    why they let you say, No here?  Wouldn't it -- Can you explain

8    to me why they would let you answer this question No, then?

9    A.  I don't know.

10       Q.   Was it still your intention at this time to continue

11   doing the robbery?  No.

12       The police apparently they got that accurate according to

13   you, right?

14   A.  Yes.

15       Q.   But all of this other stuff where you say Yes it's all

16   just made up to make you looked bad?

17   A.  That's when he was putting words in my mouth.

18       Q.   Next page:  What did Antwan tell you at this time?

19           "Answer:  He was going to rob this guy and he asked

20   me to watch out."

21       Is that true?

22   A.  Yes.

23       Q.   And who did he want you to watch out for?

24           "Answer:  For the cops."

25       Is that true?

MARVIN MATHIS - CROSS BY KOLANO                    97

1   A.   Yes.

2        Q.   Did you do that for him?

3             "Answer:  Yes."

4        Is that true?

5   A.   No.

6        Q.   And you knew he was going to rob this man, is that

7   correct?  Yes.

8        Is that true?

9   A.   No.

10       Q.   And you did not stop him from doing this robbery.   No.

11       Is that true?

12  A.   Yes.

13       Q.   Where was April at this time?

14            "Answer:  Next to Antwan."

15        Is that true?

16  A.   I think so.  Yes.  Something -- I don't know.

17       Q.   What did April do during the robbery?

18            "Answer:  She was also a lookout."

19        Is that true?

20  A.   Yes.

21       Q.   "Also" meaning you and she?

22  A.   No.

23       Q.   Her and who?

24  A.   Her and her cousin.

25       Q.   So again on these statements the ones that make you

MARVIN MATHIS - CROSS BY KOLANO                        98

1  look bad are words that the police put in and the words that

2  make you look good are your actual words?

3  A.   Correct.

4      Q.   Now, you never mentioned April and Renee in your first

5  statement, do you?

6  A.   No.

7      Q.   And you don't know of any reason why you just left

8  them out?

9  A.   No.

10     Q.   And in your second oral interview, before you start

11 taking the statement, you don't mention April and Renee, right?

12 A.   No.

13     Q.   It's only after you start talking that all of a sudden

14 for the first time you say, oh, one was April, right?

15 A.   Yes.

16     Q.   And then you, you don't even remember the other girl's

17 name, but you say it will come to me?

18 A.   I forgot, I forgot her name.

19     Q.   And you heard Detective Koczur testify about that,

20 too, right?

21 A.   About what?

22     Q.   About how you only mentioned the girl's name when you

23 started the written statement?

24 A.   Second statement?

25     Q.   Yes.

MARVIN MATHIS - CROSS BY KOLANO                    99

1    A.   Yes.

2         Q.   So you would agree with Detective Koczur on that

3    point?

4    A.   Yes.

5         Q.   What was it that triggered your memory all of a sudden

6    that April and Renee were out there and were part and parcel of

7    this robbery?

8    A.   Excuse me?

9         Q.   What is it that made you all of a sudden realize that

10   April and Renee were involved in the robbery?

11   A.   What made me think about their names?

12        You confuse me.

13        Q.   I don't want to confuse you.

14        After you talked to your mom and she tells you if you know

15   something tell them the truth --

16   A.   Yes.

17        Q.   -- you decide to tell the truth.

18   A.   Yes.

19        Q.   And then you give, talk to the police before they

20   start this written statement?

21   A.   Yes.

22        Q.   And they pretty much get a preview of what you are

23   going to say?

24   A.   Yes.

25        Q.   But during that preview you never mentioned April and

MARVIN MATHIS - CROSS BY KOLANO                    100

1    Renee?

2    A.  First statement?

3       Q.   The oral statement before the second statement.  After

4    you looked at the books for a picture.  When you are talking to

5    the police then, before the typist comes in, you never mention

6    April or Renee, right?

7    A.  No.

8       Q.   Okay.  When the typist comes in, and they are taking

9    this second statement, you then mention April, right?

10   A.  Yes.

11      Q.   What jogs your memory so that all of a sudden now you

12   remember April was involved in this robbery?

13   A.  I just told them, I guess, you know, I felt they should

14   know who else was in it.

15      Q.   "Question:  What happened between you, Antwan, and the

16   man that was shot?

17           "Answer:  We walked up to the guy."  True?

18   A.  Where are you?  Where are you?

19      Q.   I am on page five.  Right here.

20           "Question:  What happened between you and Antwan and

21   the man that was shot?

22           "Answer:  We walked up to the guy."  True?

23   A.  No.

24      Q.   That's a lie?

25   A.  Yes.

MARVIN MATHIS - CROSS BY KOLANO                    101

1      Q.    What did you tell the police?

2   A.   Told them Antwan walked over there.

3      Q.    And again the police just, according to you, slipped

4   in We instead of Antwan?

5   A.   Yes.

6      Q.    Antwan grabbed him and tried going into his pockets.

7   Is that true?

8   A.   Yes.

9      Q.    Okay.   Now today, didn't you again yesterday you said

10  he never tried to go into his pockets?

11  A.   He did something, he tried to grab him, something, I don't

12  know.

13     Q.    Then the man slapped Antwan's hand from going into his

14  pocket:   Is that true?

15  A.   (Pause) I don't know.   I forgot.

16     Q.    Then Antwan grabbed the man and the man grabbed

17  Antwan.

18     That's true because you told us that today, right?

19  A.   Yes.

20     Q.    Then the man threw a punch at Antwan.

21     That's true, right?

22  A.   Yes.

23     Q.    Then Antwan threw a punch back at him.

24     That's true, right?

25  A.   Yes.

MARVIN MATHIS - CROSS BY KOLANO                    102

1        Q.   Then Antwan pushed the man off of him, and he took the

2   gun out and shot him.

