HON JOSE L. LINARES, U.S.D.J.

Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861
**Petitioner, pro se**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Civil Action No. 15-2092 (JLL)

---

| | |
|---|---|
| **MARVIN MATHIS,** : | |
| Petitioner, : | |
| : | Civil Action |
| v. : | PROOF OF SERVICE |
| **ATTORNEY GENERAL OF NEW** : | |
| **JERSEY, et al.** | |
| Respondents. : | |

---

I, Marvin Mathis, hereby certify that on the date entered below, I gave to authorities at New Jersey State Prison an manila envelope and a New Jersey State Prison CO-30a "Postage Remit" addressed for mailing to:

> William T Walsh, Clerk
> United States District Court
> Martin Luther King, Jr. Federal
> Building and U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07101

that manila envelope contained an original and two copies of my Reply/w Appendix to the Respondent's Answer and Proof of of Service.

On the same date entered below, I gave to the authorities at New Jersey State Prison an manila envelope and a New Jersey State Prison CO-30a "POstage Remit addressed for mailing to:

Meredith L. Balo
Special Deputy Attorney General/
Acting Assistant Prosecutor
Union County Prosecutor's Office
32 Rahway Avenue
Elizabeth, New Jersey 07202-2155

that manila envelope contained one copy of my Reply /w Appendix

to the Respondent's Answer and Proof of Service.

    I certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statement made by me are false, I am subject to punishment.

Dated: September 15, 2015

                                                   Marvin Mathis
                                                   Petitioner, pro