Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2015 SEP 18  P 2: 14

September 15, 2015

William T. Walsh, Clerk
United States District Court
Martin Luther King, Jr. Federal
Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Marvin Mathis v. Attorney General of New Jersey, et al.
    Civil Action No. 15-2092 (JLL)

Dear Mr. Walsh:

    Enclosed for filing please find the original and two copies of my Reply/w Appendix to the Respondent's Answer and a proof of service.

    By copy of this letter to Meredith L. Balo, Special Deputy Attorney General/Acting Assistant Prosecutor, I am hereby serving the Respondent with the aforementioned.

    Also, enclosed find find a self-addressed stamped envelope and an extra copy of this cover-letter for your marking **"Filed"** and return to me as proof of filing for my record.

    Thank you for your time and assistance.

Very truly yours,

Marvin Mathis
Petitioner, pro se

Enclosure
C: Meredith L. Balo, Assistant Prosecutor.