Hon. Jose L. Linares, U.S.D.J.

Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861
**Petitioner, Pro se**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(D.N.J. Civil Action No. 15-2092 (JLL)

| | |
|---|---|
| **MARVIN MATHIS,** : | |
| Petitioner, : | |
| : | Civil Action |
| v. : | **MOTION FOR A EVIDENTIARY HEARING** |
| : | |
| **ATTORNEY GENERAL OF NEW JERSEY, et al.** | |
| : | |
| Respondents. | |

**WITH RELIANCE** on the enclosed Certification and Letter-Brief, the undersigned Marvin Mathis, Petitioner acting Pro se in the above captioned matter hereby moves for entry of the following relief:

a. **An Order** granting the Petitioner's Motion for a Evidentiary Hearing.

Dated: October 06, 2015

Respectfully submitted,

Marvin Mathis
Petitioner, Pro se