Hon. Jose L. Linares, U.S.D.J.

Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861
**Petitioner, Pro se**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(D.N.J. Civil No. 15-2092 (JLL)

| | |
|---|---|
| MARVIN MATHIS, | |
| Petitioner, | Civil Action |
| v. | NOTICE OF MOTION FOR A EVIDENTIARY HEARING |
| ATTORNEY GENERAL OF NEW JERSEY, et al. | |
| Respondents. | |

**PLEASE TAKE NOTICE** that the undersigned Marvin Mathis, Petitioner, acting Pro se, in the above captioned matter, hereby moves before the United States District Court - District of New Jersey before the Honorable Jose L. Linares, U.S.D.J., for an order granting the Petitioner Motion for a Evidentiary hearing.

In support of this motion, Petitioner will rely on the enclosed certification and Letter-Brief. The motion may be heard on the papers.

Dated: October 06, 2015

Respectfully submitted,

_/s/ Marvin Mathis_
Marvin Mathis
Petitioner, Pro se