Hon. Jose L. Linares, U.S.D.J.

Marvin Mathis #304144/244359-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861
**Petitioner, Pro se**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(D.N.J. Civil Action No. 15-2092 (JLL)**

---

**MARVIN MATHIS,**

    Petitioner,

    v.

**ATTORNEY GENERAL OF NEW
JERSEY, et al.**

    **Respondents.**

Civil Action

**PROOF OF SERVICE**

---

    I, Marvin Mathis, hereby certify that on the date entered below, I gave to authorities at New Jersey State Prison an manila envelope and a New Jersey State Prison CO-30a "Postage Remit" addressed for mailing to:

        William T. Walsh, Clerk
        United State District Court
        Martin Luther King, Jr. Federal
        Building and U.S. Courthouse
        50 Walnut Street
        Newark, New Jersey 07101-0999

that manila envelope contained an original and two copies of my Notice of Motion for a Evidentiary Hearing; Motion for a Evidentiary Hearing; Certification In Support of Motion for a Evidentiary Hearing; Letter-brief In Support of Motion for a Evidentiary Hearing; Proposed Order and Proof of Service.

    On the same date entered below, I gave to the authorities

at New Jersey State Prison an manila envelope and a New Jersey State Prison CO-30a "Postage Remit" addressed for mailing to:

>Meredith L. Balo
>Special Deputy Attorney General/
>Acting Assistant Prosecutor
>Union County Prosecutor's Office
>32 Rahway Avenue
>Elizabeth, New Jersey 07202-21155

that manila envelope contained one copy of my Notice of Motion for a Evidentiary Hearing; Motion for a Evidentiary Hearing; Certification In Support of Motion for a Evidentiary Hearing; Letter-brief In Support of Motion for a Evidentiary Hearing; Proposed Order and Proof of Service.

    I certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statement made by me are false, I am subject to punishment.

Dated: October 06, 2015

                                                               Marvin Mathis
                                                                Petitioner, Pro se