Marvin Mathis #304144/244359-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 03625-0861
**Petitioner, Pro se**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (D.N.J. Civil Action No. 15-2092 (JLL)

| | |
|---|---|
| MARVIN MATHIS, : | |
| Petitioner, : | |
| : | Civil Action |
| v. : | **PROPOSED ORDER** |
| : | |
| ATTORNEY GENERAL OF NEW JERSEY, et al. : | |
| Respondents. : | |

With this matter having come before the United States District Court - District of New Jersey on a motion by petitioner Marvin Mathis, Acting Pro se and with Special Deputy Attroney General/Acting Assistant Prosecutor (Union County Prosecutor), counsel for Respondents, the State of New Jersey, having been put on notice as to the relief being sought, an Order granting the Petitioner's Motion for a Evidentiary hearing, and with the Court having considering the submissions and with good cause appearing to the satisfaction of the Court,

**IT IS HEREBY ORDERED** on this _____ day of _____, 20 _____, that:

a. Petitioner's Motion for an Order granting the Petitioner's Motion for a Evidentiary Hearing **IS HEREBY**

_____GRANTED;

_____ DENIED.

SO ORDERED.

FOR THE COURT

_____
Hon. Jose L. Linares, U.S.D.J.
United States District Court
  District of New Jersey