Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

'15 OCT 14 A 9 5

October 06, 2015

William T. Walsh, Clerk
United States District Court
Martin Luther King Jr. Federal
Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

Re: **Marvin Mathis v. Attorney General of New Jersey, et al.**
    **Civil Action No. 15-2092 (JLL)**

Dear Mr. Walsh:

Enclosed please find an original and two copies of the following documents for filing:

1. **Notice of Motion for a Evidentiary Hearing;**

2. **Motion for a Evidentiary Hearing;**

3. **Certification of Marvin Mathis In Support of Motion for a Evidentiary Hearing w/ Exhibits;**

4. **Letter-Brief In Support of Motion for a Evidentiary Hearing;**

5. **Proposed Order Granting/Denying Motion; and**

6. **Proof of Service.**

By copy of this letter to Meredith L. Balo, Special Deputy Attorney General/Acting Assistant Prosecutor (Union County Prosecutor), I am hereby serving the Respondents with the aforementioned.

Also, enclosed please find a self-addressed stamped envelope and extra copy of this cover-letter for your marking **"FILED"**

and return to me as proof of filing for my record.

Thank you for your assistance in this matter. If there are any deficiencies in this filing, please notify me as soon as possible so I can promptly correct it.

                                              Very truly yours,

                                              Marvin Mathis
                                              Petitioner, Pro se

Enclosure
C: Meredith L. Balo
   Special Deputy Attorney General/
   Acting Assistant Prosecutor.