Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

January 04, 2016       2011 JAN -7 P    )

William T. Walsh
Clerk of the United States District Court
Martin Luther King Bldge. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, New Jersey 07101

    <u>Marvin Mathis v. Attorney General of the State of
New Jersey</u>
Civil Action No. 15-2092 (JLL)

    Re: **Requesting for Status on Petitioner's Motion for
an Evidentiary Hearing**

Dear Mr. Walsh:

    On October 06, 2015, I filed to the District Court a Motion for an Evidentiary Hearing by using the New Jersey State Prison's CO-30a "Postage Remit." (<u>See</u> enclosed copy Exhibit 1 and 2).

    On October 23, 2015, I received via legal mail from the United States District Court, which contained a Notice of Electronic Filing of Motion for an Evidentiary Hearing stating that "set Deadlines as to Motion for Evidentiary Hearing. Motion set for 11/16/15 before Judge Jose L. Linaries. The motion will be decided on the papers. No appearances required unless notified by the court." (<u>See</u> enclosed copy Exhibit 5, 3 and 4).

    I have not received the Respondents' response nor any notification by the Respondents requesting for a extension of time. Could you please inform me as to the status of my motion.

    Thank you for your time and consideration in this matter.
I await your response.

                                          Very truly yours,

                                          Marvin Mathis

MM/File.
Enclosure
C: Meredith L. Balo, Special Deputy
Attorney General/Acting Assistant Prosecutor (Union County)