| CO-30 A | NEW JERSEY STATE PRISON | Rev. 12/24/14 |
|---|---|---|
| | **POSTAGE REMIT** | |

DATE: **October 06, 2015**   LOCATION: **3-C Cell 37**

SBI NUMBER: **244859-C**

INMATE NAME: **Marvin Mathis**

INMATE SIGNATURE: _[signature]_

TO: BUSINESS MANAGER        DATE MAILED: **10/06/15**

| (✓) | Check Appropriate Box (s) | |
|---|---|---|
| XX | Legal Postage | $ |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| | Postage Affixed;   **SEND DIRECT**  Legal Postage Only   **TO MAILROOM** | |
| | Regular Postage   or   UPS    Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| | Total Postage and Fees | $ |

SENT TO: **William T. Walsh, Clerk**
ADDRESS: PRINT **United States District Court**
**50 Walnut Street**
**Newark, New Jersey 07101-0999**

WITNESS: _[signature]_        APPROVED BY:
SIGNATURE: PRINT

CHECK#                DATE:

Re: Motion for a Evidentiary hearing

---

| CO-30 A | NEW JERSEY STATE PRISON | Rev. 12/24/14 |
|---|---|---|
| | **POSTAGE REMIT** | |

DATE: **October 06, 2015**   LOCATION: **3-C Cell 37**

SBI NUMBER: **244859-C**

INMATE NAME: **Marvin Mathis**

INMATE SIGNATURE: _[signature]_

TO: BUSINESS MANAGER        DATE MAILED: **10/06/15**

| (✓) | Check Appropriate Box (s) | |
|---|---|---|
| XX | Legal Postage | $5.95 |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| | Postage Affixed;   **SEND DIRECT**  Legal Postage Only   **TO MAILROOM** | |
| | Regular Postage   or   UPS    Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| | Total Postage and Fees | $5.95 |

SENT TO: **William T. Walsh, Clerk**
ADDRESS: PRINT **United States District Court**
**50 Walnut Street**
**Newark, New Jersey 07101-0999**

WITNESS: _[signature]_        APPROVED BY: _[signature]_
SIGNATURE: PRINT

CHECK#                DATE: 10/7

Re: Motion for a Evidentiary hearing

Exhibit 1

| CO-30 A | NEW JERSEY STATE PRISON POSTAGE REMIT | Rev. 12/24/14 |
|---|---|---|

DATE: **October 06, 2015** LOCATION: **3-C / Cell 37**
SBI NUMBER: **244859-C**
INMATE NAME: **Marvin Mathis**
INMATE SIGNATURE: _____

Re: Motion for a Evientiary hearing

TO: BUSINESS MANAGER    DATE MAILED: **10/06/15**
(✓) Check Appropriate Box (s)

| | | $ |
|---|---|---|
| XX | Legal Postage | |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| | Postage Affixed; SEND DIRECT Legal Postage Only TO MAILROOM | |
| | Regular Postage or UPS Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| | Total Postage and Fees | $ |

SENT TO: **Meredith L. Balo, Assist. Pros.**
ADDRESS: **Union County Prosecutor's Office**
          **32 Rahway Avenue**
          **Elizabeth, New Jersey 07202**

WITNESS: _____        APPROVED BY:
SIGNATURE: _____

CHECK# _____    DATE: _____

---

| CO-30 A | NEW JERSEY STATE PRISON POSTAGE REMIT | Rev. 12/24/14 |
|---|---|---|

DATE: **October 06, 2015** LOCATION: **3-C / Cell 37**
SBI NUMBER: **244859-C**
INMATE NAME: **Marvin Mathis**
INMATE SIGNATURE: _____

Re: Motion for a Evientiary hearing

TO: BUSINESS MANAGER    DATE MAILED: **10/06/15**
(✓) Check Appropriate Box (s)

| | | $ |
|---|---|---|
| XX | Legal Postage | $2.30 |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| | Postage Affixed; SEND DIRECT Legal Postage Only TO MAILROOM | |
| | Regular Postage or UPS Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| | Total Postage and Fees | $2.30 |

SENT TO: **Meredith L. Balo, Assist. Pros.**
ADDRESS: **Union County Prosecutor's Office**
          **32 Rahway Avenue**
          **Elizabeth, New Jersey 07202**

WITNESS: _____        APPROVED BY: JM
SIGNATURE: _____

CHECK# _____    DATE: 10/7

Exhibit 2

```
MIME-Version:1.0
From:njdefiling@njd.uscourts.gov
To:njdefiling@localhost.localdomain
Bcc:
--Case Participants: MEREDITH L. BALO (mbalo@ucnj.org), KIMBERLY L.
DONNELLY (kdonnelly@ucnj.org), nefjcs (nefjcs@njd.uscourts.gov,
nicole_lemire_garlic@njd.uscourts.gov), Judge Jose L. Linares
(njdnef_linares@njd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<8810057@njd.uscourts.gov>
```
Subject:Activity in Case 2:15-cv-02092-JLL MATHIS v. ATTORNEY GENERAL OF THE STATE OF NEW JERSEY et al Set/Reset Motion and R&R Deadlines/Hearings
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 10/19/2015 at 11:53 AM EDT and filed on 10/14/2015

**Case Name:** MATHIS v. ATTORNEY GENERAL OF THE STATE OF NEW JERSEY et al
**Case Number:** 2:15-cv-02092-JLL
**Filer:**
**Document Number:** No document attached

**Docket Text:**

*Exhibit 3*

**Set Deadlines as to [13] MOTION for An Evidentiary Hearing. Motion set for 11/16/2015 before Judge Jose L. Linares. The motion will be decided on the papers. No appearances required unless notified by the court. (cm )**

**2:15-cv-02092-JLL Notice has been electronically mailed to:**

KIMBERLY L. DONNELLY    kdonnelly@ucnj.org

MEREDITH L. BALO    mbalo@ucnj.org

**2:15-cv-02092-JLL Notice will not be electronically mailed to::**

MARVIN MATHIS
304144/244859-C
NEW JERSEY STATE PRISON
PO BOX 861
TRENTON, NJ 08625



Exhibit 4

G-21            NEW JERSEY STATE PRISON

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt # _____

| Mathis M. 304144 3C | 10/22/15 |
|---|---|
| Inmate Name / Number / Wing | Date |

| U.S. Clerk | | 10/20/15 |
|---|---|---|
| Sender | Address | Date (Postmark) |

| J.M. | 10/22/15 |
|---|---|
| Processed by: (Print and Sign) | Date |

---

| Traffic Control Officer (if relocated) (Print and Sign) | Date |
|---|---|

| V. Var lavi el  [signature] | 10/22/15 |
|---|---|
| Issued by: (Officer Print and Sign)  Wing | Date |

| [signature] Mathis  3C | 10/23/15 |
|---|---|
| Inmate: (Print and Sign) | Date |

---

Item# _____

__X__ Legal Mail

_____ Non Legal Accountable

__X__ Regular First Class (No special handling)

_____ Inter Office (Truck Mail)

_____ Registered/Certified

_____ Return Receipt

_____ Priority Mail

_____ Express Mail

_____ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier:_____

---

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

**WHITE - Mailroom I/M file**      **YELLOW - Inmate Receipt**

Exhibit 5

