UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARVIN MATHIS, | Civil Action No. 15-2092 (JLL) |
| Petitioner, | |
| v. | ORDER |
| ATTORNEY GENERAL OF NEW JERSEY, et al., | |
| Respondents. | |

This matter having come before the Court on the petition for a writ of habeas corpus of Petitioner, Marvin Mathis, brought pursuant to 28 U.S.C. § 2254 (ECF No. 1), and Petitioner's motion for an evidentiary hearing (ECF No. 13), the Court having considered the petition and motion, the records of proceedings, the responses of Respondents (ECF No. 10, 15) (Meredith L. Balo, Assistant Prosecutor, appearing), and Petitioner's reply (ECF No. 12), and for the reasons expressed in the accompanying opinion,

IT is on this 23rd day of March, 2016;

ORDERED that Petitioner's motion for an evidentiary hearing (ECF No. 13) is hereby DENIED; and it is further

ORDERED that the petition for a writ of habeas corpus (ECF No. 1) is DENIED; and it is further

ORDERED that a certificate of appealability is DENIED, and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying

Opinion upon the parties, and shall close the file.


IT IS SO ORDERED.

 

Hon. Jose L. Linares,
United States District Judge