Marvin Mathis #304144/244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

United States District Court
District of New Jersey
Civil Action No. 15-2092 - (JLL)

| | |
|---|---|
| Marvin Mathis, : | |
| Petitioner; : | |
| : | Notice of Appeal From an |
| v. : | Order Denying a Petition |
| : | for a Writ of Habeas Corpus |
| Attorney General of New : | |
| Jersey, et al. : | |
| Respondents. : | |

Please take notice that petitioner, Marvin Mathis, shall appeal to the United States Court of Appeals for the Third Circuit the order denying his motion for an evidentiary hearing; order denying his petition for a writ of habeas corpus and order denying a certificate of appealability, entered in this action on the 23rd day of March 2016, by Honorable Jose L. Linares, United States District Judge.

Dated: April 19, 2016

Marvin Mathis
Petitioner, Pro Se



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 APR 22 P 3:20

XRAYED

David Mathis #304144/244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

William T. Walsh
Clerk of the United States
District Court
P.O. Box 419
Newark, New Jersey 07101-0419