Marvin Mathis #304144/244859C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

United States District Court
District of New Jersey
Civil Action No. 15-2092 - (JLL)

---

| | |
|---|---|
| Marvin Mathis, <br><br> Petitioner; <br><br> v. <br><br> Attorney General of New Jersey, et al., <br><br> Respondents. | Proof of Mailing and Timely Filing of Notice of Appeal |

---

I, Marvin Mathis, hereby state the following:

1. On the date entered below, I gave to authorities at New Jersey State Prison, In Trenton, New Jersey, for processing through the prison's legal mail system, an envelope for mailing, addressed to William T. Walsh, Clerk of the United States District Court, P.O. Box 419, Newark, New Jersey 07101-0419; that envelope contained a letter to the clerk and three copies of the following" **(1)** my notice of appeal; **(2)** a notice of motion to proceed in forma pauperis, **(3)** affidavit of poverty, **(4)** a statement of the non-necessity of a brief, and **(5)** a proposed order.

2. I certify that the foregoing is true and correct.

Dated: _April 19, 2016_

_Marvin Mathis_
Petitioner, Pro Se