Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

April 19, 2016

William T. Walsh
Clerk of the United States District Court
P.O. Box 419
Newark, New Jersey 07101-0419

Re: **Marvin Mathis v. Attorney General of New Jersey, et al.
Civil Action No. 15-2092 (JLL)**

Dear Sir:

Enclosed for processing please find three copies of each of the following: **(1)** a notice of appeal, **(2)** a notice of motion to proceed in forma pauperis, **(3)** affidavit of poverty, **(4)** a statement of the non-necessity of a brief, and **(5)** a proposed order. Also enclosed is a proof of mailing and timely filing.

<u>**PLEASE NOTE**</u> that my 6-month prison account statement for the preceding six months in support of the motion to proceed in forma pauperis is not included. At this time prison officials have not returned these documents to me with a certification of my account. Because my time to appeal will soon run out, I am constrained to file my application to proceed in forma pauperis with the noted deficiency. Once prison officials return to me the 6-month account print-out and certification, I will immediately forward them to the court.

I thank you for your assistance and for your indulgence.

Very truly yours,

Marvin Mathis
Petitioner, <u>Pro Se</u>

Enc.