Marvin Mathis #304144/244859-C
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861


CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 MAY 19  P 2:55

May 16, 2016

Marcia M. Waldron, Clerk
United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, Pa 19106-1790

    Re: **Marvin Mathis v. Attorney General New Jersey, et al**
        Case Number 16-2083
        District Case Number: 2-15-cv-0292

Dear Madam:

    Enclosed for processing please find three copies of my affidavit in support of my previously-filed motion to proceed in forma pauperis, certification of prison account statement and print-out of my (6) six month trust account statement.

    By copy of this letter to William T. Walsh, Clerk of the United States District Court and Meredith L. Balo, Special Deputy Attorney General/Acting Assistant Prosecutor (union County Prosecutor), I am hereby serving the Clerk of the United States District Court and the Respondents with the aforementioned.

    Thank you once again for your assistance and for your indulgence.

                                       Very truly yours,

                                       Marvin Mathis
                                       Petitioner, <u>Pro Se</u>

Encl.