## CERTIFICATION OF PRISON ACCOUNT STATEMENT

NOTICE TO PRISONER: You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution. The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution

(Rev. 5/00).

```
05/09/2016 10:53        DEPARTMENT OF CORRECTIONS        Page      2 Of    4
COIWELK                 NEW JERSEY STATE PRISON                    OTRTASTA
                        TRUST ACCOUNT STATEMENT
              STATEMENT DATE: 11/09/2015  -  05/09/2016


SBI #:  000244859C        Name: MATHIS, MARVIN        DOB:   03/23/1980
LOCATION: NJSP-NORTH-3 C-CELL 37                      INM#   304144
```

**TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| | | | BEGINNING BALANCE: | | 0.62 |
| 11/10/2015 | NJSP | LGLML | LEGAL MAIL LOAN | 1.02 | 1.64 |
| 11/10/2015 | NJSP | POS | POSTAGE | (1.64) | 0.00 |
| 11/13/2015 | NJSP | FPAY | E12 /EDUC SK T/FPAY /RG:2 31 @2.50   10/01/2015-10/31/2015 | 77.50 | 77.50 |
| 11/13/2015 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 62.50 |
| 11/13/2015 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 77.50 |
| 11/13/2015 | NJSP | DED | FPAY-DEDUCTION-LGLML-10142003 | (1.02) | 76.48 |
| 11/16/2015 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (10.00) | 66.48 |
| 11/16/2015 | NJSP | CDR | NORTH JERSEY BUSINESS MACHINE | (22.00) | 44.48 |
| 11/16/2015 | NJSP | CRS | COMMISSARY SALE - ORD #8025376 | (35.28) | 9.20 |
| 11/30/2015 | NJSP | POS | POSTAGE | (0.49) | 8.71 |
| 11/30/2015 | NJSP | POS | POSTAGE | (0.49) | 8.22 |
| 11/30/2015 | NJSP | POS | POSTAGE | (0.49) | 7.73 |
| 12/01/2015 | NJSP | JPUR | AUTOPAYMENT: JPUR 12173239 | (7.00) | 0.73 |
| 12/08/2015 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:52847789 | 70.00 | 70.73 |
| 12/08/2015 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 55.73 |
| 12/08/2015 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 70.73 |
| 12/09/2015 | NJSP | JPUR | AUTOPAYMENT: JPUR 12320782 | (60.00) | 10.73 |
| 12/15/2015 | NJSP | FPAY | E12 /EDUC SK T/FPAY /RG:2 30 @2.50   11/01/2015-11/30/2015 | 75.00 | 85.73 |
| 12/17/2015 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 65.73 |
| 12/21/2015 | NJSP | CRS | COMMISSARY SALE - ORD #8072315 | (64.93) | 0.80 |
| 12/31/2015 | NJSP | JPUR | AUTOPAYMENT: JPUR 12756628 | (0.50) | 0.30 |
| 01/01/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:53704959 | 50.00 | 50.30 |
| 01/01/2016 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 35.30 |
| 01/01/2016 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 50.30 |
| 01/04/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8082966 | (23.01) | 27.29 |
| 01/05/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 12847548 | (5.00) | 22.29 |
| 01/06/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (10.00) | 12.29 |
| 01/11/2016 | NJSP | FPAY | E12 /EDUC SK T/FPAY /RG:2 31 @2.50   12/01/2015-12/31/2015 | 77.50 | 89.79 |
| 01/12/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (10.00) | 79.79 |
| 01/14/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8097931 | 0.00 | 79.79 |
| 01/14/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8098320 | (6.60) | 73.19 |
| 01/15/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13044323 | (3.00) | 70.19 |
| 01/19/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8101903 | (62.01) | 8.18 |
| 01/22/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13194368 | (8.00) | 0.18 |
| 01/26/2016 | NJSP | LGLML | LEGAL MAIL LOAN | 6.77 | 6.95 |
| 01/26/2016 | NJSP | POS | POSTAGE | (6.95) | 0.00 |

```
05/09/2016 10:53          DEPARTMENT OF CORRECTIONS          Page      3 Of      4
COIWELK                     NEW JERSEY STATE PRISON                        OTRTASTA
                             TRUST ACCOUNT STATEMENT
                  STATEMENT DATE: 11/09/2015   -   05/09/2016
```

