UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARVIN MATHIS,

    Petitioner,

v.

ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY, et al.,

    Respondents.

Civil Action No.   15-2092 (JLL)

**ORDER**

IT APPEARING THAT:

1. On March 23, 2016, this Court entered an order and opinion denying Petitioner Marvin Mathis's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and denying Petitioner a certificate of appealability. (ECF Nos. 16-17).

2. On April 22, 2016, Petitioner filed a notice of appeal. (ECF No. 18).

3. On that same day, Petitioner also filed an application to proceed *in forma pauperis* on appeal. (ECF No. 19).

4. Because Petitioner had failed to provide a certified account statement or a list of the issues he sought to raise on appeal, however, this Court denied that application without prejudice, *see* Fed. R. App. P. 24(a)(1); *see also* Local Appellate Rule 24.1(c), by way of an order entered on May 5, 2016. (ECF No. 21).

5. On May 19, 2016, Petitioner submitted another application to proceed *in forma pauperis* on appeal containing both a list of issues he seeks to raise on appeal and an affidavit setting forth his indigence accompanied by a certified account statement. (ECF No. 22). As

1

Petitioner has now addressed all of the deficiencies raised in this Court's May 5 Order, and because leave to proceed *in forma pauperis* is authorized based upon Petitioner's new filing (ECF No. 22), this Court will grant Petitioner's application.

IT IS THEREFORE on this ___25___ day of May, 2016,

ORDERED that the Clerk of the Court shall RE-OPEN this case for the purpose of this Order only; and it is further

ORDERED that Petitioner's application for leave to appeal *in forma pauperis* (ECF No. 22) is hereby GRANTED; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail and shall CLOSE the file.

Hon. Jose L. Linares,
United States District Judge