3        Is that true?

4   A.   Yes.

5        Q.   "Question:  After the shots went off, and man fell to

6   the ground, who went through his pockets?

7              "Answer:  Antwan."

8        So is that true?

9   A.   No.

10       Q.   Okay.  Now we already know that your first statement

11  was a complete lie, right?  You told us that?

12  A.   Yes.

13       Q.   And your first statement mentions Antwan going through

14  the pockets, right?

15  A.   Yes.

16       Q.   And you told us that was a lie, right?

17  A.   Yes.

18       Q.   But now this is your second statement, the one you

19  told us is the truth, and again you are saying that Antwan went

20  through his pockets?

21  A.   That's when detectives putting words in my mouth, they was

22  asking Did you go in his pockets, Antwan, did the girls, did

23  two so-called girls go into the pocket.  They were just saying

24  Antwan went into his pocket.  I just said I don't know.  They

25  was putting lot of words in my mouth.

MARVIN MATHIS - CROSS BY KOLANO                    103

1   Q.   Why were they --

2        THE COURT:  We are going to take a break at this

3   point.

4        Members of the jury, let me remind you not to discuss

5   the case among yourselves or with others.

6        We will be breaking for fifteen minutes.  You

7   certainly may leave the courtroom.  We you do return, assemble

8   inside the jury room.

9        THE COURT:  Counsel, approach off the record.

10       MR. FLORCZAK:  Sure.

11       (Jury withdrew from the courtroom.)

12       (Side bar off the record).

13       (Short Recess).

14       THE COURT:  Bring the jurors out, please.

15       (Jury seated in the jury box in the courtroom.)

16       THE COURT:  Mr. Kolano.

17  Q.   Mr. Mathis, on page six, the one that has the Yes

18  written on with your initials on the bottom.

19       "Question:  How did the gun go off?

20       "Answer:  When all three of us were struggling for

21  the gun."

22       Is that true?

23  A.  Point it out to me.

24  Q.   Make sure we are literally on the same page.  The one

25  that has the Yes with your initials on the bottom.  Okay.  Now,

MARVIN MATHIS - CROSS BY KOLANO                          104

1   up here.  How did the gun go off?

2            "Answer:  When all three of us were struggling for

3   the gun."

4   A.  Yes.

5        Q.  That's true?

6   A.  Yes.

7        Q.  So this part the police got down accurately?

8   A.  Yes.

9        Q.  And you indicated there you were struggling for the

10  gun not struggling with Antwan?

11  A.  I was grabbing his sleeve.

12       Q.  When the gun went off where was it pointed at?

13       His forehead.

14       Is that true?

15  A.  Not really.

16       Q.  So did you tell the police a lie?

17  A.  No.

18       Q.  Did the police make this up as far as you are

19  concerned?

20  A.  They asked me was it, you know, where was it pointed at.  I

21  told them it was like pointed at his forehead and it was going

22  down.  But they didn't add that on.

23       Q.  You told them it was pointed at the forehead and they

24  wrote it?

25  A.  I said some more, but they didn't put that in.

MARVIN MATHIS - CROSS BY KOLANO                    105

1      Q.   While the guy was going down?

2   A.   No.

3      Q.   You tell us where was the gun pointed.  Forget the

4   statement.  You tell us, you were there.  You were part of the

5   struggle.  Where was the gun pointed at the man when the shot

6   went off?

7   A.   It was like towards his forehead, then it was like going

8   across.  They were struggling.

9      Q.   When the gun actually went off?

10  A.   That's when it went off.  The first, first shot missed him,

11  second shot, you know, hit him.

12     Q.   Now, you remember before I asked you how long the

13  struggle took place?

14  A.   Yes.

15     Q.   And you told me you didn't know how long?

16  A.   I think, yes, something like that.

17     Q.   Do you remember testifying in that very witness stand

18  on June 9th, 1998?

19  A.   Uh-huhh.

20     Q.   Do you remember testifying in another proceeding in

21  this case on that very witness stand on June 9, 1998?

22  A.   Yes.

23     Q.   And at that time you were asked a question.

24     And I give you a copy of the transcript.

25          MR. FLORCZAK:  Judge, I am going to object here.  I

MARVIN MATHIS - CROSS BY KOLANO                    106

1   have no transcript.  I wasn't supplied with any.

2          THE COURT:  Come to side bar.

3   (PROCEEDINGS AT SIDE BAR)

4          THE COURT:  Miranda transcript.

5          MR. FLORCZAK:  That was nice, judge.  I get it now.

6          MR. KOLANO:  He was here.  This is not discovery type

7   of thing.  This is a proceeding with a transcript.

8          MR. FLORCZAK:  If you are going to be using a

9   transcript, you know, I would like to see it and know about it.

10          THE COURT:  Well, everyone has it now.

11          MR. KOLANO:  Your Honor has a copy.

12          THE COURT:  All right.

13          MR. KOLANO:  I will be very brief.  Just this one

14   thing.

15          THE COURT:  All right.

16   (SIDE BAR TERMINATED).

17      Q.   It was little more than a week ago that you testified

18   here, right?

19   A.   Yes.

20      Q.   And you were in this very chair you testified?

21   A.   Yes.

22      Q.   And you took the same oath that you took here today?

23   A.   Yes.

24      Q.   And your attorney was present?

25   A.   Yes.

MARVIN MATHIS - CROSS BY KOLANO                    107

1    Q.    You got a court reporter there at that time?

2  A.  Yes.

3    Q.    Turn to page thirty, please, line sixteen:

4         "Question:   What did you tell the police in the

5  second statement what your involvement was?