**SBI #:** 000244859C          **Name:** MATHIS, MARVIN          **DOB:** 03/23/1980
**LOCATION:** NJSP-NORTH-3 C-CELL 37                             **INM#** 304144

**TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 02/04/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:54919521 | 40.00 | 40.00 |
| 02/04/2016 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 25.00 |
| 02/04/2016 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 40.00 |
| 02/04/2016 | NJSP | DED | DEDUCTION-LGLML-10142003 D | (6.77) | 33.23 |
| 02/06/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13511914 | (2.00) | 31.23 |
| 02/08/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8129306 | (22.29) | 8.94 |
| 02/10/2016 | NJSP | FPAY | E12 /EDUC SK T/FPAY  /RG:2 31 @2.50    01/01/2016-01/31/2016 | 77.50 | 86.44 |
| 02/10/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13609848 | (4.00) | 82.44 |
| 02/11/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (15.00) | 67.44 |
| 02/11/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13636363 | (5.00) | 62.44 |
| 02/12/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13653825 | (2.00) | 60.44 |
| 02/23/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8150119 | (60.34) | 0.10 |
| 03/02/2016 | NJSP | LGLML | LEGAL MAIL LOAN | 0.82 | 0.92 |
| 03/02/2016 | NJSP | POS | POSTAGE | (0.92) | 0.00 |
| 03/02/2016 | NJSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 03/02/2016 | NJSP | POS | POSTAGE | (0.70) | 0.00 |
| 03/02/2016 | NJSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 03/02/2016 | NJSP | POS | POSTAGE | (0.70) | 0.00 |
| 03/03/2016 | NJSP | COPL | LEGAL COPIES LOAN | 2.00 | 2.00 |
| 03/03/2016 | NJSP | LC | LEGAL COPIES | (2.00) | 0.00 |
| 03/11/2016 | NJSP | FPAY | E12 /EDUC SK T/FPAY  /RG:2 29 @2.50    02/01/2016-02/29/2016 | 72.50 | 72.50 |
| 03/11/2016 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 57.50 |
| 03/11/2016 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 72.50 |
| 03/11/2016 | NJSP | DED | FPAY-DEDUCTION-COPL-02032015 | (2.00) | 70.50 |
| 03/11/2016 | NJSP | DED | FPAY-DEDUCTION-LGLML-10142003 | (2.22) | 68.28 |
| 03/12/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14346181 | (10.00) | 58.28 |
| 03/14/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56513331 | 50.00 | 108.28 |
| 03/14/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (25.00) | 83.28 |
| 03/14/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14394693 | (3.00) | 80.28 |
| 03/21/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8186514 | (77.70) | 2.58 |
| 03/22/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56826802 | 25.00 | 27.58 |
| 03/22/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14580759 | (2.50) | 25.08 |
| 03/23/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56838228 | 36.00 | 61.08 |
| 03/23/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14601965 | (25.00) | 36.08 |
| 03/24/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56868686 | 50.00 | 86.08 |
| 03/24/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14618515 | (26.00) | 60.08 |

```
05/09/2016 10:45           DEPARTMENT OF CORRECTIONS         Page     3 Of      4
COIWELK                      NEW JERSEY STATE PRISON                       OTRTASTA
                              TRUST ACCOUNT STATEMENT
                       STATEMENT DATE: 11/09/2015   -  05/09/2016
```

**SBI #:** 000244859C        **Name:** MATHIS, MARVIN        **DOB:** 03/23/1980
**LOCATION:** NJSP-NORTH-3 C-CELL 37                          **INM#** 304144

**TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 02/04/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:54919521 | 40.00 | 40.00 |
| 02/04/2016 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 25.00 |
| 02/04/2016 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 40.00 |
| 02/04/2016 | NJSP | DED | DEDUCTION-LGLML-10142003 D | (6.77) | 33.23 |
| 02/06/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13511914 | (2.00) | 31.23 |
| 02/08/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8129306 | (22.29) | 8.94 |
| 02/10/2016 | NJSP | FPAY | E12 /EDUC SK T/FPAY  /RG:2 31 @2.50   01/01/2016-01/31/2016 | 77.50 | 86.44 |
| 02/10/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13609848 | (4.00) | 82.44 |
| 02/11/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (15.00) | 67.44 |
| 02/11/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13636363 | (5.00) | 62.44 |
| 02/12/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 13653825 | (2.00) | 60.44 |
| 02/23/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8150119 | (60.34) | 0.10 |
| 03/02/2016 | NJSP | LGLML | LEGAL MAIL LOAN | 0.82 | 0.92 |
| 03/02/2016 | NJSP | POS | POSTAGE | (0.92) | 0.00 |
| 03/02/2016 | NJSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 03/02/2016 | NJSP | POS | POSTAGE | (0.70) | 0.00 |
| 03/02/2016 | NJSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 03/02/2016 | NJSP | POS | POSTAGE | (0.70) | 0.00 |
| 03/03/2016 | NJSP | COPL | LEGAL COPIES LOAN | 2.00 | 2.00 |
| 03/03/2016 | NJSP | LC | LEGAL COPIES | (2.00) | 0.00 |
| 03/11/2016 | NJSP | FPAY | E12 /EDUC SK T/FPAY  /RG:2 29 @2.50   02/01/2016-02/29/2016 | 72.50 | 72.50 |
| 03/11/2016 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 57.50 |
| 03/11/2016 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 72.50 |
| 03/11/2016 | NJSP | DED | FPAY-DEDUCTION-COPL-02032015 | (2.00) | 70.50 |
| 03/11/2016 | NJSP | DED | FPAY-DEDUCTION-LGLML-10142003 | (2.22) | 68.28 |
| 03/12/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14346181 | (10.00) | 58.28 |
| 03/14/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56513331 | 50.00 | 108.28 |
| 03/14/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (25.00) | 83.28 |
| 03/14/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14394693 | (3.00) | 80.28 |
| 03/21/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8186514 | (77.70) | 2.58 |
| 03/22/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56826802 | 25.00 | 27.58 |
| 03/22/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14580759 | (2.50) | 25.08 |
| 03/23/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56838228 | 36.00 | 61.08 |
| 03/23/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14601965 | (25.00) | 36.08 |
| 03/24/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:56868686 | 50.00 | 86.08 |
| 03/24/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14618515 | (26.00) | 60.08 |

```
05/09/2016 10:53          DEPARTMENT OF CORRECTIONS          Page    4 Of    4
COIWELK                    NEW JERSEY STATE PRISON                    OTRTASTA
                            TRUST ACCOUNT STATEMENT
                    STATEMENT DATE: 11/09/2015  -  05/09/2016
```

**SBI #:** 000244859C    **Name:** MATHIS, MARVIN    **DOB:** 03/23/1980
**LOCATION:** NJSP-NORTH-3 C-CELL 37                 **INM#** 304144

**TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 03/30/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (15.00) | 45.08 |
| 04/01/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 14813825 | (4.00) | 41.08 |
| 04/04/2016 | NJSP | CRS | COMMISSARY SALE - ORD #8198347 | (25.92) | 15.16 |
| 04/04/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE 4/1 | (15.00) | 0.16 |
| 04/14/2016 | NJSP | FPAY | E12 /EDUC SK T/FPAY  /RG:2 31 @2.50   03/01/2016-03/31/2016 | 77.50 | 77.66 |
| 04/14/2016 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 62.66 |
| 04/14/2016 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 77.66 |
| 04/17/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 15177540 | (2.50) | 75.16 |
| 04/18/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 55.16 |
| 04/19/2016 | NJSP | CDR | SHAKIRA MCGRIFF | (50.00) | 5.16 |
| 04/20/2016 | NJSP | POS | POSTAGE | (1.15) | 4.01 |
| 04/20/2016 | NJSP | POS | POSTAGE | (1.57) | 2.44 |
| 04/20/2016 | NJSP | POS | POSTAGE | (1.57) | 0.87 |
| 04/21/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 15265377 | (0.50) | 0.37 |
| 05/04/2016 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:58405884 | 45.00 | 45.37 |
| 05/04/2016 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 30.37 |
| 05/04/2016 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 45.37 |
| 05/05/2016 | NJSP | JPUR | AUTOPAYMENT: JPUR 15571889 | (10.00) | 35.37 |
| 05/06/2016 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (35.00) | 0.37 |

**TRANSACTION DESCRIPTIONS    2102 WORK RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
|  |  |  | BEGINNING BALANCE: |  | 0.00 |

**TRANSACTION DESCRIPTIONS    2103 RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
|  |  |  | BEGINNING BALANCE: |  | 0.00 |

[State Prison]
[...]
[New Jersey 08625]

William T. Walsh
Clerk of the United States District Court
P.O. Box 419
Newark, New Jersey 07101-0419

2016 MAY 19 P 2: 55