6         "Answer:   I told the detective, he asked me a

7  question Did I look out for cops.   I told him no, I was too

8  scared.   Then he told me --

9         "Question:   I am sorry.   You have to speak up.

10         "Answer:.   At that time detective asked, asked me

11  what Antwan did.   I told him that he told, he told me to run

12  across the street look out for cops, and told the other two

13  girls go up the street, ask the man something."

14    You didn't testify to any of that during this trial in

15  front of the jury, did you, about telling the girls to go up

16  and ask the man something.

17  A.  I believe I said something like that, I said they went

18  across the street to ask him something.

19    Q.    And you testified to that in front of the jury?

20  A.  I believe.  Yes.

21    Q.    And that's true?

22  A.  What, this transcript?

23    Q.    It's true that Antwan told the girls to go up to the

24  man and ask him something?

25  A.  Yes.

MARVIN MATHIS - CROSS BY KOLANO                    108

1      Q.    What did he tell them to ask him, if you know?

2   A.   I don't know.

3      Q.    The girls went up to talk?

4   A.   Asked something, but I didn't look.

5      Q.    Did they come and report back?

6   A.   To the man?  No.

7      Q.    To Antwan?

8   A.   No.  When he told to look out for cops, two girls, they

9   left, they went across the street, asked the man something,

10  that's when I ran, that's when I went across the street.

11  That's next to this building, brown building between the door.

12  That's when Antwan went across the street.

13     Q.    So the girls, are you telling me the girls did go up

14  to the man who was eventually shot and appeared to talk to him?

15  A.   They said something to him.  I don't know what they said.

16     Q.    And then the two girls left from talking to him, is

17  that what you are telling us?

18  A.   Yes.

19     Q.    And they came back to where Antwan was?

20  A.   No.  You confuse me.

21     Q.    Did the girls go up to the man?

22  A.   Yes.

23     Q.    Did the girls talk to the man?

24  A.   They said something to him, but the man didn't respond back

25  to them.

MARVIN MATHIS - CROSS BY KOLANO                    109

1       Q.    Did the girls return to where Antwan was?

2   A.  No.

3       Q.    Did the girls return to where you were?

4   A.  No.

5       Q.    Did the girls walk away?

6   A.  Yes.

7       Q.    Where did the girls walk?

8   A.  They walked towards the end, like, East Jersey.  They was

9   going up East Jersey.

10      Q.    Where were you when the girls walked away from the

11  man?

12  A.  That's when I ran across the street, I was standing by

13  brown building at this door.

14      Q.    Where were you in relation to Antwan?

15  A.  Antwan he was still, when I ran across the street that's

16  when he ran across the street to where the man was at.

17      Q.    Okay.  You were on the opposite side of the street

18  when Antwan ran across to the victim?

19  A.  Same side.

20      Q.    Continuing on, on the bottom:

21      "Then they just kept on walking.  So at that time the two

22  girls, they asked the man a question, the man didn't respond to

23  them.  Then that's when I stood by, almost close to the Chinese

24  store.  That's when Antwan ran across the street and told the

25  man to empty his pocket.  Man just looked at him."

MARVIN MATHIS - CROSS BY KOLANO                    110

1          Is that true?

2     A.   Yes.

3          Q.    Then Antwan grabbed the man.  The man just slapped his

4     hand down, threw a punch."

5          Is that true?

6     A.   I don't remember.

7          Q.    You testified to it on June 9th?

8     A.   I think so.

9          Q.    Today is June 17?

10    A.   Yes, I know.  Yes.

11         Q.    Then the man said -- No.  Man threw a punch at Antwan.

12              MR. FLORCZAK:  I object.  Doesn't say the man said no.

13    I would ask you.

14         Q.    Then the man -- no.  Man threw a punch at Antwan.

15    Antwan threw a punch at Antwan.  Is that true?

16    A.   Yes.

17         Q.    Then that's when Antwan pull out the gun out of his

18    pants.  Is that true?

19    A.   Yes.

20         Q.    And he was about to shoot him.  They were struggling.

21    Is that true?

22    A.   Yes.

23         Q.    They were struggling like for good two minutes.

24         Was that true?

25    A.   Yes.

MARVIN MATHIS - CROSS BY KOLANO                        111

1    Q.    Now, earlier today you told us you didn't know how

2    long the struggle took place.   Did you lie to us today?

3    A.   No.

4    Q.    Did you lie when you were under oath on that witness

5    stand June 9?

6    A.   No.

7    Q.    You just forgot between June 9 and today that it was

8    two minute struggle?

9    A.   Yes.

10   Q.    But you remembered on June 9th some two and a half

11   years afterwards that it was two minute struggle?

12   A.   Because you refreshed my memory reading the transcript.

13   Q.    So now you are watching these two men struggle for two

14   minutes, right?

15   A.   Um-hum.

16   Q.    And you don't intervene, you watch it for at least two

17   minutes?

18   A.   Yes.

19   Q.    And that's when I realized they were struggling.

20   That's when I went to try to stop the struggle, and the gun

21   went off.

22   Is that true?

23   A.   Yes.

24   Q.    And today didn't you tell us the gun went off first

25   and that's when you went over?

MARVIN MATHIS - CROSS BY KOLANO                    112

1   A.   I told you --

2        Q.   Didn't you tell the --?

3   A.   I told you first shot missed.  You know, they were

4   struggling, that's when I grabbed his arm and gun went off.  I

5   didn't say nothing I never said that before.

6        Q.   You didn't say that you were standing by the Chinese

7   store, when the first shot went off I am talking about.  Not in

8   your transcript.  I am talking about today.

9   A.   No, I didn't say that today.

10       Q.   Did you ever say that?

11  A.   Not that I remember.

12       Q.   Next question:  Where were you when the gun went off?

13            "Answer:  I was close by the Chinese, almost near

14  the Chinese store."

15       That's what you testified to under oath.

16  A.   It's almost like by Chinese store, yes.

17       Q.   First gunshot went off where were you?

18  A.   I told you before.  I was right by the building, between

19  the door.  Chinese restaurant is next to the brown building.

20       You understand me now, right?

21       Q.   And then there was the struggle for two minutes?

22  A.   Yes.  First shot missed him.  Then soon I ran over there, I

23  grabbed him, I asked him What you doing?  That's when the shot

24  went off.

25       Q.   "Question:  You said you just went there to stop the

MARVIN MATHIS - CROSS BY KOLANO                    113

1    struggle and the gun went off.  Were you basically also

2    struggling?

3              "Answer:  No."

4        Today you told us you were struggling.

5        Which is true?

6    A.   I was struggling.

7        Q.    You agree -- ?

8              MR. FLORCZAK:  Let him finish.

9    A.   I don't recall that struggle.  I just grabbed his, his arm,

10   and the gun went off.  So how is that a struggle?

11       Q.    Question was, you said you just went there to stop the

12   struggle?

13   A.   Yes.

14       Q.    And the gun went off.  Were you basically also

15   struggling?  No.

16       And you are telling us you were not struggling?

17   A.   Yes.

18       Q.    Didn't you tell us in your other statement, page six,

19   How did the gun go off?

20             "Answer:  When all three of us struggling for the

21   gun."

22        Today you told us that was the truth.

23   A.   Page six?

24       Q.    Page six of your second statement.  We went over this

25   a couple of minutes ago.

MARVIN MATHIS - CROSS BY KOLANO                    114

1    A.   Repeat the question again.

2         Q.   Did you not say in your second statement:

3              "Question:  How did the gun go off?

4              "Answer:  When all three of us were struggling for

5    the gun."

6    A.   Says in the statement, but I don't remember saying it.

7         Q.   You told us less than an hour ago that that was

8    accurate.

9    A.   It's accurate, yes, the question accurate, but I don't

10   remember saying it.

11        Q.   Well, does it make sense to you that it had to come

12   from you, since Officer Koczur, Detective Koczur wasn't there

13   and he just luckily got it down accurately?

14   A.   He wasn't there?

15        Q.   Wasn't there when you shot Mr. Saraiva?

16   A.   No, he wasn't there.

17        Q.   Who was when you shot him?

18   A.   When I shot him?

19             MR. FLORCZAK:  Objection.  There is no testimony --

20             MR. KOLANO:  Certainly was, from two witnesses.

21             MR. FLORCZAK:  My client, that he shot him?

22             THE COURT:  Obviously, that's a fact question for the

23   jury to decide.  The jury, I am sure, understands that it is

24   not what's contained in questions that counts.  That's not

25   evidence.

MARVIN MATHIS - CROSS BY KOLANO                    115

1    Q.   Next question:  Exactly where were you in relationship
2    to Antwan when the gun went off?
3         "Answer:  I can't remember."
4    Now, on the 9th you couldn't remember where you were when
5    the gun went off.
6    A.   Can't remember how many feet.
7    Q.   Question wasn't how many feet, says exactly --
8    A.   How far, I mean?
9    Q.   Let's read the question again:  Exactly where were you
10   in relationship to Antwan when the gun went off?
11        "Answer:  I can't remember."
12   Did I read that accurately?
13   A.   Yes, you read it accurately.
14   Q.   Doesn't ask you how many feet, does it?
15   A.   No.
16   Q.   Says where were you?
17   A.   Where I was.  I told him.
18   Q.   But here on the 9th you couldn't remember and today
19   you can.  What refreshed your recollection between June 9 and
20   today June 17th?
21   A.   I thought about it.
22   Q.   You hadn't thought about it for two and a half years?
23   A.   I back tracked.
24   Q.   You have no motive to hurt Antwan Harvey, do you?
25   A.   No.

MARVIN MATHIS - CROSS BY KOLANO                    116

1      Q.    And as far as you know he has no motive to hurt you?

2   A.   No.   He is way older than me.   At that time he was way

3   older than me.

4      Q.    Please, if you could just answer the question.

5           MR. FLORCZAK:   Judge, I think he should be allowed.

6           MR. KOLANO:   To give a speech, your Honor?

7           MR. FLORCZAK:   To explain his answer.

8           MR. KOLANO:   Your Honor, he has counsel for redirect

9   examination.

10          THE COURT:   Mr. Kolano, restate the question, give the

11  witness an opportunity to answer.

12     Q.    By the way, is this the type demeanor you had with

13  Detective Koczur with the interview?

14  A.   Excuse me?

15     Q.    The type of demeanor you are demonstrating.   Did you

16  act the same with Detective Koczur as you are with me when I am

17  asking questions?   Same level of cooperation?

18  A.   Yes.

19     Q.    Same level of understanding?

20  A.   Yes.

21     Q.    As far as you know, Antwan Harvey has no motive to

22  hurt you, correct?

23  A.   No.

24     Q.    As far as your telling us, you have no motive to hurt

25  Antwan Harvey?

MARVIN MATHIS - CROSS BY KOLANO                    117

1    A.   No.   How can I hurt him?   He is way bigger than me.

2         Q.   Yes or no question.

3    A.   No.

4         Q.   You have no motive to hurt Renee Diggs, correct?

5    A.   No.

6         Q.   As far as you know, she has no motive to hurt you,

7    correct?

8    A.   No.

9         Q.   You have no motive to hurt April Diggs, correct?

10   A.   No.

11        Q.   As far as you know, she has no motive to hurt you?

12   A.   No.

13        Q.   You have no motive to hurt Sharlama Brooks?

14   A.   No.

15        Q.   As far as you know, she has no motive to hurt you?

16   A.   No.

17        Q.   You don't even know Miss Janice Sutton, the guidance

18   counselor, is that correct?

19   A.   I don't know her, but I seen her, but I didn't have a

20   conversation with her.

21        Q.   Let me ask you this.   Do you have a motive to hurt

22   her?

23   A.   No.

24        Q.   As far as you know, does she have a motive to hurt

25   you?

MARVIN MATHIS - CROSS BY KOLANO                    118

1    A.   No, not that I know of.

2         Q.   And yet you heard all of these people testify in ways

3    that were damaging to you, that hurt you?

4    A.   That hurt me?

5         Q.   Yes.

6    A.   Explain, explain some more.

7         Q.   You don't understand her?

8    A.   I don't understand what you are saying.

9         Q.   You heard that, you heard April Diggs say that you

10   were the person who fired the shot, correct?

11   A.   Yes, I heard that.

12        Q.   You are telling us that's a lie?

13   A.   Yes.

14        Q.   You heard April Diggs say you returned to Migdalia's

15   house after the shooting?

16   A.   Yes.

17        Q.   And you are saying that's a lie?

18   A.   Yes.

19        Q.   And you are saying that as far as you know April has

20   no motive to lie about you, right?  Yes or no?

21   A.   I don't know.  I guess.  I don't know.

22        Q.   You heard Renee Diggs say that you were the person who

23   shot, correct?

24   A.   Yes.

25        Q.   And you are telling us that's a lie?

MARVIN MATHIS - CROSS BY KOLANO                    119

1   A.   Yes.

2        Q.   And you heard that Renee Diggs also said that you

3   returned to Migdalia's afterwards, correct?

4   A.   Yes.

5        Q.   You are telling us that she is lying about that?

6   A.   Yes.

7        Q.   And both April and Renee said that you returned to

8   Migdalia's in their original statements back in 1996, January

9   25th.  So you are telling us right from the get-go they were

10  lying about you returning to the house, right?

11  A.   Yes.

12       Q.   You heard Sharlama Brooks testify about how you asked

13  her for false alibi, correct?

14  A.   Yes.

15       Q.   And you are telling us that's a lie?

16  A.   Yes.  The only thing I said to her, that --

17       Q.   Just yes or no question, sir.

18  A.   Can I continue my answer?

19       Q.   Your attorney will ask you questions.  I just want to

20  make sure you don't get confused.

21  A.   Repeat the question.

22       Q.   You are telling us that when Sharlama testified that

23  you asked for a false alibi that Sharlama is lying?

24  A.   Yes.

25       Q.   And that when she said that in her original statement

MARVIN MATHIS - CROSS BY KOLANO                    120

1   on the 24th of January, 1996, that that was also a lie?

2   A.   Yes.

3       Q.   And Sharlama as far as you know has no motive to lie

4   about you?

5   A.   Not to my knowledge.

6       Q.   And Miss Sutton testified about how Sharlama was upset

7   when she was told that her boyfriend Marvin was involved in a

8   murder?

9   A.   No.   She didn't say that.   Miss Sutton didn't say that

10  yesterday.   She said something about was involved.

11      Q.   You didn't hear her say murder?

12  A.   No.

13      Q.   Involved in what, what did she say?

14  A.   I forgot the rest what she said.   She said involved; she

15  never said something about murder.

16      Q.   In terms of -- You have no motive to hurt Miss Sutton,

17  right?

18  A.   No.

19      Q.   As far as you know, she has no motive to hurt you?

20  A.   No.

21      Q.   Migdalia Hernandez, you heard her testify, correct?

22  A.   Yes.

23      Q.   And she testified how you were regularly at her house?

24  A.   Yes.

25      Q.   And you agree with that, right?

MARVIN MATHIS - CROSS BY KOLANO                    121

1   A.   Yes, yes.

2        Q.   And she testified how you were there on that evening

3   and you left with Antwan Harvey and the girls; do you recall

4   that?

5   A.   I heard.  Yes, I remember her saying that.  Yes.

6        Q.   And you are saying that's incorrect, right?

7   A.   Yes, that's incorrect.

8        Q.   And she also testified that afterwards you came back

9   to Migdalia's house, to her house, correct?

10  A.   Yes.

11       Q.   And you are telling us that's a lie?

12  A.   Yes.

13       Q.   And she has no motive to hurt you as far as you know?

14  A.   Not to my knowledge.

15       Q.   And April Diggs said that when you came back that's

16  when she asked you Why did you shoot that man?  And you said,

17  Because he grabbed my shirt.  You are telling us that April is

18  lying about that?

19  A.   Yes.

20       Q.   And that, she said that right in the beginning in her

21  first statement on the 25th of January, 1996?

22  A.   Yes.

23       Q.   And all of these people as far as you are concerned

24  are on those points are lying?

25  A.   Excuse me?

MARVIN MATHIS - CROSS BY KOLANO                    122

1      Q.   All of these people on these points are lying?

2   A.   Yes.

3      Q.   And Detective Koczur, based on how he went through

4   these statements in great detail, all of the parts that seemed

5   to hurt you, not be good for you, you are telling us the police

6   just put those words in the statement?

7   A.   Yes.  He was putting words in my mouth.  And like I point

8   out to you earlier that, you know, that says something about

9   all four of you committed this robbery, and he just put answer

10  in pen.  That's not my handwriting there, where the A that's

11  not my handwriting.  Then says Yes, that's not my handwriting.

12  But two initials that's my handwriting because he told me, he

13  told me to put it there.

14     Q.   Everything in that statement that implicates you in a

15  robbery was made up by Detective Koczur as far as you know?

16  A.   Yes.  He was putting words in my mouth.

17     Q.   Everything that helps you, says you weren't involved

18  were your words?

19  A.   Yes.

20     Q.   And the first statement is basically a pack of lies?

21  A.   First statement?

22     Q.   Yes.

23  A.   Yes, I admit to that.

24          MR. KOLANO:  Thank you.  Nothing further.

25          THE COURT:  Mr. Florczak.

MARVIN MATHIS - REDIRECT BY FLORCZAK                123

1   REDIRECT EXAMINATION BY MR. FLORCZAK:

2       Q.   When you say the detective put words in your mouth,

3   each question the prosecutor referred to in your statements,

4   the words about what happened, like you were being a lookout,

5   or all four of you did the robbery, all of those words were

6   spoken by the detective, isn't that correct?

7   A.   Correct.

8       Q.   And how you are implicated from that question, because

9   the answer Yes is written?

10  A.   Yes.

11          MR. KOLANO:   Objection to the leading nature.

12          THE COURT:   Sustained.

13      Q.   Antwan Harvey, how tall is he, do you know?

14  A.   He is about five ten, five eleven.

15      Q.   He is taller than you?

16  A.   At that time.  Yes.  I think.  Yes, he was.

17      Q.   Now, when the detective questioned you about the gun,

18  the what's referred to as revolver in your statement, do you

19  remember that?

20  A.   Yes.

21      Q.   How many questions did he ask you about the gun?

22  A.   He asked me like two questions:  Was it a revolver?  Was it

23  automatic?  I told him I don't know nothing about guns.

24      Q.   When they typed up the statement there is nothing in

25  the statement about him asking you about a revolver, isn't that

MARVIN MATHIS - REDIRECT BY FLORCZAK                    124

1   true?

2   A.   That's true.

3       Q.   Are there questions he asked you that are not, were

4   not typed up in the statement?

5   A.   Questions that he asked me?

6           MR. KOLANO:   I object to the leading nature, your

7   Honor.

8           THE COURT:   Overruled.

9   A.   Question --

10      Q.   Were you asked questions that did not appear in your

11  statement?

12  A.   Yes.

13      Q.   And you did not prepare this statement, you didn't

14  type it up, did you?

15  A.   No.

16      Q.   Now, you were asked about robberies before the

17  shooting.

18      The man with the gold, was there any attempt to rob, made

19  to rob him?

20  A.   No.

21      Q.   The deli store.   Did anybody enter that store and

22  attempt to rob the deli?

23  A.   No.

24      Q.   When Antwan and April started running after the

25  Hispanics, Spanish men, was anything said before that about

MARVIN MATHIS - REDIRECT BY FLORCZAK                     125

1  doing anything to them?

2  A.   No.  Antwan took off, took off so fast.  Nobody said

3  nothing, you know.  Renee, I mean me and Renee start jogging

4  after see what's going on.

5       Q.   Nothing was said about what was going to happen?

6  A.   No.

7       Q.   They just took off and ran?

8  A.   Yes.

9       Q.   You testified about at these two occasions, one

10  telling him not to do it, and one saying you are not down with

11  it, you wouldn't get involved.  When you told him that on those

12  occasions, were you aware of him having a gun?

13  A.   At that time, no.

14       Q.   So that the one occasion after you were aware that he

15  had a gun that was the occasion when you didn't tell him Don't

16  to it, isn't that true?

17  A.   Yes.

18       Q.   During this entire time, walk, or evening did you

19  intend to rob anyone?

20  A.   No.

21       Q.   Did you intend to help anyone rob anyone?

22  A.   No.

23       Q.   When you talk about how long the struggle took place,

24  I want you to picture this struggle when Antwan first started

25  struggling with the man until the second shot was fired, and

MARVIN MATHIS - REDIRECT BY FLORCZAK                126

1    when I say Now, and start, I want you to give me an idea how

2    long this took place.

3        Do you understand what I am asking you to do?

4    A.   Yes.

5        Q.   Okay.   So starting from now.   (Pause).

6    A.   That's about, happened so fast.

7        Q.   Well, when you spoke, is that about how long it took

8    the incident from the time I said Now until you just spoke, is

9    that about how long?

10   A.   No.   No.   No.

11       Q.   Okay.   Do you have any idea how long it was?

12   A.   It was not that long, though, I know that.

13       Q.   In fact in your statement on page six, when they first

14   asked you how long did this struggle take place, that's on page

15   six, wasn't your answer, Not that long?

16   A.   Yes.

17       Q.   So on January 24th, that was your best recollection?

18   A.   Yes.

19       Q.   Now, when you get your --

20       When you gave your statement you were asked questions and

21   you gave answers, is that correct?

22   A.   Yes.

23       Q.   Did anyone ask you whether Antwan threatened shooting

24   at police officers or passing cops, did anyone ask you that?

25   A.   No.

MARVIN MATHIS - REDIRECT BY FLORCZAK                127

1      Q.   Now, you testified about Antwan acting crazy?

2   A.   Yes.

3      Q.   When you reached, what was it, Seventh Street and East

4   Jersey?

5   A.   No.   Elizabeth Avenue and 6th.

6      Q.   No.   When you finally got to the end, just before the

7   man was shot, was Antwan acting crazy at that time, do you

8   know?

9   A.   No.

10      Q.   No, you don't know; or, no, he wasn't acting crazy?

11   A.   I don't know.

12      Q.   Now, at some point Renee turned her jacket inside out,

13   is that correct?

14   A.   Yes.

15      Q.   She didn't tell you why she did?

16   A.   No.

17      Q.   You didn't ask her why?

18   A.   No.

19      Q.   Now when you were at Migdalia's place earlier was

20   Antwan there or did you meet Antwan in the street, if you

21   recall?

22   A.   Earlier, he was on the street.

23      Q.   When you stopped in her place for thirty-five minutes

24   was he there then?

25   A.   No.

MARVIN MATHIS - REDIRECT BY FLORCZAK                128

1        MR. FLORCZAK:  I have nothing further.  Thank you.

2        THE COURT:  Mr. Kolano.

3   RECROSS EXAMINATION BY MR. KOLANO:

4        Q.    Just something I overlooked.

5        If you could step down, Mr. Mathis.  Just step around here,

6   please.

7        Give us an idea of, you said you live on Magnolia.  At the

8   time you lived on Magnolia Street.

9   A.   Yes.

10       Q.    This is Magnolia in Elizabeth, is that accurate?

11       MR. FLORCZAK:  Judge, unless this has to do with

12  redirect, I object.

13       MR. KOLANO:  He talked about the path they were taking

14  in general terms.

15       If not, I would ask latitude just to cover it very

16  briefly at this point, your Honor.

17       THE COURT:  All right.  I will allow this.

18       Q.    You live on Magnolia Avenue?

19  A.   Yes.

20       Q.    Okay.  Now, this is Magnolia Avenue?

21  A.   Yes.

22       Q.    Okay.  And this is where Migdalia lives on Third

23  Street?

24  A.   Yes.

25       Q.    Please just point for us, if you will, where you lived

MARVIN MATHIS - RECROSS BY KOLANO                    129

1    on Magnolia Avenue?

2    A.   On the other side.

3         Q.   Is it on this map here?

4    A.   See, this is Third right here.

5         Q.   Right.

6    A.   Right here.

7              MR. FLORCZAK:  You have to speak up so we can hear

8    you, if you are saying something.

9    A.   This is, this is, is not the side I live on.

10        Q.   Extends up where, this way?

11   A.   Up that way.  Yes.

12        Q.   Where in relationship to where the shooting happened?

13        Let me make this easier.  Tell us where you run after the

14   shooting, show us on the map.

15   A.   Right this way, ran.

16        Q.   I have to describe for the record.  Court reporter

17   can't.  You are running up Seventh Street, right.  Up here,

18   Seventh.  You said you are running this way?

19   A.   Yes.

20        Q.   Then where?

21   A.   Ran straight up Seven to Court.

22        Q.   Did you make a right to Court?

23   A.   Yes.

24        Q.   So you are coming this way, and you go that way, you

25   make a right on Court Street?

MARVIN MATHIS - RECROSS BY KOLANO                    130

1   A.  I run -- a left.  I went straight up Court, then I made a

2   left, I turned and I ran home.

3        Q.   And that's at New Point Road that you made the left?

4   A.  I don't know.  No, it wasn't New Point Road.  This is, this

5   was the side, this is another like another street.  I live on

6   the other side, midtown.  This section right here is sort of

7   like midtown.

8        Q.   Magnolia extends further?

9   A.  Extends further.

10       Q.   Okay.  So if I understand you run from here, up

11  Seventh Street, you make a right on to Court Street, take Court

12  Street down, and then somewhere here you go to Magnolia Avenue

13  where your apartment is.  Right?

14  A.  Yes.

15       Q.   You pass by where the wallet is found on South Park

16  Street.  That's the one that goes one street before Court

17  Street?

18  A.  Yes.

19       Q.   Did you see Antwan throw the wallet over there?

20  A.  No.

21       Q.   Are you sure that you ran on Court Street and you

22  didn't run on South Park Street?

23  A.  Sure.

24       Q.   You are positive about that?

25  A.  I am not positive.

MARVIN MATHIS - RECROSS BY KOLANO                 131

1    Q.   Now, when you started out, you started out at Third

2   and Bond when you first met up with Antwan, according to you?

3   A.   Yes.

4    Q.   You would agree Third and Bond is right over here real

5   close to where Migdalia's house is.

6   A.   Third and Bond right here.

7    Q.   Here is Bond, here is Third.  Now, if I understand,

8   you correct me, you go all the way down Third to Elizabeth

9   Avenue, right?

10  A.   Yes.

11   Q.   Four of you are walking, you go all the way, you go

12  one, two, three, four, five, six, seven, eight, at least nine

13  blocks down to Elizabeth Avenue, right?

14  A.   Yes, I guess so.

15   Q.   And then you go all the way up Elizabeth Avenue, and

16  various incidents you talked about, and then at one point you

17  talk about something 6th and Elizabeth?

18  A.   Yes.

19   Q.   That's right over here where I am pointing to now.

20  A.   Yes.

21   Q.   And then you continue up Elizabeth, and you turn up on

22  Seventh, right?

23  A.   See, we was walking.  I don't remember which way we turn,

24  which streets.

25   Q.   Do you remember, whatever street you were, you turned

MARVIN MATHIS - RECROSS BY KOLANO                    132

1    left at the pharmacy, and that's when you got to East Jersey

2    where the shooting happened?

3        Well, let's do it this way.  You, once you are coming up

4    Elizabeth, the most direct way to get to where the liquor store

5    is is to go up Seventh Avenue.

6    A.   Yes.

7        Q.   But you are saying you could have come up Sixth and

8    then cut over on Franklin?

9    A.   No, I didn't cut on Franklin.

10       Q.   Cut over on Fulton?

11   A.   No.

12       Q.   Did you perhaps come up 6th and cut over on East

13   Jersey here?

14   A.   No.

15       Q.   And Livingston?

16   A.   No.

17       Q.   Okay.  So now does that refresh your recollection that

18   you probably turned on Elizabeth on to Seventh?

19   A.   Probably.  I am not saying it is, but probably.

20       Q.   From Elizabeth you turned on to East Jersey Street?

21   A.   Yes.

22       Q.   And from there then you get back on Seventh and you

23   run and you come down Court?

24   A.   Yes.

25       Q.   Okay.  Thank you.

MARVIN MATHIS - RECROSS BY KOLANO                    133

1      How tall were you then?

2   A.   I don't know.

3      Q.   As tall as you are today?

4   A.   No.

5      Q.   What was Antwan's size in comparison to mine?

6   A.   He was a little bigger than you.

7          MR. KOLANO:  Nothing further.

8          MR. FLORCZAK:  I have nothing further, judge.

9          THE COURT:  Thank you.  You may step down, take your

10  seat back at counsel table next to your attorney.

11         MR. FLORCZAK:  Judge, I would like to peek out see if

12  my witness is here.

13         THE COURT:  Certainly.

14

15         MR. FLORCZAK:  Judge, may we have a brief side bar?

16  (PROCEEDINGS AT SIDE BAR)

17  Side bar.

18         MR. FLORCZAK:  The witness, Miss Maria Alvardo was

19  here.  I talked to her this morning.  At about 11:30 she wanted

20  to know if she had a half hour not to be sitting out here.  I

21  said, as long as you are back by twelve we don't have a

22  problem.  It's 12:20.  She is not out there right now.

23         THE COURT:  Okay.

24         MR. KOLANO:  Want to put the mother on?  She is here.

25         MR. FLORCZAK:  Mother is here.  I guess I could put

1     the mother on.

2              MR. KOLANO:  If you are going to, just to save time.

3              MR. FLORCZAK:  We are not talking about much time.

4              THE COURT:  It's 12:20.  We are not really talking

5     about saving or using up too much time.  I don't know how long

6     you plan on having the mother on the stand.

7              MR. FLORCZAK:  I won't be long, but, you know.

8              THE COURT:  You may take a little longer.  Maybe it

9     will be better if we just call it the lunch break.  Perhaps the

10    other person will show up during the lunch hour.

11             MR. FLORCZAK:  I am sure she will.

12             THE COURT:  We can have her testify at 1:30.  If not,

13    we will go with the mother.

14             Other than those two witnesses --?

15             MR. FLORCZAK:  That's it.

16             MR. KOLANO:  Scheduling wise, I know I need to put the

17    charge conference on the record.  I anticipate we will sum up

18    today.

19             THE COURT:  We can sum up.  We are going to have to do

20    the charge tomorrow and let them deliberate.  I just have to

21    plan on going late tomorrow.

22             MR. FLORCZAK:  I would just ask that we don't split up

23    summations, do them both today, if we can, or both tomorrow.

24             THE COURT:  I think based on what you told me it seems

25    we can do both today.  So that will be the plan.  Get them both

- COLLOQUY -                                            135

1    in.  I don't think either one of these witnesses are going to

2    take very long.

3              MR. FLORCZAK:  I know I won't be long, judge.

4              THE COURT:  I am hoping that neither of them take

5    particularly long.  And we have only -- We sort of briefly

6    talked about the charge, but I don't think the charge

7    conference is going to be extensive either.  So I think we will

8    be able to get into the summations and get them both in today.

9    And plan on doing the charge first thing tomorrow morning.

10             MR. FLORCZAK:  Fine.

11             THE COURT:  Okay.

12   (SIDE BAR TERMINATED).

13             THE COURT:  Ladies and gentlemen, we are going to

14   break for lunch.

15             Let me remind you again not to discuss the case among

16   yourselves or with others.

17             I will excuse you to the jury room.  Collect your

18   personal belongings, wait for the officer to release you.  And

19   then plan on returning for the resumption of the trial at 1:30.

20   You are excused to the jury room.

21             (Jury withdrew from the courtroom.)

22             THE COURT:  All right.  Mr. Mathis can be escorted

23   out.  The jurors are in the jury room.

24             (Luncheon Recess).

25

- COLLOQUY -                                                      136

1

2

3                              C E R T I F I C A T E

4

5

6              I, B. PETER SLUSAREK, C.S.R., License No.  XI00291,

7      an Official Court Reporter of the State of New Jersey, do

8      hereby certify the foregoing to be prepared in full compliance

9      with the current Transcript Format for Judicial Proceedings and

10     is a true and accurate non-compressed transcript to the best of

11     my knowledge and ability.

12

13

14

15     _____        Date: 3-15-     1996

16     B. PETER SLUSAREK, C.S.R., XIOO291

17     Official Court Reporter

18     Union County Courthouse,

19     Elizabeth, New Jersey,

20

21

22

23

24

25